LMB:as

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **00-6353**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 00-01 FTL )
_____ )

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States

Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate

of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies

of the Warrant for Arrest be provided to the U.S. Marshal's Service and the Federal Bureau of

Investigation with respect to the above-captioned matter until such time as the defendant is arrested

or further order of the Court. The government is requesting that this indictment be sealed because

it believes the defendant may flee if he become aware of the pending indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3510
Facsimile: (954) 356-7336

