**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **00-6353**



CR - DIMITROULEAS

IN RE: GRAND JURY 00-01 FTL )
_____ )

**MAGISTRATE JUDGE**
SNOW

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the Federal Bureau of Investigation, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this _14_ day of December, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE