

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. ____**00-6353**____

21 U.S.C. § 841(a)(1)

**CR-DIMITROULEAS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **MAGISTRATE JUDGE** |
|  | ) | **SNOW** |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| JEFFERSON LEVINE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 14, 2000, at Broward County, in the
Southern District of Florida, the defendant,

JEFFERSON LEVINE,

did knowingly and intentionally possess with intent to distribute
in excess of five (5) grams of a Schedule II controlled substance,
that is, a mixture and substance containing a detectable amount of
cocaine base, commonly known as crack cocaine, in violation of
Title 21, United States Code, Section 841(a)(1).



## COUNT 2

On or about September 21, 2000, at Broward County, in the Southern District of Florida, the defendant,

JEFFERSON LEVINE,

did knowingly and intentionally possess with intent to distribute in excess of fifty (50) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

JEFFERSON LEVINE                  **CERTIFICATE OF TRIAL ATTORNEY\***

_____

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

**Superseding Case Information:**
New Defendant(s)        Yes ___   No ___
Number of New Defendants    _____
Total number of counts      _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | I   | 0 to 5 days       | _X_ | Petty    |     |
   |-----|-------------------|-----|----------|-----|
   | II  | 6 to 10 days      |     | Minor    |     |
   | III | 11 to 20 days     |     | Misdem.  |     |
   | IV  | 21 to 60 days     |     | Felony   | _X_ |
   | V   | 61 days and over  |     |          |     |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? _ ____ Yes ____ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_Laurence M. Bardfeld_
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JEFFERSON LEVINE \_\_\_\_\_      No.:_____

Counts # 1:
Possession with Intent to Distribute Cocaine Base; 21 USC 841(a)(1) _____

_____

*Max Penalty: Forty (40) years' imprisonment; Mandatory Minimum of Five (5) years;

$2,000,000 fine; _____

Counts # 2:

 Possession With Intent to Distribute Cocaine Base; 21 U.S.C. 841(a)(1) _____

_____

*Max Penalty: Life imprisonment; Mandatory Minimum of Ten (10) years; _____

$4,000,000 fine _____


Count #:

_____

_____

*Max Penalty: _____


Count #:

_____

_____

*Max Penalty: _____


Count # :

_____

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No._____

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

                                DOCKET ENTRY #_____

IN RE: GRAND JURY 00-01 (FTL)
_____/

                                     (to be completed by Clerk of Court)

SEALED FILING COVER SHEET

Party Filing Matter Under Seal:
      Name:        Laurence M. Bardfeld
      Address:     500 E. Broward Blvd.
      Telephone:  (954) 356-7255 ext. 3510
      Facsimile:  (954) 356-7336
      E-mail:     Laurence.Bardfeld@USDOJ.GOV

Counsel for Party Filing Matter Under Seal:
      Name:        _____
      Address:     _____
      Telephone:  _____
      Facsimile:  _____
      E-mail:     _____

Date of Filing: December 1⧸, 2000

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
      __  Until Conclusion of Trial           __  Until Conclusion of Direct Appeal
      __  Until Case Closing              x  Until the arrest of the first defendant
      __  Until further order of the Court      __  Permanently
      __  Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule:
_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
      _x_   unsealed and placed in the public portion of the court file
      __    destroyed
      __    returned to the party or counsel for the party, as identified above

_____
COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal:    __ Granted   __ Denied   __ Other
Date: _____

Matter May Be Unsealed After:
      __  Conclusion of Trial                 __  Conclusion of Direct Appeal
      __  Until the arrest of the first defendant __  Until further order of the Court
      __  Case Closing                   __  Other _____

N:\udd\asparks\Bardfeld\Bardfeld\Sealed.wpd

No. 0431

# UNITED STATES DISTRICT COURT

**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

*vs.*

JEFFREY LEVINE

## INDICTMENT

21 U.S.C. § 841(a)(1)

A true bill.

_____
Foreperson

Filed in open court this

_____

of _____ A.D. 19

_____ day;

_____ Clerk

Bail, $ _____