## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JEFFREY LEVINE (J)  CASE NO: 00-6353-CR-DIMITROULEAS
AUSA: LARRY BARDFELD  *pro*  ATTY:
AGENT: FBI  VIOL: 21:841
PROCEEDING: I/A ON SEALED INDICTMENT  RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

FILED DEC 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't Ore tenus
M/Unseal granted

Advised of charges

Deft says Jeffrey Glass is Counsel. Clerk to verify.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-18 | 11 | BSS | |
| PTD/BOND HEARING: | 12-19 | 10 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-19 | 10 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 12/15/00  TIME: 11:00  FTL/LSS TAPE # 00 - 066  Begin. 206  End: 294

