FILED by
DEC 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55586-004

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR 6353-CR-DIMITROULEAS
                           ) REPORT COMMENCING CRIMINAL
    -vs-                  )              ACTION
                           )
JEFFERSON LEVINE )
              Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed.  Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/14/00    3:15 am/(pm)

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 08/25/70

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint To be filed/Already filed
    Case# 6353-CR-DIMITROULEAS

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN DISTRICT OF FLORIDA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ PTD Req.
Who set Bond: SNOW

(7) Remarks:

(8) Date: 12/15/00   (9) Arresting Officer: JOHN CORBIN

(10) Agency: FBI   (11) Phone: (954) 921-3563

(12) Comments: