| | | | |
|---|---|---|---|
| DEFT: | Jefferson Levine (J)# | CASE NO: | 00-6353-CR-Dimitrouleas |
| AUSA: | Larry Bardfeld /Stefin | ATTNY: | ATTY ROBERT BARRAR (perm.) |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re counsel | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Atty Barrar permanently retained

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 12-19-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. /REMOVAL: | 12-19-00 | 10:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 12-18-00 | TIME: 11:00am | TAPE # 00-097 PG # 7 | |

Recalled 268-800   9/19
1138-1176