UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-Dimitrouleas

UNITED STATES OF AMERICA,

v.

Jefferson Levine

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW __Robert Barrar__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 12-18-00

Attorney __Robert Barrar__
Address __4141 NE 2nd Ave Ste 203__
City __Mia__ State __Fla__ Zip __33137__
Telephone __576-5600 (305)__
Florida Bar No. __0653426__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____