COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jefferson Levine (J)#   CASE NO: 00-6353-CR-Dimitrouleas
AUSA: Larry Bardfeld   ATTNY: Robert Barrar
AGENT: ___   VIOL: ___
PROCEEDING: PTD Hearing/Inquiry re Counsel/Arraignment   BOND REC: ___
BOND HEARING HELD - (yes)/no   COUNSEL APPOINTED: ___
____ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

- Testimony by Agent.
- Defendant remains in Custody; Danger to Community.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 1-3-01   11:00 a.m.   Snow
DATE: 12-19-00   TIME: 10:00am   TAPE # 00-097   PG # 2353-end
                                         00-098  beginning -