FILED by ___ D.C.
DEC 1 9 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

JEFFERSON LEVINE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on December 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __In Custody_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____Robert Barrar, _Esq_._____
                    Address: _4141 N.E. 2nd Avenue_____
                             _Suite 203-A_____
                             _Miami, Florida 33137_____

                    Telephone:_____

BOND SET/CONTINUED: $ __no bond_____

Bond hearing held: yes _✓__ no___ Bond hearing set for_____

Dated this __19th__ day of __December__, 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By:_Amy Jordan_____
                                    Deputy Clerk
                                Tape No. _00-097_
                                         _00-098_

cc: Copy for Judge
    U. S. Attorney