HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ACD.C.
JAN - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __JEFFERSON LEVINE_____ CASE NO: __00-6353-CR-DIMITROULEAS__ ✓

AUSA __LARRY BARDFELD__ pres  ATTY __ROBERT BARRAR__ pres

Disc rec'd today -
M/due Jan 17 — one extra week for Giglio.   @ 694

DEFT __KIMBERLY ADAMS_____ CASE NO: ~~00-6333-CR-FERGUSON~~

AUSA __THOMAS LANIGAN__/Washington  ATTY __FPD__ — Tim Day

disc rec'd - no motions pending   00-001 @ 532

DEFT __ALEXANDER SWANSON_____ CASE NO: ~~00-6350-CR-DIMITROULEAS~~

AUSA __ROGER POWELL__/Washington  ATTY __FPD__ Day for Benke

Disc will be sent today - no
pending motions - possibility of
retained counsel coming in. 8 m/due  @ 574  Jan 17

DEFT __LORNA CUMMINGS_____ CASE NO: ~~00-6354-CR-FERGUSON~~

AUSA __LARRY BARDFELD__ pres /Washington  ATTY __FPD__ Day

disc rec'd - to be a plea
@ 645

DEFT __MICHAEL McKAY_____ CASE NO: ~~00-6356-CR-ZLOCH~~

AUSA __LARRY BARDFELD__ pres  ATTY __FPD__ Day for Swanger

Disc out - no outstanding motions
possible plea   @ 667

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __1/3/01_____  TIME __11:00_____