UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,       :

    Plaintiff,             :

v.                              :

JEFFERSON LEVINE,               :

    Defendant.             :
_____

**STATUS REPORT**

A status conference was held in this cause on January 3, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was sent on the date of the status conference, except for <u>Giglio</u> material, which shall be turned over upon receipt by the prosecutor.

    2. Counsel for the defendant shall have until January 17, 2001, within which to file pretrial motions unrelated to the <u>Giglio</u> material. Motions pertaining to the <u>Giglio</u> material shall be filed within seven days from receipt of the material.

DATED at Fort Lauderdale, Florida, this _____ day of January, 2001.

                                     _____
                                     LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Robert Barrar, Esq.

