IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6353-CR-DIMITROULEAS

UNITED STATES

v.

JEFFERSON LEVINE,

Defendant.
_____/

## MOTION TO CONTINUE

Defendant, Jefferson Levine, through counsel and pursuant to the Federal Rules of Criminal Procedure hereby files this Motion to Continue and states as follows:

1. Defendant is charged with Possession with Intent to Distribute Cocaine in a two count indictment.
2. The Defendant is currently being held without bond.
3. Calendar Call is set for January 19, 2001 with the two week trial calendar beginning January 22, 2001.
4. On January 3, 2001, counsel attended a status conference.
5. At such status conference, it was acknowledged by the prosecutor Larry Bardfeld that the government would be relying on testimony of a confidential informant at the trial in this cause.
6. The government agreed that in addition to all materials that must be provided to the defense pursuant to United States vs. Giglio, 405 US 150 (1972), it would provide a NCIC criminal history of the confidential informant.
7. As of this date, the government has not provided any of this information.
8. At said status conference, the prosecutor indicated that these materials would most likely be provided on or before January 12, 2001.



9.  Due to counsel's extremely heavy upcoming trial schedule, counsel will be unable to adequately prepare for trial in this cause prior to the upcoming trial period.

10. Additionally, counsel needs to thoroughly investigate the background of the confidential informant who has yet to be disclosed.

11. The prosecutor previously advised counsel that he had no objections to a continuance of the trial in this cause.

12. Counsel requests a 90-day continuance of the trial in this cause.

WHEREFORE, based upon the foregoing, Defendant respectfully requests this Court Issue its Order granting a 90-day continuance of the trial in this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to Larry Bardfeld, Esquire, Assistant United States Attorney, Ft. Lauderdale, Florida this 9th day of January, 2001.

**THE LAW OFFICES OF ELLIS RUBIN AND ROBERT I. BARRAR**
Attorneys for Defendant
4141 Northeast 2nd Avenue
Suite 203A
Miami, FL 33137
305/576-5600 Direct Line
305/576-3292 Telefax

_____
**ROBERT I. BARRAR, ESQ. #653926**
For the Firm