UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STATE OF FLORIDA,

    Plaintiff,

vs.

JEFFERSON LEVINE,

    Defendant.
_____/

CASE NO. 00-6353-CR-DIMITROULEAS

## ORDER

THIS CAUSE having come on to be heard on Defendant's Motion To Continue [DE-20] and the Court having reviewed said Motion, having reviewed the Court file and being further advised in the Premises:

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Said Motion is hereby Denied, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bardfeld, AUSA

Robert I. Barrar, Esquire
4141 N.E. 2nd Avenue, Suite 203A
Miami, FL 33137

