UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-DIMITROULEAS

UNITED STATES OF AMERICA      )
                              )
          Plaintiff,          )
                              )
v.                            )
                              )
                              )
JEFFERSON LEVINE,             )
                              )
          Defendant.          )
_____)

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959). The confidential informant is providing substantial assistance on a state drug trafficking charge. He was subject to a 3 year mandatory minimum sentence for his conviction on that charge. He received a sentence of 2 years house arrest, and three years of probation.
        Prior to the transactions with the defendant, the confidential informant was paid approximately $200 for a deal involving one kilogram of cocaine.



E.  The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. Attached is a copy of the confidential informant's NCIC criminal history which reflects prior arrests and convictions. As soon as Defendant's convictions are obtained, they will be forwarded.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard, #700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 19th day of January, 2001, to: Robert Barrar, Esquire, Rubin & Barrar, 333 NE 23rd Street, Miami, FL 33137-4926.

Laurence M. Bardfeld
Assistant United States Attorney