**CRIMINAL MINUTES**

FILED by _____ D.C.
JAN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6353-CR-WPD    DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jefferson Kevine

U.S. ATTORNEY: Kerrie Bodfield    DEFT. COUNSEL: Robert Bauer

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 3/23/01    TIME: 9:00    FOR: Cal. Call
MISC: 3/26    2 week trial period.