AO 442 (Rev. 12/85) Warrant for Arrest    AUSA LAURENCE M. BARDFELD    S/A JOHN CORBIN (FBI) (954 921-3513)

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  529-266

UNITED STATES OF AMERICA

V.

JEFFERSON LEVINE

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6353**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ____JEFFERSON LEVINE____
                                    CR-DIMITROULEAS
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

MAGISTRATE JUDGE
SNOW

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possession with intent to distribute cocaine base, commonly known as crack cocaine

in violation of Title _21_ United States Code, Section(s) _841(a)(1)_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

December 14, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention _requested_

by _Lurana S. Snow_, United States Magistrate Judge
Name of Judicial Officer

'01 FEB 22 PM 3:45

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 12/15/00 | | |

25