UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. )
)
)
JEFFERSON LEVINE, )
)
    Defendant. )
_____)

**NIGHT BOX FILED**
MAR - 5 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER**

    The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.  1.  Audiotapes which contain recordings of conversations had by the defendant previously have been provided. Copies of revised transcripts of the telephone calls are attached.



E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. Attached are copies of Judgments and Commitments pertaining to the confidential informant who purchased crack cocaine from Defendant on two separate occasions.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant United States Attorney
Florida Bar No. 712450
500 East Broward Boulevard, #700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3510
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 5rh day of March, 2001, to: Robert Barrar, Esquire, Rubin & Barrar, 333 NE 23rd Street, Miami, FL 33137-4926.

Laurence M. Bardfeld
Assistant United States Attorney