## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED _____ D.C.
MAR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6353-CR-WPD    DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Jefferson Levine

U.S. ATTORNEY: Larry Bardfeld    DEFT. COUNSEL: Robert Ritner
                                                Carlos Rubenfr

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Case ready for trial.
#1 for Jury Selection Monday @ 1:00

CASE CONTINUED TO: 3/26/01    TIME: 1:00    FOR: Jury
MISC: _____                              Selection