# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED D.C.
MAR 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6353-Cr-WPD       DATE: March 26, 2001

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: _____       INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jefferson Levine

U.S. ATTORNEY: Terry Barefield       DEFT. COUNSEL: Robert Barar

REASON FOR HEARING: Jury selection

RESULT OF HEARING: Jury voir dire.
Jury Selected & Sworn.
Opening Statements.

CASE CONTINUED TO: 3/27/01    TIME: 10:30    FOR: Day 2

MISC: _____