**CRIMINAL MINUTES**

FILED by ___ D.C.
MAR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6353-CR-WPD   DATE: March 27, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jefferson Kevine

U.S. ATTORNEY: Larry Bardfeld   DEFT. COUNSEL: Robert Barrar

REASON FOR HEARING: Jury trial Day 2

RESULT OF HEARING: Gvt's Case in Chief Continued. Gvt Rests. Deft's Case in Chief. Deft Rests. Deft's motion for Judgment of Acquittal is Denied. Charge Conference held. Closing Arguments. Court Instructs Jury. Jury deliberates. 1 Jury question.

CASE CONTINUED TO: 3/28/01   TIME: 9:15   FOR: Day 3

MISC: _____