## CRIMINAL MINUTES

FILED by _____ D.C.
MAR 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6353-CR-WPD    DATE: March 28, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Madison Levine

U.S. ATTORNEY: Rory Bradfield    DEFT. COUNSEL: Robert Bauas

REASON FOR HEARING: Jury trial Day 3

RESULT OF HEARING: Jury Deliberations continue. Jury Question. Jury sends another note. Court reads entire charge. Deliberations continue. Verdict Not Guilty as to Count 1. Guilty as to Count 2. Jury polled.

CASE CONTINUED TO: 6/8/01    TIME: 1:00    FOR: Sentencing

MISC: _____