# United States District Court

**Southern** DISTRICT OF **Florida**

USA v. Jefferson Revine

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Terry Bradfield AUSA | Robert Barrar |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/26/01 | Bob Ryckoff | Karen Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/27/01 | | | Off. Christina Rodriguez |
| ✓ | | 3/27/01 | | | Det. Hector Meletich |
| ✓ | | 3/27/01 | | | Dep. Ronnie Miller |
| ✓ | | 3/27/01 | | | John Gail |
| ✓ | | 3/27/01 | | | Det. Bill Duncan Cunneen |
| | | | | | |
| | | | | | (see attached exhibit list) |

FILED by _____ D.C.
MAR 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JEFFERSON LEVINE

**EXHIBIT LIST**

CASE NUMBER: 00-6353-CR-DIMITROULEAS

| PRESIDING JUDGE HONORABLE WILLIAM P. DIMITROULEAS | PLAINTIFF'S ATTORNEYS LARRY BARDFELD | DEFENDANT'S ATTORNEY ROBERT BARRAR |
|---|---|---|
| TRIAL DATE(S) 3/26/01 | COURT REPORTER ROBERT RYCKOFF | COURTROOM DEPUTY KAREN CARLTON |

| EXH. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|
| 1 | Rodriguez/ Miller | 3/27/01 | 3/27/01 | Crack cocaine from 9/14/00 |
| 2 | Meletich/ Miller | | 3/27/01 | Crack cocaine from 9/21/00 buy |
| 3 | Meletich | 3/27/01 | 3/27/01 | Videotape of 9/21/00 buy |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |