UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6353-CR-DIMITROULEAS

　　　Plaintiff,
vs.                          **VERDICT**

JEFFERSON LEVINE,

　　　Defendant.
_____/

FILED by _____ D.C.

MAR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant JEFFERSON LEVINE,

**As to Count I**

　　　_____
　　　GUILTY

　　　___X____   Not Guilty
　　　NOT GUILTY

**As to Count II**

　　　___C____   Guilty
　　　GUILTY

　　　_____
　　　NOT GUILTY

as charged in the Indictment.

So say we all.

_____          _3/28/01_____
FOREPERSON                     DATE

