# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 00-6353-CR-WPD

vs.

Jefferson Levine

Defendant(s)

FILED by _____ D.C.

MAR 2 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _All Government Exhibits_____

_____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____

PRINT NAME: _JOHN L. CORBIN JR._

AGENCY OF FIRM: _FBI_

ADDRESS: _16320 N/W 2 Ave, North Miami_

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

TELEPHONE: _(305) 944-9101_

DATE: _3/28/01_

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record