UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6353-CR-DIMITROULEAS

  Plaintiff,

vs.

JEFFERSON LEVINE,

  Defendant.
_____/

### ORDER DEFERRING RULING ON RENEWED MOTION TO DISMISS

THIS CAUSE having come before this Court on Defendant's April 3, 2001 Renewed Motion To Dismiss [DE-37], the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Barrar, Esquire
4141 N.E. 2nd Avenue, #203A
Miami, FL 33137

Larry Bardfeld, AUSA

