IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6353-CR-DIMITROULEAS

UNITED STATES

v.

JEFFERSON LEVINE,

Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY FOR RENEWED MOTION TO DISMISS AND POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL AND/OR ARREST OF JUDGMENT

Defendant, Jefferson Levine, through counsel and pursuant to the Federal Rules of Criminal Procedure hereby files this Notice of Supplemental Authority for Renewed Motion to Dismiss and Post-Trial Motion for Judgment of Acquittal and/or Arrest of Judgment and states as follows:

1. U.S. v. Smith, 125 F. Supp. 2d 486 (S.D. Fla. 2000)

2. Punishment and Prejudice: Racial Disparities in the War on Drugs, wherein according to the United States Sentencing Commission, 88.3 percent of Federal crack cocaine defendants are black. Further, a notorious distinction and heavier sentences mandated in Federal law between crack cocaine verses powder cocaine and the proportionally greater number of blacks prosecuted federally for crack and thus receiving heavier sentences than whites who are primarily prosecuted for powder cocaine offenses, have come to symbolize for many the racially discriminatory nature of the war on drugs.

3. United States Sentencing Commission special report to the Congress: Cocaine and Federal Sentencing Policy 1995.



I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to Larry Bardfeld, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394 this 4th day of April, 2001.

**THE LAW OFFICES OF ELLIS RUBIN AND ROBERT I. BARRAR**
Attorneys for Defendant
4141 Northeast 2nd Avenue
Suite 203A
Miami, FL 33137
305/576-5600 Direct Line
305/576-3292 Telefax

_____
**ROBERT I. BARRAR, ESQ. #653926**
For the Firm