UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6353-CR-DIMITROULEAS

Plaintiff,

vs.

JEFFERSON LEVINE,

Defendant.

_____/

**ORDER DENYING RENEWED MOTION TO DISMISS**

THIS CAUSE having come before this Court on Defendant's April 3, 2001 Renewed

Motion To Dismiss [DE-37], and the Court having reviewed Defendant's Notice of Supplement

Authority [DE-39], and the Government's April 9, 2001 Response, the Renewed Motion To

Dismiss is DENIED. U.S. v. Hanna, 153 F. 3d 1286, 1288 (11th Cir. 1998).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Barrar, Esquire
4141 N.E. 2nd Avenue, #203A
Miami, FL 33137

Larry Bardfeld, AUSA