UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6353-CR-DIMITROULEAS

    Plaintiff,

vs.

JEFFERSON LEVINE,

    Defendant.
_____/

### ORDER RE-SETTING SENTENCING

THIS CAUSE having come before this Court on Probation's May 30, 2001 Request To Continue Sentencing, said request is GRANTED. Sentencing is reset to June 29, 2001 at 3:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Barrar, Esquire
4141 N.E. 2nd Avenue, #203A
Miami, FL 33137

Laurence Bardfeld, AUSA

Silas Saunders, USPO

