**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6353Cr-WPD        DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jefferson, Levine

U.S. ATTORNEY: Terry Winfield        DEFT. COUNSEL: Albert Barrar

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
~~months BOP~~, ~~years Supervised Release~~, ~~Fine~~, ~~Assessment~~.

sentencing did not go forward. Court resets the sentencing.

CASE CONTINUED TO: 7/12/01    TIME: 2:00    FOR: Sentencing
MISC: Deft sworn in testimony