UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6353-CR-DIMITROULEAS

    Plaintiff,

vs.

JEFFERSON LEVINE,

    Defendant.

_____/

FILED by _____ D.C.

JUL 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING *PRO SE* MOTION

THIS CAUSE having come before this Court on Defendant's Pro Se June 29, 2001 Motion based upon insufficient indictment, and the Court having heard arguments on June 29, 2001, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _2_ day of July, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Barrar, Esquire
4141 N.E. 2nd Avenue, #203A
Miami, FL 33137

Larry Bardfeld, AUSA

Jefferson Levine #55586-004
MFDC - Miami
P.O. Box 019120
Miami, FL 33101-9120

