UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
v. )
)
JEFFERSON LEVINE, )
)
_____)



### UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through counsel, respectfully requests that this Court continue the sentencing of this matter for one week. As grounds for the motion, the United States submits the following:

1. This case is currently set for sentencing on July 12, 2001, at 2:00 p.m. The sentencing hearing began on June 29, 2001 and was continued until July 12, 2001.

2. Undersigned counsel will be out of the District from July 10, 2001 until July 14, 2001. Undersigned counsel did not realize those were the dates he would be away at the time the hearing was rescheduled.

3. Undersigned counsel has contacted counsel for defendant who has no objection to his limited continuance.



WHEREFORE, the United States respectfully requests that this Court continue the sentencing of this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida  33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

2

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___5th___ day of July, 2001, to: Robert Barrar, 4141 NE 2nd Avenue, Suite 203A, Miami, FL 33137.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY

3