UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6353-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
)
v. )
)
JEFFERSON LEVINE, )
)
    Defendant. )
_____)

## ORDER ON MOTION TO CONTINUE

THIS CAUSE having come before the Court on the Government's Unopposed Motion to Continue and the Court being duly advised, it is hereby ORDERED and ADJUDGED that the Government's Motion to Continue is GRANTED. The sentencing shall be continued until _July 16, 2001 at 1:00 P.M._.

DONE AND ORDERED this _5_ day of July, 2001.

                                    _____
                                    WILLIAM P. DIMITROULEAS
                                    UNITED STATES DISTRICT JUDGE

cc: Larry Bardfeld, AUSA
    Robert Barrar, Esquire

