**CRIMINAL MINUTES**

FILED by _____ D.C.
JUL 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6353CR-WPD    DATE: July 16, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Pratt    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jefferson Rennie

U.S. ATTORNEY: Terry Cordfield    DEFT. COUNSEL: Robert Barrar

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed.
Order Invokes sequestration rule re: witnesses.
Life imprisonment BOP, 5 years supervised
Release, no fine, $100.00 assessment.

Court determines deft to be a Career Criminal
Offender. Deft's motion for downward departure
is Denied. Deft informed of Right to Appeal.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: W-1 Rolanda Johnson BSO fingerprint analyst
(Witnesses continued on witness list)

49/69