# United States District Court

**Southern** DISTRICT OF **Florida**

USA v. Jefferson Lewrie

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6353-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Larry Bardfield, AUSA | Robert Bauar |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/16/01 - Sentencing | Bob Ryckoff | Vira Anston |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7/16/01 |  |  | W-1 Rolando Garcia |
|  |  |  |  |  | W-2 William Cunneen |
| 1 |  |  | ✓ | ✓ | Certified copy of Judgment + fingerprints |
| 2 |  |  | ✓ | ✓ | Affidavit of Order appointing Counsel + Insolvency |
| 3 |  |  | ✓ | ✓ | Comparison of prints/Court cases |

FILED

JUL 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages