IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6353-CR-DIMITROULEAS

UNITED STATES

v.

JEFFERSON LEVINE,            **INDIGENT FOR COSTS**

Defendant.
_____/

### NOTICE OF APPEAL

Defendant, Jefferson Levine, through counsel and pursuant to the Federal Rules of Criminal Procedure hereby files this Notice of Appeal appealing the Judgment, Conviction and Sentence of this Court rendered on July 16, 2001 to the United States Court of Appeals for the Eleventh Circuit.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to Larry Bardfeld, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394 this 18th day of July, 2001.

**THE LAW OFFICES OF ELLIS RUBIN
AND ROBERT I. BARRAR**
Attorneys for Defendant
4141 Northeast 2nd Avenue
Suite 203A
Miami, FL 33137
305/576-5600 Direct Line
305/576-3292 Telefax

**ROBERT I. BARRAR, ESQ. #653926**
For the Firm