UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6353-CR-DIMITROULEAS

STATE OF FLORIDA

v.

JEFFERSON LEVINE

Defendant.
_____/

### ORDER ON MOTIONS TO DECLARE DEFENDANT INDIGENT FOR COSTS OF APPEAL AND MOTION TO WITHDRAW

THIS CAUSE having come on to be heard on July 16, 2001 on Defendant's Ore Tenus Motions to Declare Defendant Indigent for Costs of Appeal and Motion to Withdraw and the Court having considered said Motions and having heard argument of counsel and having been further advised in the premises:

IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Said Motions are hereby granted.

2. The Defendant is hereby declared indigent for costs of filing and prosecuting his Appeal. This shall include the costs of transcripts of trial and sentencing, the costs of obtaining the record as well as the filing fee for said Appeal.

3. Robert I. Barrar individually and Ellis Rubin individually and The Law Offices of Ellis Rubin and Robert I. Barrar are hereby discharged and relieved from any further responsibility to the Defendant after filing the Notice of Appeal in this cause.

4. The Federal Public Defender's Office is hereby appointed to prosecute the Appeal for the Defendant.



DONE AND ORDERED in chambers this 26 day of July, 2001.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE
WILLIAM P. DIMITROULEAS

cc:  Laurence Bardfeld, Esq.
     United States Attorney

   Robert I. Barrar, Esq.

F.P.D.O