UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6353-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFERSON LEVINE,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Brenda G. Bryn
Assistant Federal Public Defender
Florida Bar No. 0708224
Attorney for Defendant
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this ___ day of August, 2001, to Anne Schultz, Assistant United States Attorney's Office, at 99 N. E. Fourth Street, Miami, FL 33132.

_____
Brenda G. Bryn