USDC FLSD 245B (Rev 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 7

**DEFENDANT: LEVINE, JEFFERSON**
**CASE NUMBER: 00-6353-CV-WPD**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of LIFE IMPRISONMENT.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

   ☐ At _____ A.m. / p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ Before 2:00 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _8-7-01_ To _FCC COP USP_

at _Coleman, FL_, with a certified copy of this judgment.

Donald A McKelvy, Warden
~~UNITED STATES MARSHAL~~

By _____
Deputy ~~U.S. Marshal~~

