*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

FILED
AUG 2 3 2001

**UNITED STATES OF AMERICA,**

                           Case 00-6353-Cr-DIMITROULEAS

        Plaintiff,

  vs.                **FORT LAUDERDALE,** *FLORIDA*
                          December 19, 2000

**JEFFERSON LEVINE,**

        Defendant.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE BARRY SELTZER**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        **LAURENCE BARDFELD, A.U.S.A.**
        *UNITED STATES ATTORNEYS' OFFICE*
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, FL 33301

FOR THE DEFENDANT:

        **ROBERT IVAN BARRAR, Jr., ESQ.**
        4141 N.E. 2nd Avenue
        Suite 203-A
        Miami, Florida

REPORTED BY:        **JERALD M. MEYERS, RPR-CM**
        Official Federal Court Reporter
        301 North Miami Avenue, 9th Floor
        Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**