FILED by
CT. REP. \_\_\_\_ D.C.

***UNITED STATES DISTRICT COURT***
***SOUTHERN DISTRICT OF FLORIDA*** AUG 2 5 2001
***MIAMI DIVISION***

CLARE
CLERK U
S. D. OF FLA.

**UNITED STATES OF AMERICA,**

Case 00-6353-Cr-DIMITROULEAS

Plaintiff,

vs.                          **FORT LAUDERDALE,** *FLORIDA*
JANUARY 3, 2001

**JEFFERSON LEVINE,**

Defendant.

---

**TRANSCRIPT OF STATUS CONFERENCE**
**BEFORE THE HONORABLE LURANA S. SNOW,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

> **LAURENCE BARDFELD, A.U.S.A.**
> *UNITED STATES ATTORNEYS' OFFICE*
> 500 East Broward Blvd., 7th Floor
> Ft. Lauderdale, FL 33301

FOR THE DEFENDANT:

> **ROBERT IVAN BARRAR, Jr., ESQ.**
> 4141 N.E. 2nd Avenue
> Suite 203-A
> Miami, Florida

REPORTED BY:          **JERALD M. MEYERS, RPR-CM**
Official Federal Court Reporter
301 North Miami Avenue, 9th Floor
Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

59

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**