## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United States of America__ vs __Jefferson Levine__

District Court No.: __00-6353-CR-Dimitroulas__ Date Notice of Appeal Filed: __12/20/00__ Court of Appeals No. __00-16686-H__ (If Available)

CHOOSE ONE: ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | Inquiry re Counsel | Mag Seltzer | 12/18/00 |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | Pretrial Detention/ Arraignment | Mag Seltzer | 12/19/00 |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __Brenda G. Bryn, Esq.__

Name of Firm: __Federal Public Defender__

Street Address/P.O. Box: __One East Broward Boulevard, Suite 1100__

City/State/Zip Code: __Fort Lauderdale, FL  33301__     Phone No.: __(954)356-7436__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __8/7/01__  SIGNED: _____ Attorney for: Def. Jefferson Levine
Brenda G. Bryn, Asst. Federal Public Defender

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall mail a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

FILED by D.C. AUG 23 2001 CLARENCE MADDOX CLERK U.S. DIST CT S.D. OF FLA. MIAMI

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: __8-14-01__
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __2__   Estimated no. of transcript pages: __40__   Estimated filing date: _____
DATE: __8-14-01__  SIGNED: _____  Phone No.: __954-431-4751__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): __8/22/01__

Actual No. of Volumes and Hearing Dates: __2 VOLUMES - 12-18-00 -12-19-00__

Date: __8/22/01__  Signature of Court Reporter: _____

U.S. GPO: 1998-734-049/80146

## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.**    **TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United STates of AMerica__    vs __Jefferson Levine__

District Court No.__00-6353-CR-Dimitroule__ Date Notice of Appeal Filed __12/20/00__    Court of Appeals No.__00-16686-H__
                                                                                                (If Available)

CHOOSE ONE:    □ No hearing    □ No transcript is required for appeal purposes    □ All necessary transcript(s) on file
               ☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | Status Conference | Magistrate Snow 1/19/01 03 | |
| □ Trial | | | |
| □ Sentence | | | |
| □ Other | | | |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

□ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __Brenda G. Bryn, Esq.__

Name of Firm: __Federal Public Defender__

Street Address/P.O. Box: __One East Broward Boulevard, Suite 1100__

City/State/Zip Code: __Fort Lauderdale, Fl. 33301__    Phone No.__(954) 356-7436__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __8/7/01__    SIGNED: _____    Attorney for: __Def. Jefferson Levine__
                   __Brenda G. Bryn, Asst. Federal Public Defender__

**PART II.**    **COURT REPORTER ACKNOWLEDGMENT**    FILED by

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

AUG 2 2001

CLARENCE MADDOX
CLERK U.S.
S.D. OF FLA.

Date Transcript Order received: __8/13/01__

☒ Satisfactory arrangements for paying the cost of the transcript were completed on: __8/13/01__
□ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __1__    Estimated no. of transcript pages: __10__    Estimated filing date: _____

DATE: __8/13/01__    SIGNED: _____    Phone No. __954-431-4757__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript. Taken as to second Meyers.

**PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): __8/22/01__

Actual No. of Volumes and Hearing Dates: __1 VOLUME    7 PAGES__

Date: __8/22/01__    Signature of Court Reporter: _____

*U.S. GPO: 1998-734-049/80146