FILED by ___ D.C.
CT REP.
AUG 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

**UNITED STATES OF AMERICA,**

Case 00-6353-Cr-DIMITROULEAS

Plaintiff,

vs.   **FORT LAUDERDALE**, *FLORIDA*
December 15, 2000

**JEFFERSON LEVINE,**

Defendant.

---

**TRANSCRIPT OF INITIAL APPEARANCE HEARING**
**BEFORE THE HONORABLE BARRY SELTZER**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

**LAURENCE BARDFELD, A.U.S.A.**
*UNITED STATES ATTORNEYS' OFFICE*
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33301

FOR THE DEFENDANT:

**NO COUNSEL PRESENT**

REPORTED BY:   **JERALD M. MEYERS, RPR-CM**
Official Federal Court Reporter
301 North Miami Avenue, 9th Floor
Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**