# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,     )  CASE NO. 00-6353-CR-WPD
                              )
              Plaintiff,      )
                              )
         -v-                  )
                              )
JEFFERSON LEVINE,             )
                              )  Fort Lauderdale, Florida
              Defendant.      )  January 19, 2001
_____)  9:05 p.m.


                  TRANSCRIPT OF STATUS CONFERENCE

            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                         U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          LAURENCE M. BARDFELD, ESQ.
                           Assistant U.S. Attorney
                           500 E. Broward Boulevard
                           Suite 700
                           Fort Lauderdale, Florida 33394


For the Defendant          ROBERT I. BARRAR, ESQ.
                           4141 Northeast 2nd Avenue
                           Suite 203A
                           Miami, Florida  33137


Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657
```

THIS VOLUME:
Pages 1 - 4