```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO. 00-6353-CR-WPD
                            )
           Plaintiff,       )
                            )
      -v-                   )
                            )
JEFFERSON LEVINE,           )
                            )  Fort Lauderdale, Florida
           Defendant.       )  March 23, 2001
_____)  10:00 a.m.
```

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | LAURENCE M. BARDFELD, ESQ.<br>Assistant U.S. Attorney<br>500 E. Broward Boulevard<br>Suite 700<br>Fort Lauderdale, Florida 33394 |
| For the Defendant | ELLIS RUBIN, ESQ.<br>4141 Northeast 2nd Avenue<br>Suite 203A<br>Miami, Florida 33137 |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**