```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )   CASE NO. 00-6353-CR-WPD
                            )
         Plaintiff,         )
                            )
      -v-                   )
                            )
JEFFERSON LEVINE,           )
                            )   Fort Lauderdale, Florida
         Defendant.         )   March 28, 2001
_____)   9:15 a.m.

                        VOLUME III

             TRANSCRIPT OF TRIAL PROCEEDINGS

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff       LAURENCE M. BARDFELD, ESQ.
                        Assistant U.S. Attorney
                        500 E. Broward Boulevard
                        Suite 700
                        Fort Lauderdale, Florida 33394


For the Defendant       ROBERT I. BARRAR, ESQ.
                        4141 Northeast 2nd Avenue
                        Suite 203A
                        Miami, Florida  33137


Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657
```



# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE