```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6353-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
JEFFERSON LEVINE,            )
                             )  Fort Lauderdale, Florida
              Defendant.     )  July 16, 2001
_____)  1:00 p.m.


                     TRANSCRIPT OF SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        LAURENCE M. BARDFELD, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant        ROBERT I. BARRAR, ESQ.
                         4141 Northeast 2nd Avenue
                         Suite 203A
                         Miami, Florida  33137


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**