# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **United States of America** vs **Jefferson Levine**
District Court No.: **00-6353-CR-Dimitrouleas**    Date Notice of Appeal Filed: **12/20/00**    Court of Appeals No.: **01-16686-H**
(If Available)

CHOOSE ONE:  ☐ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | Calendar Call/Status Conference | Judge Dimitrouleas  3/23/01 | Bob Rychoff |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Brenda G. Bryn, Esq.**
Name of Firm: **Federal Public Defender**
Street Address/P.O. Box: **One East Broward Boulevard, Suite 1100**
City/State/Zip Code: **Fort Lauderdale, FL 33301**    Phone No. **(954) 356-7436**

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **8/7/01**    SIGNED: _____    Attorney for: **Def. Jefferson Levine**
Brenda G. Bryn, Asst. Federal Public Defender

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: **8-17-01**
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: **8-24-01**
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: **1**    Estimated no. of transcript pages: **5**    Estimated filing date: **9-24-01**
DATE: **8-24-01**    SIGNED: **Robert Rychoff**    Phone No.: **954-769-5651**

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): **9-17-01**

Actual No. of Volumes and Hearing Dates: **1 Volume   3-23-01**

Date: **9-17-01**    Signature of Court Reporter: **Robert Rychoff**

U.S. GPO: 1998-734-049/80146

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **United States of America** vs **Jefferson Levine**
District Court No.: **00-6353-CR-Dimitrouleas** Date Notice of Appeal Filed: **12/20/00** Court of Appeals No. **01-16686-H**
(If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | Calendar Call/Status Conference 1/19/01 | Judge Dimitrouleas | Bob Rychoff |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Brenda G. Bryn, Esq.**
Name of Firm: **Federal Public Defender**
Street Address/P.O. Box: **One East Broward Boulevard, Suite 1100**
City/State/Zip Code: **Fort Lauderdale, FL 33301** Phone No.: **(954) 356-7436**

I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.
DATE: **8/7/01** SIGNED: _Brenda B. Bryn_ Attorney for: **Def. Jefferson Levine**
Brenda B. Bryn, Asst. Federal Public Defender

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: **8-17-01**
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: **8-24-01**
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: **1** Estimated no. of transcript pages: **5** Estimated filing date: **9-24-01**
DATE: **8-24-01** SIGNED: _Robert Rychoff_ Phone No.: **954-769-5657**

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): **9-17-01**
Actual No. of Volumes and Hearing Dates: **1 Volume, 1/19/01**
Date: **9-17-01** Signature of Court Reporter: _Robert Rychoff_

*U.S. GPO: 1998-734-049/80146

## PART I.     TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **United States of America**    vs    **Jefferson Levine**

District Court No. **00-6353-CR-Dimitrouleas** Date Notice of Appeal Filed: **12/20/00**    Court of Appeals No.: **01-16686-B**
(If Available)

CHOOSE ONE:    ☐ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file
             ☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☒ Trial | Including Jury Selection, Opening Statements Closing Arguments, charge Conference, questions from jury, court responses to questions, verdict | Judge Dimitrouleas 3/26/01-3/28/01 | Bob Ryckoff |
| ☐ Sentence | | | |
| ☒ Other Sentence | 6/29/01 and 7/16/01 | Judge Dimitrouleas | Bob Ryckoff |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Brenda G. Bryn**
Name of Firm: **Federal Public Defender**
Street Address/P.O. Box: **One East Broward Boulevard, Suite 1100**
City/State/Zip Code: **Fort Lauderdale, FL 33301**    Phone No.: **954/356-7436**

I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.

DATE: **8/9/01**    SIGNED: *[signature]* Brenda G. Bryn, Asst. Federal Public Defender    Attorney for: **Def. Jefferson Levine**

## PART II.     COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: **8-17-01**
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: **8-24-01**
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: **5**    Estimated no. of transcript pages: **420**    Estimated filing date: **9-24-01**
DATE: **8-24-01**    SIGNED: *Robert Ryckoff*    Phone No.: **954-769-5657**

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): **9-17-01**

Actual No. of Volumes and Hearing Dates: Vol. 1 **3-26-01**   Vol. 2 **3-27-01**   Vol. 3 **3-28-01**    sentence **6-29-01**    sentence 2 **7-16-0**

Date: **9-17-01**    Signature of Court Reporter: *Robert Ryckoff*

U.S. GPO: 1999-734-586/90181