UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS　　　　　Date: September 21, 2001
Eleventh Judicial Circuit　　　　　　　USDC # 00-6353-CR-WPD
56 Forsyth Street　　　　　　　　　　　USCA # 01-14123-D
Atlanta, Georgia   30303

IN RE: **USA v. Levine**

========================================================================

## Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

　　　　　__1__ Volume of Pleadings
　　　　　_11_ Volumes of Transcripts

　　　_X_ Exhibits:

　　　　　_1_ PSI (sealed)


　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Clarence Maddox, Court Administrator/Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
　　　　Signature

---

```
                                              LSS     CLOSED
                                              APPEAL
                 U.S. District Court
           Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6353-ALL

USA v. Levine                                      Filed: 12/14/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

JEFFERSON LEVINE (1) , DOB        Brenda Greenberg Bryn
8/25/70 Prisoner #55586-004       FTS 356-7556
  defendant                       [COR LD NTC pda]
 [term  07/17/01]                 Public Defender
                                   [term  08/07/01]
                                  FTS 356-7556
                                  [COR LD NTC pda]
                                  Federal Public Defender's
                                  Office
                                  1 E Broward Boulevard
                                  Suite 1100
                                  Fort Lauderdale, FL 33301
                                  954-356-7436

                                  Robert Ivan Barrar, Jr.
                                   [term  07/17/01]
                                  FTS 576-3292
                                  [COR LD NTC ret]
                                  Ellis Rubin & Robert I. Barrar
                                  4141 NE 2nd Avenue
                                  Suite 203-A
                                  Miami, FL 33137
                                  305-576-5600


Pending Counts:                         Disposition

21:841B=ND.F                      Life Imprisonment; Supervised
SELL/DISTR/DISPENSE: PWID         Release 60 months; Assessment
cocaine              (2)          $100.00
                                  (2)


Offense Level (opening): 4
```



```
Docket as of September 21, 2001 10:16 am            Page 1
```

```
Proceedings include all events.                          LSS
0:00cr6353-ALL USA v. Levine                       CLOSED APPEAL

Terminated Counts:                  Disposition

21:841B=ND.F
SELL/DISTR/DISPENSE: PWID
cocaine             (1)


Offense Level (disposition): 4



Complaints:

    NONE
```

```
Proceedings include all events.                                LSS
0:00cr6353-ALL USA v. Levine                            CLOSED APPEAL

JEFFERSON LEVINE, DOB 8/25/70 Prisoner #55586-004

        defendant


========================

USA

        plaintiff

U. S. Attorneys:

  Laurence M. Bardfeld, AUSA
  FTS 356-7336
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                                CLOSED APPEAL

12/14/00  1    MOTION by USA  as to Jefferson Levine to seal
               indictmentuntil arrest of deft or further order of the
               court (dd) [Entry date 12/14/00]

12/14/00  2    ORDER as to Jefferson Levine  granting [1-1] motion to seal
               indictment as to Jefferson Levine (1) ( Signed by
               Magistrate Judge Lurana S. Snow on 12/14/00) CCAP [EOD
               Date: 12/14/00] CCAP  (dd) [Entry date 12/14/00]
                                                                    Beg. Vol. 1
12/14/00  3    SEALED INDICTMENT as to  Jefferson Levine (1) count(s) 1-2
               (Criminal Category 1) (dd) [Entry date 12/14/00]

12/14/00  --   Magistrate identification:  Magistrate Judge Lurana S. Snow
               (dd) [Entry date 12/14/00]

12/14/00  4     ARREST WARRANT issued as to Jefferson Levine .    Warrant
               issued by Magistrate Judge Lurana S. Snow  Bail fixed at
               PTD Requested (dd) [Entry date 12/14/00]

12/15/00  5    Minutes of Initial Appearance on Sealed Indictment held on
               12/15/00 before Magistrate Judge Lurana S. Snow as to
               Jefferson Levine; Inquiry re Counsel 12/18/00 at 11:00;
               Pretrial Detention/Arraignment 12/19/00 at 10:00; Court
               Reporter Name or Tape #: 00-066 @ 206-294 (ss)
               [Entry date 12/18/00]

12/15/00  6    ORDER as to Jefferson Levine Unsealing Indictment (Signed
               by Magistrate Judge Lurana S. Snow on 12/15/00) CCAP [EOD
               Date: 12/18/00] CCAP  (ss) [Entry date 12/18/00]

12/15/00  --   Indictment unsealed as to Jefferson Levine (ss)
               [Entry date 12/18/00]

12/15/00  7    ORDER on Initial Appearance as to Jefferson Levine Report
               re counsel set for 11:00 12/18/00 for Jefferson Levine;
               Arraignment set for 10:00 12/19/00 for Jefferson Levine;
               Detention hearing set for 10:00 12/19/00 for Jefferson
               Levine before Duty Magistrate, ,  (Signed by Magistrate
               Judge Lurana S. Snow on 12/15/00) CCAP (ss)
               [Entry date 12/18/00]

12/15/00  --   Initial appearance as to Jefferson Levine held (Defendant
               informed of rights.) (ss) [Entry date 12/21/00]

12/15/00  --   ARREST of Jefferson Levine (dp) [Entry date 02/23/01]

12/18/00  8    REPORT Commencing Criminal Action as to Jefferson Levine
               DOB: 8/25/70 Prisoner # 55586-004 (ss) [Entry date 12/18/00]

12/18/00  9    Minutes of Inquiry re counsel held on 12/18/00 before
               Magistrate Barry S. Seltzer as to Jefferson Levine;
               Pretrial Detention/Arraignment 12/19/00 at 10:00; Court
               Reporter Name or Tape #: 00-097 @ 768-800 (ss)
               [Entry date 12/19/00]

Docket as of September 21, 2001 10:16 am                        Page 4
```

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                                 CLOSED APPEAL
```

Vol 6 \ cont.

```
12/18/00  --    Inquiry Re Counsel as to Jefferson Levine held (ss)
                [Entry date 12/19/00]

12/18/00  (10)  NOTICE of Appearance for Jefferson Levine by Attorney
                Robert Ivan Barrar Jr. (ss) [Entry date 12/19/00]

12/19/00  (11)  Minutes of Pretrial Detention Hearing/Inquiry re
                counsel/Arraignment held on 12/19/00 before Magistrate
                Barry S. Seltzer as to Jefferson Levine; Status Conference
                1/3/01 at 11:00; Court Reporter Name or Tape #: 00-097 @
                2553 (ss) [Entry date 12/20/00]

12/19/00  --    Pretrial Detention/Inquiry re counsel/Arraignment hearing
                as to Jefferson Levine held (ss) [Entry date 12/20/00]

12/19/00  (12)  ARRAIGNMENT INFORMATION SHEET for Jefferson Levine (1)
                count(s) 1-2 NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (ss) [Entry date 12/20/00]

12/19/00  (13)  STANDING DISCOVERY ORDER as to Jefferson Levine all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order (Signed by Magistrate Barry S.
                Seltzer on 12/19/00) CCAP (ss) [Entry date 12/20/00]

12/19/00  (14)  ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Jefferson Levine Status conference set for 11:00
                1/3/01 for Jefferson Levine before Magistrate Judge Lurana
                S. Snow (Signed by Magistrate Barry S. Seltzer on 12/19/00)
                CCAP [EOD Date: 12/20/00] CCAP (ss) [Entry date 12/20/00]

12/20/00  (15)  NOTICE of Hearing as to Jefferson Levine: Set Jury trial
                for 9:00 1/22/01 for Jefferson Levine before Judge William
                P. Dimitrouleas, Set calendar call for 9:00 1/19/01 for
                Jefferson Levine before Judge William P. Dimitrouleas (ss)
                [Entry date 12/20/00]

12/21/00  (16)  ORDER OF DETENTION as to Jefferson Levine (Signed by
                Magistrate Barry S. Seltzer on 12/19/00) CCAP (ss)
                [Entry date 12/21/00]

1/2/01    (17)  RESPONSE to Standing Discovery Order by USA as to Jefferson
                Levine (ss) [Entry date 01/03/01]

1/3/01    (18)  Minutes of Status Conference held on 1/3/01 before
                Magistrate Judge Lurana S. Snow as to Jefferson Levine;
                Court Reporter Name or Tape #: 00-001 @ 694 (ss)
                [Entry date 01/04/01]

1/3/01    --    Status conference as to Jefferson Levine held (ss)
                [Entry date 01/04/01]
```

```
Proceedings include all events.                                         LSS
0:00cr6353-ALL USA v. Levine                        vd. \conf. CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 1/5/01 | 19 | STATUS REPORT ORDER as to Jefferson Levine. (Signed by Magistrate Judge Lurana S. Snow on 1/5/01) CCAP [EOD Date: 1/8/01] CCAP (ss) [Entry date 01/08/01] |
| 1/10/01 | 20 | MOTION by Jefferson Levine to continue trial (ss) [Entry date 01/11/01] |
| 1/11/01 | 21 | ORDER as to Jefferson Levine denying without prejudice [20-1] motion to continue trial as to Jefferson Levine (1) (Signed by Judge William P. Dimitrouleas on 1/11/01) CCAP [EOD Date: 1/12/01] CCAP (ss) [Entry date 01/12/01] |
| 1/19/01 | 22 | SUPPLEMENT by USA as to Jefferson Levine to: [17-1] order response (ss) [Entry date 01/22/01] |
| 1/19/01 | 23 | Minutes of Calendar Call/Status Conference held on 1/19/01 before Judge William P. Dimitrouleas as to Jefferson Levine; Calendar Call 3/23/01 at 9:00; 2 week trial period 3/26/01; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 01/22/01] |
| 1/19/01 | -- | Calendar call as to Jefferson Levine held (ss) [Entry date 01/22/01] |
| 1/19/01 | 24 | ORDER as to Jefferson Levine granting motion to continue: Reset Jury trial for 9:00 3/26/01 for Jefferson Levine before Judge William P. Dimitrouleas, Reset calendar call for 9:00 3/23/01 for Jefferson Levine before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 1/19/01) CCAP [EOD Date: 1/22/01] CCAP (ss) [Entry date 01/22/01] |
| 2/22/01 | 25 | ARREST WARRANT Returned Executed as to Jefferson Levine on 12/15/00 (dp) [Entry date 02/23/01] |
| 3/5/01 | 26 | SUPPLEMENT by USA as to Jefferson Levine to: [17-1] order response (ss) [Entry date 03/06/01] |
| 3/23/01 | 27 | Minutes of Calendar Call/Status Conference held on 3/23/01 before Judge William P. Dimitrouleas as to Jefferson Levine; Jury Selection 3/26/01 at 1:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 03/26/01] |
| 3/23/01 | -- | Calendar call as to Jefferson Levine held (ss) [Entry date 03/26/01] |
| 3/26/01 | 28 | Minutes of Jury Selection held on 3/26/01 before Judge William P. Dimitrouleas as to Jefferson Levine; Day 2 3/27/01 at 10:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 03/27/01] |
| 3/26/01 | -- | Voir dire begun as to Jefferson Levine (1) count(s) 1-2 (ss) [Entry date 03/27/01] |

```
Proceedings include all events.                              LSS
0:00cr6353-ALL USA v. Levine                      vd.1cant  CLOSED APPEAL

3/26/01  --    Jury trial as to Jefferson Levine held (ss)
               [Entry date 03/27/01]

3/27/01  --    Jury trial as to Jefferson Levine held (ss)
               [Entry date 03/29/01]

3/28/01  (29)  Minutes of Jury Trial Day 2 held on 3/27/01 before Judge
               William P. Dimitrouleas as to Jefferson Levine; Day 3
               3/28/01 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff
               (ss) [Entry date 03/29/01]

3/28/01  (30)  Court's Jury instructions as to Jefferson Levine (ss)
               [Entry date 03/29/01]

3/28/01  (31)  Minutes of Jury Trial Day 3 held on 3/28/01 before Judge
               William P. Dimitrouleas as to Jefferson Levine; Sentencing
               6/8/01 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff
               (ss) [Entry date 03/29/01]

3/28/01  --    Jury trial as to Jefferson Levine held (ss)
               [Entry date 03/29/01]

3/28/01  (32)  Exhibit and Witness List as to Jefferson Levine (ss)
               [Entry date 03/29/01]

3/28/01  (33)  Jury notes and Court's answers as to Jefferson Levine (ss)
               [Entry date 03/29/01]

3/28/01  (34)  JURY VERDICT as to Jefferson Levine Not Guilty: Jefferson
               Levine (1) count(s) 1, Guilty: Jefferson Levine (1)
               count(s) 2 (ss) [Entry date 03/29/01]

3/28/01  (35)  Release of exhibits as to Jefferson Levine Released to:
               John L. Corbin, Jr. (ss) [Entry date 03/29/01]

3/28/01  (36)  NOTICE of Hearing as to Jefferson Levine: Setting
               Sentencing for 11:00 6/8/01 for Jefferson Levine before
               Judge William P. Dimitrouleas (ss) [Entry date 03/29/01]

4/3/01   (37)  RENEWED MOTION by Jefferson Levine to dismiss indictment,
               and POST-TRIAL for judgment of acquittal, and/or arrest
               of judgment (ss) [Entry date 04/04/01]

4/4/01   (38)  ORDER as to Jefferson Levine [37-1] renewed motion to
               dismiss indictment defer ruling for five days, [37-2]
               motion for judgment of acquittal defer ruling for five
               days, [37-3] motion arrest of judgment defer ruling for
               five days (Signed by Judge William P. Dimitrouleas on
               4/4/01) CCAP [EOD Date: 4/5/01] CCAP* (ss)
               [Entry date 04/05/01]

4/6/01   (39)  NOTICE OF SUPPLEMENTAL AUTHORITY for renewed motion to
               dismiss and post-trial motion for judgment of acquittal
               and/or arrest of judgment by Jefferson Levine (ss)
```

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                               CLOSED APPEAL
                    [Entry date 04/06/01]
```

vd-1 cont

| | | |
|---|---|---|
| 4/9/01 | 40 | RESPONSE by USA as to Jefferson Levine re [37-1] motion to dismiss indictment, [37-2] motion for judgment of acquittal, [37-3] motion for arrest of judgment (ss) [Entry date 04/10/01] |
| 4/10/01 | 41 | ORDER as to Jefferson Levine denying [37-1] renewed motion to dismiss indictment as to Jefferson Levine (1), denying [37-2] motion for judgment of acquittal as to Jefferson Levine (1), denying [37-3] motion for arrest of judgment as to Jefferson Levine (1) (Signed by Judge William P. Dimitrouleas on 4/10/01) CCAP [EOD Date: 4/11/01] CCAP※ (ss) [Entry date 04/11/01] |
| 5/31/01 | 42 | ORDER as to Jefferson Levine granting request to continue sentencing: Resetting Sentencing for 3:00 6/29/01 for Jefferson Levine before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 5/31/01) CCAP [EOD Date: 6/1/01] CCAP※ (ss) [Entry date 06/01/01] |
| 6/4/01 | 43 | Minutes Order Tranferring defendant to active calendar as of 6/4/01 before Judge William P. Dimitrouleas as to Jefferson Levine; (mh) [Entry date 06/05/01] |
| 6/4/01 | -- | ARREST of Jefferson Levine (mh) [Entry date 06/05/01] |
| 6/25/01 | 44 | NOTICE of OBJECTIONS by Jefferson Levine to Presentence Investigation Report (ss) [Entry date 06/26/01] |
| 6/25/01 | 44 | MOTION by Jefferson Levine for downward departure from the sentencing guidelines (ss) [Entry date 06/26/01] |
| 6/29/01 | 45 | Minutes of Sentencing held on 6/29/01 before Judge William P. Dimitrouleas as to Jefferson Levine; Reset sentencing 7/12/01 at 2:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 07/02/01] |
| 7/2/01 | 46 | ORDER as to Jefferson Levine denying pro se 6/29/01 motion (Signed by Judge William P. Dimitrouleas on 7/2/01) [EOD Date: 7/3/01] CCAP※ (ss) [Entry date 07/03/01] |
| 7/5/01 | 47 | UNOPPOSED MOTION by USA as to Jefferson Levine to continue sentencing (ss) [Entry date 07/06/01] |
| 7/5/01 | 48 | ORDER as to Jefferson Levine granting [47-1] unopposed motion to continue sentencing as to Jefferson Levine (1) Resetting Sentencing for 1:00 7/16/01 for Jefferson Levine before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 7/5/01) [EOD Date: 7/6/01] CCAP※ (ss) [Entry date 07/06/01] |

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                               CLOSED APPEAL
```


| Date | # | Entry |
|---|---|---|
| 7/16/01 | 49 | Minutes of Sentencing held on 7/16/01 before Judge William P. Dimitrouleas as to Jefferson Levine; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 07/17/01] |
| 7/16/01 | 50 | Exhibit and Witness List as to Jefferson Levine (ss) [Entry date 07/17/01] |
| 7/16/01 | -- | Sentencing held Jefferson Levine (1) count(s) 2 (ss) [Entry date 07/18/01] |
| 7/17/01 | 51 | JUDGMENT as to Jefferson Levine (1) count(s) 2. Life Imprisonment; Supervised Release 60 months; Assessment $100.00 (Signed by Judge William P. Dimitrouleas on 7/17/01) [EOD Date: 7/18/01] CCAP (ss) [Entry date 07/18/01] |
| 7/18/01 | 52 | NOTICE OF APPEAL by Jefferson Levine re: [51-1] judgment order  EOD Date: 7/18/01; Jefferson Levine (1) count(s) 2; Filing Fee: $ NO FEE PAID Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 07/19/01] |
| 7/19/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Jefferson Levine [52-1] appeal (gf) [Entry date 07/19/01] |
| 7/26/01 | 53 | ORDER as to Jefferson Levine granting ore tenus motions to declare defendant indigent for costs of appeal and motion for Robert I. Barrar and Ellis Rubin to withdraw as counsel; appointing Federal Public Defender for appeal (Signed by Judge William P. Dimitrouleas on 7/26/01) [EOD Date: 7/27/01] CCAP (ss) [Entry date 07/27/01] |
| 7/30/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Jefferson Levine  Re: [52-1] appeal  USCA Number: 01-14123-D (dl) [Entry date 07/30/01] |
| 8/7/01 | 54 | NOTICE of Assignment of Assistant Public Defender for Jefferson Levine. Terminated attorney Public Defender for Jefferson Levine AFPD Brenda Greenberg Bryn assigned. (ss) [Entry date 08/08/01] |
| 8/16/01 | 56 | TRANSCRIPT INFORMATION FORMS (6) as to Jefferson Levine re: [52-1] appeal received on 8/21/01. (Returned from Court Reporter Coordinator) (gf) [Entry date 08/21/01] |
| 8/20/01 | 55 | Judgment Returned Executed as to Jefferson Levine on 8/7/01 at Federal Correctional Center, COP, USP Coleman, FL (ss) [Entry date 08/21/01] |
| 8/23/01 | 57 | TRANSCRIPT filed as to Jefferson Levine  of Inquiry Regarding Counsel held 12/18/00  before Magistrate Judge Barry S. Seltzer   Volume #: 1   Pages: 1-4  re: [52-1] appeal . Appeal record due on 9/7/01 for Jefferson Levine (gf) [Entry date 08/24/01] |

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                                CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 8/23/01 | 58 | TRANSCRIPT filed as to Jefferson Levine  of Pretrial Detention Hearing held 12/19/00  before Magistrate Judge Barry S. Seltzer  Volume #: 1  Pages: 1-28  re: [52-1] appeal . Appeal record due on 9/7/01 for Jefferson Levine (gf) [Entry date 08/24/01]   Vol. 4 |
| 8/23/01 | 59 | TRANSCRIPT filed as to Jefferson Levine  of Status Conference held 1/3/01  before Magistrate Judge Lurana S. Snow Volume #: 1  Pages: 1-8  re: [52-1] appeal . Appeal record due on 9/7/01 for Jefferson Levine (gf) [Entry date 08/24/01]   Vol. 5 |
| 8/23/01 | 60 | Appeal Information Sheet as to Jefferson Levine  re: [52-1] appeal Transcript filed on 8/23/01 [12/18/00, 12/19/00 & 1/3/01 Transcripts] for Jefferson Levine (gf) [Entry date 08/27/01] |
| 8/29/01 | 61 | Appeal Information Sheet as to Jefferson Levine  re: [52-1] appeal Transcript due 9/24/01 for Jefferson Levine, as to Robert Ryckoff, Court Reporter. (gf) [Entry date 08/29/01] |
| 8/30/01 | 62 | TRANSCRIPT filed as to Jefferson Levine  of Initial Appearance Hearing held 12/15/00  before Magistrate Judge Barry S. Seltzer  Volume #: 1  Pages: 1-5  re: [52-1] appeal . Appeal record due on 9/14/01 for Jefferson Levine (gf) [Entry date 08/31/01]   Vol. 2 |
| 8/30/01 | 63 | Appeal Information Sheet as to Jefferson Levine  re: [52-1] appeal 12/15/00 Transcript filed on 8/30/01 for Jefferson Levine (gf) [Entry date 08/31/01] |
| 9/17/01 | 64 | TRANSCRIPT filed as to Jefferson Levine  of Status Conference held 1/19/01  before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-4  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]   Vol. 6 |
| 9/17/01 | 65 | TRANSCRIPT filed as to Jefferson Levine  of Status Conference held 3/23/01  before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-3  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]   Vol. 7 |
| 9/17/01 | 66 | TRANSCRIPT filed as to Jefferson Levine  of Trial Proceedings held 3/26/01  before Judge William P. Dimitrouleas  Volume #: I  Pages: 1-155  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]   Vol. 8 |
| 9/17/01 | 67 | TRANSCRIPT filed as to Jefferson Levine  of Trial Proceedings held 3/27/01  before Judge William P. Dimitrouleas  Volume #: II  Pages: 1-188  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]   Vol. 9 |

```
Proceedings include all events.                                    LSS
0:00cr6353-ALL USA v. Levine                                CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 9/17/01 | 68 | TRANSCRIPT filed as to Jefferson Levine  of Trial Proceedings held 3/28/01  before Judge William P. Dimitrouleas   Volume #: III   Pages: 1-13  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]  *Vol. 10* |
| 9/17/01 | 69 | TRANSCRIPT filed as to Jefferson Levine  of Sentence held 6/29/01  before Judge William P. Dimitrouleas   Volume #: I   Pages: 1-13  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]  *Vol. 11* |
| 9/17/01 | 70 | TRANSCRIPT filed as to Jefferson Levine  of Sentence held 7/16/01  before Judge William P. Dimitrouleas   Volume #: I   Pages: 1-45  re: [52-1] appeal . Appeal record due on 10/2/01 for Jefferson Levine (gf) [Entry date 09/17/01]  *Vol. 12* |
| 9/17/01 | (71) | Appeal Information Sheet as to Jefferson Levine  re: [52-1] appeal Transcripts (6) filed on 9/17/01 [as to Ryckoff] for Jefferson Levine (gf) [Entry date 09/17/01] |
| 9/21/01 | (72) | Certificate of readiness transmitted to USCA as to Jefferson Levine  re: [52-1] appeal  by Jefferson Levine  USCA # 01-14123-D (dl) [Entry date 09/21/01]  *End vol. 1* |