**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

Clerk's Office - Appeal #01-14123-D      Date: December 11, 2001
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6353-CR-WPD
56 Forsyth St., N.W.                      USCA # 01-14123-D
Atlanta, GA  30303

IN RE: **USA v. Levine**

================================================================

1st Supplemental Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    X   Exhibits:

    1   Folder

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                           Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

Proceedings include events between 12/7/01 and 12/11/01.                    LSS
0:00cr6353-ALL USA v. Levine                                        CLOSED APPEAL

                                                                    LSS     CLOSED
                                                                    APPEAL
                          U.S. District Court
              Southern District of Florida (FtLauderdale)

              CRIMINAL DOCKET FOR CASE #: 00-CR-6353-ALL

USA v. Levine                                           Filed: 12/14/00
Dkt# in other court: None

| 12/7/01 | 73 | NOTICE of Filing Government Exhibit 3 (a videotape), and a pro se motion to dismiss the indictment, which was filed with the court but never docketed, by Jefferson Levine (gf) [Entry date 12/11/01]    Supp. 1, Exhibit 1 |
| 12/11/01 | 74 | 1st Supplemental Certificate of Readiness transmitted to USCA as to Jefferson Levine consisting of one (1) folder of exhibits  re: [52-1] appeal by Jefferson Levine USCA # 01-14123-D (gf) [Entry date 12/11/01] |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12/11/01