**03-61711**
**CIV-DIMITROULEAS**

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: SOUTHERN DISTRICT OF FLORIDA |
|---|---|

| Name of Movant: JEFFERSON LEVINE | Prisoner No. 55586-004 | Case No. 00-6353-CR-WPD |
|---|---|---|

Place of Confinement: USP Coleman, P.O. Box 1033 Coleman, FL. 33521-1033

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA       V.       JEFFERSON LEVINE
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court Southern District of Florida__

2. Date of judgment of conviction __July 16, 2001__

3. Length of sentence __Life__

4. Nature of offense involved (all counts) __Possession with intent to Distribute 50 grams or more of Cocaine Base. 21 U.S.C. §841(a)(1) Count-II__

5. What was your plea? (Check one)
   (a) Not guilty       ☒X
   (b) Guilty           ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        X☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Eleventh Circuit Court of Appeals__

   (b) Result __Affirmed__

   (c) Date of result __September 8, 2002__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ☐ No ☐

       (5) Result _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____ N/A

(6) Date of result _____ N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) Trial and Appellate counsel was ineffective by failing to properly investigate, object, and raise during sentencing and on direct that application of career offender was erroneous applied under 4B1.1

" SEE ATTACHED MEMORANDUM OF LAW"

B. Ground two: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): Counsel was ineffective by failing to object to the court's and prosecutors use of element that constructvely amended the indictment.

"SEE ATTACHED MEMORANDUM OF LAW"

C. Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): Counsel was ineffective by failing to file Pre-trial motion to suppress after requesting to do so.

"SEE ATTACHED MEMORANDUM OF LAW"

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground Four __MISAPPLICATION TO SENTENCING GUIDELINES__

Supporting FACTS (state *briefly* without citing cases or law) The District Court erronerous increased petitioner's criminal history category on related cases that were consolidated or related to each other.

"SEE ATTACHED MEMORANDUM OF LAW"

B. Ground Five __INEFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (state *briefly* without citing cases or law): Counsel was ineffective by allowing the Court to instruct the jury on the Allen Charge.

"SEE ATTACHED MEMORANDUM OF LAW"

C. Ground Six __INEFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (state *briefly* without citing cases or law): Counsel was ineffective by failing to object to the jurys request to have Video Tape during jury deliberations.

"SEE ATTACHED MEMORANDUM OF LAW"

D. Ground Seven  INEFFECTIVE ASSISTANCE OF APPELLATE COUNSEL

Supporting FACTS (state *briefly* without citing cases or law): Appellate counsel was ineffective by failing to raise these issues during direct appeal denying petitioner his Constitutional right to prefect a direct appeal.

**"SEE ATTACHED MEMORANDUM OF LAW"**

E-F-G,

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Due to the incompetence of trial attorney and appellate attorney's ineffectiveness, most of the issue were either overruled, or sustained and objected to , but due to the incompetence of both attorneys these issues were never brought to light.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Robert I Barrar, Jr.,
        4141 NE. 2nd Ave. Suite 203-A Miami, FL. 33137

    (b) At arraignment and plea  SAME AS ABOVE

    (c) At trial  SAME AS ABOVE

    (d) At sentencing  SAME AS ABOVE

AO 241 (Rev. 5/85)

(e) On appeal  Kathleen M.Williams/Brenda G. Bryn: One East Broward Blvd. Suite-1100 Ft. Lauderdale, FL.33301-9885 (FPD)

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A
   (b) Give date and length of the above sentence:  N/A
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

09/03/03
(date)

_____
Signature of Petitioner

(7)