UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

# 03-61711
## CIV-DIMITROULEAS

JEFFERSON LEVINE,           :

                Petitioner,  :

                             :     CRIM.CASE NO. 00-6353-CR-WPD

vs.                          :     CIV. CASE NO. _____

                             :     **MAGISTRATE JUDGE**
UNITED STATES OF AMERICA,    :     **SELTZER**

                Respondent.  :

_____ :


MEMORANDUM OF LAW IN SUPPORT
OF PETITIONER'S MOTION TO VACATE SENTENCE
<u>PURSUANT TO TITLE 28 U.S.C. §2255</u>

COMES NOW the petitioner Jefferson Levine in propria persona
acting as his own counsel. files this Memorandum of Law in
Support of Petitioner's Motion to Vacate, Set Aside, or Correct
his Sentence pursuant to Title 28 U.S.C. §2255.

Petitioner contends that this Honorable Court has jurisdiction
pursuant to 28 U.S.C. §2255 to entertain this motion.

Petitioner contends that the grounds set forth within this
motion are grounds under violation of petitioner Sixth Amendment
Rights that of ineffective assistance of counsel.



## TABLE OF CITATIONS

**CASES:**

Barnes v. United States...................................21
365 F.2d 509, 511, n.5(D.C. Cir.1966)

Brit v. Montgomery.......................................23
725 F.2d 587,591 (11th Cir.)

Browlee v. Haley.........................................4
No. 00-15858 (11th Cir. Sept.16, 2002)

Cabello v. United States.................................2
844 F.Supp 298 (N.D. Ind.1995)

Durrive v. United States.................................5-6
4 F.3d 548,551 (7th Cir.1993)

Evitts v. Lucey..........................................14
469 U.S. 387,369-99 (1985).

Franks v. Delaware.......................................12
438 U.S. 154 (1978).

Friedum v. United States.................................24
U.S. 588 F.2d 1010, 1012,(5th Cir.1979).

Glover v. United States..................................4
531 U.S.___,148 L.Ed.2d 604,121 S.Ct.___,(2001).

Kimmelman v. Morrision...................................15
477 U.S. 365.

Massaro v. United States.................................2-22
2003 WL 1916677 (US) No.01-1559.

Strickland v. Washington.................................4-14-15-20
466 U.S. 668, 686, 104 S.Ct. 2052.

United States v. Binder, 769 F.2d 872(9th Cir.1995)......21

United States v. Briggs, 939 F.2d 222,228(5th Cir.1991)..24

United States v. Cancelliere,69 F.3d 1116 (11th.Cir.1995.8

United States v. Graham, 758 F.2d 872 (3rd Cir.1985).....20

United States v. Hernandez, 145 F.3d 1433(11th Cir.1998).3

United States v. Kenyon, 7 F.3d 783 (8th Cir.1993).......3

United States v. Lawrence, 47 F.3d 1559,(11th Cir.1995)..3

United States v. Medrano, 836 F.2d 861 (5th Cir.1988)....20

United States v. Neal, 27 F.3d 783 (8th Cir.1993)........3

United States v. Partee, 31 F.3d 529 (7th Cir.1994)......5

United States v. Simpson, 94 F.3d 1373 (10th Cir.1996)...20

Pavel v. Hollins, 261 F.3d 210 (2nd Cir.2001)............10
United States v. Medrano,836 F.2d 861,(5th Cir.1988).....20
United States v. Simpson, 94 F.3d 1373,(10th Cir.1996)...20
United States v. Graham, 758 F.2d 872,(3rd Cir.1985).....20
United States v. Hotz, 620 F.2d 5, 6-7..................20

## JURISDICTION

This Court has jurisdiction pursuant to Title 28 U.S.C. §2255 to entertain this motion.

aa

## TABLE OF CONTENTS

TABLE OF CITATIONS......................................i

STATEMENT OF JURISDICTION..............................aa

TABLE OF CONTENTS......................................bb

ISSUES RAISED..........................................cc

CONCLUSION.............................................24

CERTIFICATE OF SERVICE................................25

<u>I S S U E S</u>

### <u>ISSUE - I</u>

INEFFECTIVE ASSISTANCE OF TRIAL AND APPELLATE COUNSEL FOR FAILING TO PROPERLY INVESTIGATE, OBJECT AND RAISE DURING SENTENCING AND ON DIRECT APPEAL THAT THE APPLICATION OF CAREER OFFENDER WAS ERRONEOUS APPLIED TO PETITIONER UNDER U.S.S.G. §4B1.1

### <u>ISSUE - II</u>

COUNSEL WAS INEFFECTIVE BY FAILING TO OBJECT TO THE COURT'S AND PROSECUTOR'S USE OF ELEMENT THAT CONSTRUCTVELY AMENDED THE INDICTMENT.

### <u>ISSUE - III</u>

COUNSEL WAS INEFFECTIVE BY FAILING TO FILE PRE-TRIAL MOTION TO SUPPRESS.

### <u>ISSUE - IV</u>

WHETHER THE DISTRICT COURT ERRONEROUS INCREASED PETITIONER'S CRIMINAL HISTORY CATEGORY ON RELATED CASES THAT WERE CONSOLIDATED OR RELATED TO EACH OTHER.

### <u>ISSUE - V</u>

WHETHER COUNSEL WAS INEFFECTIVE BY ALLOWING AND NOT OBJECTING TO THE COURT INSTRUCTING THE JURY ON THE ALLEN CHARGE.

### <u>ISSUE - VI</u>

WHETHER COUNSEL WAS INEFFECTIVE BY FAILING TO OBJECT TO THE TAPE BEING ALLOWED IN THE JUROR"S DELIBERATION ROOM TO VIEW.

### <u>ISSUE - VII</u>

WHETHER APPELLATE COUNSEL WAS INEFFECTIVE BY FAILING TO RAISE THESE ISSUES ON DIRECT APPEAL.

cc

## ISSUE - I

**TRIAL COUNSEL AND APPELLATE COUNSEL WAS
INEFFECTIVE BY FAILING TO PROPERLY INVESTIGATE,
OBJECT AND RAISE DURING SENTENCING AND ON DIRECT
APPEAL THAT THE APPLICATION OF CAREER OFFENDER
WAS ERRONEOUS APPLIED UNDER §4B1.1.**

Petitioner contends that trial and appellate counsel should be rendered ineffective by failing to properly investigate prior State conviction(s) to see if they actually met the criteria of the Career Offender Provision as provided in the U.S.S.G. of §4B1.1.

On December 14, 2000, a federal grand jury sitting in the Southern District of Florida, returned a Two-Count indictment against the petitioner, charging him with possession with intent to distribute in excess of 5 grams of crack cocaine on September 14, 2000,(Count-One); and possession with intent to distribute in excess of 50 grams of crack cocaine on September 21, 2000, (Count-Two). Both counts charged violation of 21 U.S.C. §841(a)(1).

The Probation Department prepared a Pre-sentencing Investigation Report (PSI) calculating petitioner's Base Offense Level 32 based upon more than 50 but less than 150 grams of crack cocaine, PSI ¶15. However, the probation deapartment determined, that petitioner qualified as a career offender under U.S.S.G. §4B1.1, based upon two prior felony convictions for controlled substance offense. **Dkt.No. 91-1642-DF-10,(Delivery of Cocaine) and 91-141-CF-10A (Sale of a Counterfeit Controlled Substance)(PSI. ¶¶¶ 21-28-29.) (See, Exhibit - A)**

1

## ARGUMENT - I

Petitioner cites; **Cabello v. United States,** 844 F.Supp. 298 (N.D. Ind.1995), In <u>Cabello</u> he claims that his attorney was ineffective for not objecting at sentencing to the application of the career offender provision of the Sentencing Guidelines.

To proceed with motion to vacate, petitioner generally must have mounted a direct attack concerning the same issues, as failing to do so constitutes procedual default, which bars further litigation of the claim **"unless'** petitioner can show cause resulting from it. Also See, **Massaro v. United States, 2003 WL 1916677 (US), No. 01-1559.** Held an ineffective assistance of counsel claim may be brought in a collateral proceeding under §2255, whether or not the petitioner could have raised the claim on direct appeal.

Petitioner is moving to vacate will establish cause for procedural default in trial and appellate's counsel's failure to investigate, object, and file on direct, and produce State records that would have, and does show that the petitioner does not meet the Application under U.S.S.G. §4B1.1(3).

Ineffective assistance of counsel whether it be trial, appellate counsel, or both is the most commonly successful excuse for procedural default.

If both trial and appeallate counsel would have properly review the State documents if would have been brought to light that the district court erroneous applied the career offender provision under §4B1.1.

2

For the purpose of §4B1.1(3) states that "a controlled substance offense" is,

> An offense under federal or state law prohibiting the manufacture, import, export, distribution,or dispensing of a controlled substance (or a counterfeit substance) or the possession of a controlled substance with intent to manufacture, import, export, distribute or dispense. U.S.S.G. §4B1.2(2).

This Court was presented at sentencing that petitioner had previously been convicted to two purported controlled substance offense, Delivery of Cocaine, Dkt. No. 91-1642-DF-10, and Sale of a Counterfeit Controlled Substance, Dkt. No. 91-141-CF-10A, See, **(Exhibit - A).**

Which by reviewing the records in **Dkt.No. 91-141-CF-10A**, was only a Third 3rd Degree Felony, that does not meet the provision of a career offender under §4B1.2(2), are under **F.S. 893.15(1)(a).**

Petitioner contends that the government bears the burden of providing the career offender enhancment by a preponderance of the evidence. **United States v. Lawrence,** 47 F.3d 1559, (11th Cir. 1995).

It is the law that "possession of a controlled substance is "excluded as a predicate offense for the career offender criminal act. See, **United States v. Neal,** 27 F.3d 90 (4th Cir. 1994); and **United States v. Kenyon,** 7 F.3d 783 (8th Cir. 1993).

Also, if this Court will refer to **United States v. Hernandez,** 145 F.3d 1433, 1440 (11th Cir. 1998), the court held that,

> Even a charge under the possession sale and delivery statute i.e., **F.S. 893.13(1)(a),** stating it was "Unlawful for any person to sell, purchase, deliver, or possess with intent to sell **was ambiguous and thus the rule of lenity precluded its use as a factor to enhance under the "career criminal statute."**

Florida State Statute, 893.13(1)(a).

3

The probation department calculated that petitioner's record justified a criminal history category of IV with a base offense level 32, but based on petitioner being qualified as a career offender under U.S.S.G. §4B1.1 he was enhanced to a level 37.

Without the career offender enhancement the petitioner would have been sentenced to the level 32 of the U.S.S.G. which would have made a sufficient differance in his sentence.

Petitioner asserts that trial and appllate counsel should both be rendered ineffective by failing to properly review this State charge which does not meet the criteria of the provisions under §4B1.1, which was and is a violation of petitioner Constitutional Rights under the Sixth Amendment right to counsel. See, **Strickland v. Washington,** 466 U.S. 668, 686, 104 S.Ct. 2052, 2063, 80 L.Ed.2d 674 (1984). The right to effective assistance of counsel. So the question under **Strickland** is it prejudical by failing to object to the enhanced sentence provision under §4B1.1. The answer lies to this question in **Glover v. United States,** 531 U.S. ____, 148 L.Ed.2d 604, 121 S.Ct. ____, (2001), where the Supreme Court held that **"any"** deficient performance of counsel results in **"any"** amount of increased jail time is prejudical.

Also in, **Brownlee v. Haley,** No 00-15858 (11th Cir. September 16,2002), the Court Reversed and Remanded a death penalty conviction due to counsel's failure to investigate the facts for sentencing, that failure to prepare at sentencing striks at the heart of the Sixth Amendment Right to Effective Assistance of Counsel under **Strickland.**

In the instant case, petitioner would have received a lesser sentence had counsel properly investigated and raised during sentencing that petitioner did not meet the required provision of a career offender under §4B1.1, and due to this error counsel's deficient performance prejudiced the petitioner.

4

The petitioner contends that due to this error the impact of petitioner sentence made a huge difference in the sentencing range, the petitioner was sentenced to life.

An attorney owes the duties of a fiduciary to his or her client and must, "faithfully, honestly, and consistently represent the interest and protect the rights of his or her client. See, **7 Am.Jur.2d. Attorneys at Law, 137 and 138.**

Petitioner contends that his attorney's was indeed, ineffective, as discussed above that 4B1.1 was erroneously applied to petitioner, because his prior state conviction(s) supporting it application did not fall within the Guidelines definication of a "controlled substance offense."

Notwithstanding the clear law on this point, trial and appellate counsel failed to object and raise on direct to the application of §4B1.1. This was subpar representation.

Moreover, this failure materially prejudiced petitioner, that had his attorney objected to the application of §4B1.1, petitioner's sentence would have been significantly a less harsh sentence, which constitutes the sort of prejudice that supports a Sixth Amendment ineffective assistance claim based on a failure to assure the proper Guideline sentence.

In **Durrive v.United States**, 4 F.3d 548, 551 (7th Cir.1993) setting out standard for ineffective assistance claims based on counsel's error at sentencing; See also, **United States v. Partee, 31 F.3d 529, 534 (7th Cir. 1994)**(confirming **Durrive** standard where counsel error led to erroneous guideline sentence.

For these reasons, petitioner is entitled to §2255 relief and procedual default will not stand in the way.

5

## CONCLUSION

Petitioner contends that **Durrive** warns against the use
of ineffective assistance claims under §2255 to "admit through
the back door considerations barred at the front." **4 F.3d at
550.**

As **Durrive** implicitly acknowledges, however, where a
guideline )or other non-constitutional) error results in a
significantly more harsh sentence, and trial cousel could have
and should have had prevented that error, then constitutional
hackles are raised.

In demurring with regard to what precisely constitutes
a significantly more harsh sentence, it is suffice to say that
petitioner would have received a lesser sentence, but instead
received life, which is at issue here is sufficiently significant.
In such a case a §2255 does provide the "back door" relief
to which **Durrive** alludes.

**WHEREFORE,** due to the foregoing reasons set forth, it
should be found by this Honorable Court that trial and appellate
attorneys were both ineffective by not only failing to properly
investigate petitioner's prior state convictions, but also
failing to object to the priors at sentencing preserving the
issue for direct.

Futhermore, petitioner prays that the application under
§4B1.1 was erroneous applied and that this Honorable Court
Vacate the sentence and resentence the petitioner excluding
the enhanced penalty under the carrer offender provisions of
4B1.1 of the U.S.S.G.

6

## ISSUE - II

### COUNSEL WAS INEFFECTIVE BY FAILING TO OBJECT TO THE COURT'S AND PROSCUTIONS USE OF ELEMENTS THAT CONSTRUCTVELY AMENDED THE INDICTMENT

Petitioner contends that counsel's performance during trial was indeficient due to the fact that counsel failed to object to the use of elements that were not made apart of the indictment that constructvely amended the indictment, a violation of petitioner's due process rights.

During trial this Honorable Court Constructely Amended the indictment by given improper instructions to the jury on an element that was not made part of the indictment.

On page 133 of the trial transcripts the court defined the definition for the word "Willfully", the courts further goes on to state that:

> I don't know that there is a "Willfully" in
> the indictment, but there is an intentionally.

Also the court states on "Line 12-17, Instruction 9-1 is the same as Instruction 9-2, except it adds the definition for the word "Willfully" as that term is used in the indictment, or in these instructions means that the act was committed voluntary and purposefully with the specific intent to do something the law forbids, that is, with bad purpose either to disobey or disregard the law.

Petitioner contends that during jury instruction on "page 172" this court instructed the jury on the word "Willfully" the court goes further to state, A separte crime or offense is charged in each count of the indictment, each charge and the evidence pertaining to it should be considered separtely.

7

Petitioner contends that this Court had it's option on which jury instruction to use, Instruction 9-2 did not have the definition of "Willfully" as opposed to jury instruction 9-1.

This Court could have properly considered using the proper instruction, but instead used an improper instruction that "constructley amended" the indictment, and by doing so induced the elements that petitioner was originaly charged with that was brought forth before the grand jury.

It is counsel's responsibility to object to an error that is being made during petitioner's trial, but by failing to object to the constructed amendment in the indictment denied the petitioner a fair trial, and was in violation of petitioner's due process rights.

Petitioner contends that "Constructive Amendment to the indictment occures when the prosecution "or" the court either literally or constructively "alters" the charging terms of an indictemt after it has been returned by the garnd jury.

In **United States v. Cancelliere,** 69 F.3d 1116, 1121-22 (11th Cir. 1995), conviction was reveresed when indictment erroneously required "willfulness" as element of money laundering offense even though instructions to jury amended charge to permit conviction without "willfulness" element, because redaction impermissibly broadened bases for conviction.

As in petitioner's case, by adding the word "Willfully" in the jury instructions broadened the element of the offense that petitioner was charged with. Futhermore, during closing arguements the prosecution stated on page 140, T/T, that the defendant can only be found guilty of that offense "Only" if all of the following facts are proved beyond a doubt: Numeber One:, that the defendant knowingly and "willfully" possessed cocaine base. What the proscution done here was completely constructed the indictment, that the

indictment clearly states that the defendant did knowingly and "intentionally" possess with intent to distribute cocaine base.

No where in the indictment does it state "willfully" which is a complete different element than that of intentionally, knowingly, voluntarily or purposefully. Again what the prosecution done was broading the indictment by adding the element of "willfully" which has it's on definition.

Petitioner contends that not only did this court and the proscution constructively amend the indictment by adding and inducing..... the element of "willfully" to the indictment, but also brought forth a September 20th attempt to buy drugs. That this attempted buy was not made part of the indictment and should have not been used against the petitioner for the mere fact that no buy went down on the 20th of September, and that this date wasn't relevent as to what happen on the 14th of Spetember and the 21st of September.

Petitioner postion as to this point the indictment alleges dates on September 14th and September 21st. What happened or may have happened on the 20th isn't and wasn't relevant.

Again what we have is another constructed amendment to the indictment, and again buy using the September 20th attemptted buy only again broading the crime as a matter of fact. This issue was objected to and this Honorable Court did in fact overrule the objection , perserving this issue for direct appeal, but due to the ineffectiveness of counsel this issue was not rasied in petitioner direct appeal.

Petitioner contends that even though there was no drug buy on the 20th of September, it was prejudice against the petitioner by bringing forth an issue that was not even relevent to the cause, and the fact that this attempted buy was on September 20, 2003, this date was not made part of the indictment what the government did was again broading the crime during direct of Rodriguez

9

by stating that he (Rodriguez) and the informant attempted to buy some crack cociane from petitioner. By the government using the attempted buy on September 20, not only broading the crime for the jury determination, but also constructvely amended the indictment by arguing the attempted buy of that of September 20th.

Petitioner contends that there was no circumstanial evidence even placing the petitioner at the secene, there were no video tapes made, there were no audio tapes made, no proof that the person was actually the petitioner, and without more there was no proof that the petitioner was even at the scene of the alleged drug transaction.

**WHEREFORE,** due to counsel's failure to object to the courts instruction and the governments statements  that petitioner 'Willfully" possessed with intent to distribute a controlled substance, did in fact constructvely amended the indictment by using an element that was not made part of the indictment.

See, **(Exhibit-B Indictment).** Also see, **Pavel v. Hollins,**  261 F.3d 210 (2nd. Cr. 2001) the Court said:

> **Pavel** claims that Meltzer's representation of him was inprofessional to the point of being constitutionally deficient." **Strickland** 466 U.S. at 687, 104 S.Ct. 2052. (We agree).

As discussed below, Meltzer's representation of **Pavel**, was flawed in three distinct ways. Because we conclude that the cumulative weight of these flaws deprived **Pavel** of his Sixth Amendment rights, see post at 225, e.g., **Lindstadt** 239 F.3d at 199, (holding that for Sixth Amendment purposes attorney errors must be considered "in the aggregate," we do not consider whether some of these flaws--standing alone, or in combination with one another could adequately support our conclusion that Meltzer's representation of **Pavel** was constitutionally deficient.

## ISSUE - III

### COUNSEL WAS INEFFECTIVE BY FAILING TO FILE PRE-TRIAL MOTION TO SUPPRESS AFTER PETITIONER REQUEST TO DO SO

It was requested by petitioner that counsel of record file a Motion to Supress the evidence and statements, but counsel refused to obide by the request renderers counsel performance deficient, and denied the petitioner his right to effective assistance of counsel.

Pursuant to Rule 12(b)(3) Fed.R.Crim.P. counsel should have filed during pre-trial a motion to suppress all physcial evidence and statements made during the September 20, 2003 aborted deal. During direct of Rodriguez the issue come up that counsel stated that the indictment only alleges dates on September 14th, and September 21st. That what happen or may have happened on the 21th wasn't relevent.

This issue was overruled by the court due to the fact the court states on page 10, Line 22 and 23,

THE COURT: I don't think they have to try the case in a vacuum. I think it's all intertwined, so Overruled:

If counsel would have filed the motion to suppress during pre-trial a more than likelyhood this motion would have been granted. This court overruled the argument which preserved this issue for direct appeal, but was not raised on direct either.

The government even argued that Cunneen's testimony about the aborted drug transaction on September 20 had nothing to do with whether or not petitioner sold crack cocaine on September 21, and if this is so, then the government had no basis whatsoever to introduce this testimony in the first place. Not only was it completely irrelevant and confusing to the jury, but it broading the scope of the crime, and it doubly prejudiced petitioner for that reason.

11

However, the government intentionally introduced the evidence of the September 20th aborted deal, to prove petitioner's involvement in the September 21st deal, that the Septemebr 21st deal, was actually the deal that was supposed to occur on the 20th.

It should also be brought to light that during the Grand Jury testimony of Cunneen, the government again allowed the aborted drug transaction into testimony on page 5 is as follows:

MS. RICE:     Drawing your attention to September 20th was there a second deal that had been arranged between the undercover and Mr. Levine.

CUNNEEN:     Yes, there was. We made some phone calls and attempted to make a purchase on the 20th of September from Mr. Levine.

MS.RICE:     On the 20th there were a series of recorded telephone conversations between the cooperating witness and Mr.Levine.

CUNNEEN:     That's correct.

The petitioner contends that the September 20th aborted drug transaction had nothing to do with whether or not petitioner sold crack cocaine on the 21st of September, this alone tells the court that the 20th aborted drug transaction was clearly irrelevant, that the government intentionally not only during the grand jury proceeding, but that also during trial used the 20th aborated drug transaction to broading the scope of the drug deal that took place on September 21st, 2003, which again was not made part of the indictment.

The petitioner was charged by the grand jury for the September 14th, and September 21st drug transaction, nowhere in the grand jury indictment does it state that petitioner is charged with any crime for the 20th of September.

## ALLEGATIONS SUPPORTING THE MOTION TO SUPPRESS IF COUNSEL WOULD HAVE FILED THE MOTION.

If counsel would have filed the Motion to Suppress then the allegations would have or could have come to light would have been grounds that this Honorable Court would have to had held a hearing under **Franks v. Delaware**, 438 U.S. 154 (1978) commonly known as a **Franks Hearing.**

Petitioner contends that during the **Franks** hearing the allegation that would have been brought to light that could have been suppress or as follows:

1.      That the whole testimony of William Cunneen should have been suppress due to it being irrelevant as well as being inadmissible hearsay.

2.      That the whole testimony should have been stricken from the record due to the fact that William Cunneen lied to the grand jury. That during the Grand Jury testimony William Cunneen commited perjury by using a possiable A.K.A. name. That during Examination Ms Rice asked, Please state your name **"and spell your last name"** the witness spelled "William **"K-A-N-E-E-N.  (See Attached Grand Jury Minutes)** But during trial the witness was asked to state your name, and again spell your last name. The witness complied by stating William **"C-U-N-N-E-E-N.** This cannot be a harmless error for the mere fact the witness was asked to spell his last name, had it been the court reporters responsibility to spell the last name, then yes it could have been just a clerical error by misspelling the last name,. But the witness was asked directly to spell his last name, which it is clear that the witness is committing perjury to say the least, if not trying to hide something by using an A.K.A. name. This alone should have been brought before the court during defense counsel's Rule 29 motion to dismiss the indictment.

3.      That the drugs seized after the September 14th transaction should have been suppressed due to the fact that after the drug transaction went down on the 14th, the officers left the scene, and Miller alone with Detective Taranu and his K-9, the dog went up to the tree, and in the root area there was stuffed underneath a root with some leaves on top of it trying to cover the concealment of it. The drugs here made up another portion to government's Exhibit Number 1, which contained 16 and 1/2 grams of cocaine base. (See, **Miller Direct page 52 & 53, also see Grand Jury Testimony of Cunneen, page 7 & 8.)** Counsel should have moved to suppress these drugs for one, there was no proof that petitioner knew or could have known that these drugs were within the tree, Two, The property that the tree was on was the property of the Apartment Complexes which made it private property, and the officers failed to get consent from the owner(s) of the property to conduct a search of the property, which consisted of an Illegal Search and Seizure that should have come to light during trial, and Pre-trial to suppress the drugs.

4.      Counsel could have moved the court to suppress the Video Tape made during the drug transaction due to the fact there was no evidence that the person doing the drug transaction was that of the petitioner. That during the end of the tape the officer says the name **"Levine"** this was not enough evidence to convict the petitioner for one all the court would have to have done was look in the phone directly and it would have come to light that there or more than one "Levine" that lives within the surrounding neighborhood, it could have been anyone of "Levines" but without a video image of the petitioner on the tape the government failed to prove beyond a reasonable doubt that the person that dropped the drugs into the car was in fact that of petitioner, there were no finger-prints on the bag to tie the petitioner to this transaction.

5.      Petitioner contends that counsel should have moved to suppress the phone recordings that were taped during the aborted transaction that was conducted on the 20th of September, that without these records the government could not have broading the scope of the crime that lead into a drug deal on the 21st of September. These phone records consisted of a deal that was being made to set up to purchase four-and-a-half ounces of crack cocaine from petitioner on September 20th. Again these records are inconsistent with the crime charged in the indictment since petitioner was not charged with any crime on the 20th of September, and should have been suppressed.

Petitioner contends that this is only touching base at the issues that could have and should have been brought up during pre-trial for suppression, but counsel failed to file this motion causing prejudice against the petitioner.

It is counsel's duty to review the case at bar, to attack every avenue that is made possible for petitioner's defense. Petitioner contends that the Motion to Suppress should be top prority as to the first motion that should be filed during pre-trial, due to the fact that it's generaly the evidence that the jury looks at to convict a defendant during trial.

If counsel failes to file a motion to suppress it's allowing the government to bring in every piece of evidence to convict the defendant.

Even though most of the above allegations were brought forth, and most of them were either overruled or sustained, this preserved the issue for direct appeal, which none of these allegation were brought forth on direct. The issue on counsel's failure to move the court to suppress the evidence was one that appellate counsel should have raised on direct under ineffective assistance of counsel.

But again this did not occure. Both Defense Counsel and Appellate Counsel should be found by this Court to have been deificant in there performance for not properly arguing during pre-trial the motion to suppress, and by failing to raise the issue on direct appeal, both issues falls under the libility that has to be met under **Strickland v. Washington,** 466 U.S. 668, and under **Evitts v. Lucey,** 469 U.S. 387, 396-99 (1985), held that due process clause of the Fourteenth

Amendment guarantees the right to effective assistance of counsel on a first appeal.

As in **Strickland,** the court stated that "the purpose of the effective assistance guarantee of the Sixth Amendment is to ensure that criminal defendants receive a fair trial. By failing to move to suppress the evidence and phone recordings was not reasonable trial strategy and denied the petitioner his right to a fair trial.

The jury acquitted the petitioner as to Count-I of the indictment the count involving his alleged activity on September 14th., is irrelevant to the prejudice determination. An as to Cunneen's testimony it was only relevant **Only** to Count-II, and petitioner was convicted **Only** on Count-II. But due to the fact that Cunneen was able to bring up the aborted drug transaction that took place on the 20th of September, is what lead the jury into the transaction that took place on the 21st of September, without the testimony of the 21st deal it would have been possible that the jury would have acquitted the petitioner as to Count-II, even as to Count-II In point of fact, however, the evidence was so barely sufficient, that the jury was deadlocked on this count, and only returned a guilty verdict after being **Allen** charged.

Petitioner contends that had counsel filed the required Motion to Suppress the outcome of the trial could have made a difference. There was no real evidence that the petitioner comitted this crime, and what little evidence the government did have consisted of hearsay. But by counsel's failure to file the motion to suppress in a timely fashion denied the petitioner his due process rights to a fair trial. See, **Kimmelman v. Morrision,** 477 U.S. 365, 106 S.Ct. 2574, 91 L.Ed.2d. 305 (1986). **Kimmelman** was based on counsel's failure to file in a timely fashion a defense motion to suppress and that there was no suggestion counsel's decision was tactical, and his error could not be excused.

As in petitioner case there was no decision as to whether or not to file for a motion to suppress, due to the fact counsel never did file the motion, even asking to do so. This alone is grounds for reversal for the mere fact there was no evidence to convict the petitioner in Count-I, the jury aquited the petitioner on this count, and the only other evidence that the government had in its possession is a Tape conversation that the Informant states is petitioner, there was no voice analyis done on this tape, the government did not have one piece of evidence to corroborate the testimony of the other two officers that testified that of Detective Meletich on the 21st of Septemeber or that of Detective Rodriguez on the 14th of September, there was not one piece of physical evidence, documentary evidence, demonstrative evidence, that in any way, shape or form that supported the officers testimony.

Petitioner contends that all this information could have come to light had counsel done his job and filed the motion to suppress the evidence, tapes, and statements made by the informant and the officers involved in this case as hearsay.

**WHEREFORE**, petitioner prays that this Honorable Court find that counsel's performance was ineffective depriving the petitioner of a fair trial due to the fact that had counsel filed the required motion to suppress the evidence the outcome of the trial would have been different. It is not whether or not this court would have granted the motion, due to the fact it would have been preserved for direct appeal, which in light of the evidence the Eleventh Circuit Court of Appeals may have would have reveresed the conviction on the issues that petitioner has raised within this argument.

## ISSUE - IV

### THE DISTRICT COURT ERRONEOUS INCREASED PETITIONER'S CRIMINAL HISTORY CATEGORY ON RELATED CASES THAT WERE CONSOLIDATED AND/OR RELATED TO EACH OTHER

Petitioner contends that his Presentence Investigation report is inacurate. That on Page 8/¶28 , Sale of Counterfeit Controlled Substance Dck. No. 91141CF10 which petitioner was adjudicated guilty, was sentenced to 20 months imprisonment, to run.; **"concurrent"** with imprisonment in Docket No. 911642-CF-10, Delivery of Cocaine. See, Page 9/¶29.

The Petitioner contends that these cases were **Seperated** during his federal sentence for an increased criminal history computation.

Petitioner asserts that under Rule 3.151 F.R.Civ.P states;

That if cases are triable in the same court, they are consolidated or related.

Title 18 U.S.C.S. Appx. §4A1.1; "Crimes of Violence" gives this example:

> "A defendant's criminal history includes
> two robbery convictions for offenses on
> different occasions that were consolidated
> for sentencing and therefore are treated
> as related." §4A1.1(f).

Petitioner alleges that he should have only received 3 points, instead of 6 points on the consolidated prior convictions.

Petitioner contends that the due to the court erroneously applying 3 points to each of these priors not only effected petitioner criminal history category, but that also under 4B1.1, that had counsel argued this during sentencing it would have come to light, One Petitioner should have only been applied 3 points to the two above related charges, and, Two that once the court finds that it did in fact misapplied the points in these cases, than the petitioner would have not met the criterial under carrer offender due to the fact the petitioner could not be carrered out on a charge that no criminal history points were applied.

17

Petitioner contends that the same should be applied under,

PAGE - 7, ¶26 DKT.NO. 893943CF-10A

PAGE - 8, ¶27 Dkt.No. 8920808CF which run concurrent with Dkt.No.893943CF10A.

PAGE -11, ¶33 Dkt.No. 9515474CF10A

PAGE -11  ¶34 Dkt No  9600020CF10A which run concurrent with Dkt.No.95154CF19A

Again these cases were consolidated for sentencing due to the fact they were related,  and that this court erroneous applied criminal history points to Docket No. 8920808CF, and Docket No. 9600020CF10A.

**WHEREFORE**, petitioner prays that this Honorable Court find that not only was counsel ineffective by failing to properly investigate this issue prior to sentencing, but that this Court did in fact erroneous increase petitioner criminal history on related charges that were in fact consolidated and or related to each other.

<u>ISSUE - V</u>

### <u>COUNSEL WAS INEFFECTIVE BY ALLOWING THE COURT TO INSTRUCT JURY ON ALLEN CHARGE</u>

Petitioner contends that by counsel allowing the court to instruct the jury on the **Allen** charge, was not only prejudice, but the way the court instucted the jury on this charge was no more than a means in coerciving the jury into makeing a decision.

Petitioner contends that during the reading of a second note from the jury, the jury clearly stated that after several votes and approximately three-and-a-half hours of deliberation we are deadlocked and cannot come to a unanimous decision on either count one or count two. We, as the jury, don't believe our individual opinions will change with further discussion. Page-2 /Vol-III.

Petitioner contends that at this time the court ask defense counsel if he wanted the court to give the Allen Charge, which Mr.Barrar conferred with petitioner, which due to the fact the petitioner did not in no way fully understand the consequecs by having this charge read agreed to the charge being read.

At this time the court instructed the jury on the Allen Charge by stating the follwing:

> Members of the jury, I am going to ask that you continue your deliberations in effort to reach agreement upon a verdict and dispose of this case. And I have a few additional comments I would like for you to consider as you do so. This is an important case. This trial has been expensive in time, effort, money and emotional strain to both the defense and the prosecution. If you should fail to agree upon a verdict, this case will be left open and may have to be tried again. Obviously another trial would only serve to **increase the cost to both sides**, and there is no reason to believe that the case can be tried again by either side any better or more exhaustively than it has been tried before you. See, Page 3/4:Vol-III.

Petitioner contends that the jury had been deadlocked for three and a half hours, with no possible way of coming to an conclusion, at this time counsel for the defense should have not only objected to the courts reading of the Allen Charge, but should have made a motion for a mis-trial. But by agreeing to allow the court to give the Allen Charge was no more than coerciving the jury into making a decision.

Petitioner asserts that this jury had come to a complete deadlock in this case, they had been in deliberation for three and a half hours, but once this court gave the Allen Charge they come back with a verdict of guilty as to Count-2, and not guilty as to Count-1, After the Allen Charge was given the jury went back in deliberation from 1:38 p.m. until 2:22 p.m. at which time the jury reached a verdict, approximetly 48 minutes after the jury was given the Allen Charge.

Petitioner contends that the instruction that this court gave was nothing more than a deliberate way into coerciven the jury into making and are forcing the hand of the jurors into making a decision. It is not harmless error when the petitioner is prejudice by statements made to the jury to coercive a verdict with means of  telling them that one, that this trial has been expensive in time, effort, money and emotional strain, and that another trial would only increase the cost to both sides.

Petitioner contends that this jury was deadlocked for two days, and
by counsel's agreement for the court to give the Allen Charge was not only
prejudice against the petitioner beause counsel failed to inform the petitioner
of the extent and consequences of the outcome of given an Allen Charge. See,
**United States v. Medrano,** 836 F.2d 861, 865 (5th Cir. 1988) trial court's
decision to declare a mistrail proper when jury sent three notes over course
of two days declaring deadlock. Also, **United States v. Simpson,** 94 F.3d 1373,
1377 (10th Cir. 1996) trial court's decision to declare mistrial proper when
jury deliberated for six to seven hours after one and a half days foreman told
judge, jury was hopelessly deadlocked. Also in, **United States v. Graham,** 758
F.2d 872, 883 (3rd Cir. 1985) refusing to let stand verdict "which may have
influenced jury in any way by Allen Charge on grounds that charge direct juror
to distrust own judgment. As in petitioner case the court stated:

> If a substantial majority of your number are in favor of a
> conviction, those of you who disagree **"should reconsider"**
> whether your doubt is a reasonable one.

This is a clear case of trying to influence the jury to make a decision
that they should reconsider whether there doubt is a reasonable one. Petitioner
contends that if a jury in federal court indicates that a deadlock exists in
returning a verdict, the judge may make a reasonable inquirer to detemine whether
the jury is truly deadlocked. This inquire did not happen in petitioner case.

Petitioner contends that a "reasonable probability" exsisted in this
case for one by given the Allen Charge may have affected the outcome of the
decisions of the jury determination as to Count-II, the jury did not find proable
cause to convict the Petitioner as to Count-I, but by counsel's agreement for
the court to give the Allen Charge, and by the way the court abused it dicrection
on the improper way it instructed the jury on the Allen Charge was prejudice
against the petitioner which affected the outcome of the proceeding, which
meets the criterial under **Strickland.** See, also **United States v. Hotz,** 620 F.2d 5,6-7
Inabilty to get dinner for jury to continue deliberation after dead locked.

As in petitioner's case the court instructed the jury that it was 5:00, and that they could keep deliberating, but the court could not get them dinner.

**WHEREFORE,** The court should find that counsel was in fact ineffective by failing to object to the Allen Charge, and by failing to object to the use of coercive instruction concerning the Allen Charge.

### ISSUE - VI

**COUNSEL WAS INEFFECTIVE BY FAILING TO OBJECT
TO THE JURYS REQUEST TO HAVE VIDEO TAPE REPLYED DURING JURY DELIBERATIONS**

Petitioner contends that counsel was ineffective by failing to object to the court determination that the jury can reply the video tape during jury deliberation.

Petitioner asserts that it was prejudice when this court allowed the replay of the video-tape during jury deliberation because equivalent to allowing the live witness to testify again. See, **United States v. Binder,** 769 F.2d 600-01, n.1 (9th Cir.1985).

Furthermore, had counsel filed for the motion to suppress this video tape a more than likelyhood this court would have suppress the tape for the mere fact it failed to demonstrate any real evidence against the petitioner.

Physical evidence is introduced at trial in a variety of forms, including weapons, drugs, clothing, photographs, tape and video recording, ect., that such evidence is particulary powerful because unlike testimony, it allows the trier of fact to draw first-hand inferences about contested issues. Therefore, it is counsel's responsibility to carefully scrutinize any government proffer of physical evidence, and request a ruling on its admissibility, outside the presence of the jury. See, **Barnes v. United States,** 365 F.2d 509, 511 n 5 (D.C. Cir. 1966) To introduce such evidence, the prosecution must prove both that it is relevant to a material issue, and that it is connected in some way with the petitioner and the crime, if not the evidence should be excluded if its connection is too remote or conjectural. Petitioner contends that the video tape was illrelevant as evidence due to the fact that there was no diect proof that the person on the video was thatin fact the petitioner.

21

Petitioner asserts that by allowing this Video Tape to be allowed to be viewed by the jury a second time within deliberation was prejudice against the petitioner due to the mere fact that this was equivalent to allowing the live witness to testify again without the right to cross-examination of the witness. There was no real evidence on the Video tape, there was once mention someone with the name of Levine, but again without more there was no proof that this was in fact the petitioner. If the Court will refer to **(Exhibit-C) (Telephone listings of "Levine's that live within the surrounding area of that of the petitioner.)** During the Tape conversation it was stated, "I couldn't see who was driving, but "Levine" got out of the passenger seat." Petitioner contends that by the name "Levine" being brought out in the Video tape was what the jury convicted the petitioner as to count-two. There was never no mention in the Video tape of the subjects "First Name" by referring to the Phone directely it could have been anyone of the Levines listed, and if counsel would have argued this issue it could have made a grave impact on the determination as to the findings that it was actualy that of the petitioner, this would have been the proper trial stragly. If counsel would have also brought in a Voice Analyis Expert to do a voice analyis of the subject speaking in the tape it would have proved that the person that is speaking in the Video tape is not the petitioner, this alone was prejudice and ineffective assistance of counsel.

**WHEREFORE** , petitioner prays that this Honorable Court find that counsel's perforamnce was not effective and by allowing the video tape to be played a second time was prejudice and in violations of petitioner due process right to cross-examin the witness on the video tape.

### ISSUE - VIII
**APPELLATE COUNSEL WAS INEFFECTIVE BY FAILING TO RAISE THESE ISSUES ON DIRECT APPEAL DENYING PETITIONER HIS CONSTITUTIONAL RIGHTS TO PERFECT A APPEAL**

In **Massaro v. United States,** 2003 WL 1916677 (US),No.01-1559. Petitioner is moving to vacate due to trial and appellates counsel's failure to bring these issues up not only during trial but on appeal, that had both counsel's properly reviewed and objected to the issues that is now being

Brought forth in this §2255 the outcome could have been different, but by failing to bring these issues to light denied the petitioner a fair trial in violations of petitioner Constitutional Rights under the Sixth Amendment and due process of law. Therefore the court should consider these errors in the aggregate. See, **Moore v. Johnson,** 194 F.3d 586, 619 (5th Cir. 1999), holding that, court should examine cumulative effects of errors committed by counsel across both trial, sentencing and appeal. (emphasis added),

Also in **Stouffer v. Reynolds,** 168 F.3d 1155, 1163-64 (10th Cir. 1999), Taken alone, no one instance establishes deficient representation. However, cumulatively, each failure underscores a fundamental lack of formulation and direction in presenting a coherent defense." cf. **Rodriguez v. Hoke,** 928 F.2d 534, 538 (2nd. Cir. 1991)(dismissing case for failure to exhaust claims, but noting, "[s]ince **Rodriguez's** claim of ineffective assistance of counsel can turn on the cumulative effect of all counsel's actions, all his allegations of ineffective assistance should be reviewed together.)

## REQUESTING EVIDENTIARY HEARING

Petitioner is requesting that he should be entitled to an evidentiary hearing on the grounds listed below. Petitioner has the burden of establishing the need for an evidentiary hearing. **Brit v. Montgomery,** 725 F.2d 587, 591 (11th Cir.) (en banc) cert. dneied, 469 U.S. 874 (1984). Petitioner contends that an evidentiary hearing should be conducted as to the grounds that trial and appellate counsel were in fact ineffective.

A.  A hearing should be heald on the grounds that both trial and appellate counsel were ineffective by failing to investigate the sentencing factors under §4B1.1

B.  A hearing should be conducted as to whether counsel was asked to file a motion to suppress.

C.  A hearing should be conducted to correct petitioner criminal history category that was erroneous applied.

D.  A hearing should be conducted as to whether counsel was ineffective by failing to object to the use of the Allen Charge as to whether or not this use prejudiced the petitioner.

E.  A hearing should be conducted as to whether counsel was ineffective by failing to object to the Video Tape being took into the jury room during deliberation.

In **United States v. Briggs,** 939 F.2d 222, 228 (5th Cir. 1991) Held that the allegations in the §2255 motion are not negated by the record, the district court must hold an evidentiary hearing to 'decide all of these unresolved factual allegations which, if true, might support [his] constitutional claims, (quoting **Friedum v. United States,** U.S. 588 F.2d 1010, 1012 (5th Cir.1979).

The petitioner has shown to this Honorable Court that due to the grounds that are raised in this motion an evidentiary hearing should be held as to the allegations that the petitioner is raising, and without one would be a complete miscarriage of justice.

**CONCLUSION**

Petitioner prays that this Honorable Court will Grant petitioner an evidentiary hearing to in able him the right to argue the allegations that he has brought forth within his §2255 motion.

Petitioner also prays that this Honorable Court Grant petitioner's §2255 motion to vacate, due to a complete miscarriage of justice that has been done to the petitioner, that petitioner is actual innocence of the crime that he is charged with.

Respectfully submitted

Jefferson Levine/Petitioner:

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Vacate, Set Aside, or Correct

Sentence was forwarded by U.S. Mail postage prepaid to the below following:


United States District Court
Southern District of Florida
Ft. Lauderdale Division
Ft.Lauderdale, Florida 33394

Laurence M. Bardfeld
Assistant U.S. Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl. 33394-3002


Acknowledged on this the _3_ day of August 2003.


Respectfully submitted

Jefferson Levine
Reg. No. 55586-004
Fed.Corr.Cpx-USP
P.O. Box 1033
Coleman,FL. 33521-1033

25

## E X H I B I T - A

## JUDGEMENT AND SENTENCE OF PRIOR CONVICTIONS

ɑ:81859110919

| ☒ 17th Judicial Circuit in and for Broward County<br>[ ] In the County Court in and for Broward County | CLOCK IN |
|---|---|

| DIVISION:<br>☒ CRIMINAL<br>[ ] TRAFFIC<br>[ ] OTHER | JUDGMENT<br>91084296    DIV.: *FM* | |

THE STATE OF FLORIDA VS.

*Jeffrey Michael Levine*

PLAINTIFF                    DEFENDANT

CASE NUMBER

*91-1642CF10*

---

[ ] PROBATION VIOLATOR                    ST. ATTY. *Mark Burton*
(Check if Applicable)

The Defendant, *Jeffrey Michael Levine*    CT. RPTR. *JoAnne Sapone* being personally before this Court represented

by *Richard Kautenbach* , his attorney of record, and having:

(Check Applicable Provision)
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| I | Delivery Cocaine | 893.13(1)(a)(1) | 2F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

• • • • • • • • • • • • • • • • • • • •

The Defendant is hereby ordered to pay the sum of Twenty Dollars ($20.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)
☐ This Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).)

☐ The Court hereby imposes additional court costs in the sum of $ _____

Imposition of Sentence Stayed and Withheld
(Check if Applicable)
☐ The Court hereby stays and withholds the imposition of sentence as to count(s) and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)

Sentence Deferred Until Later Date
(Check if Applicable)
☐ The Court hereby defers imposition of sentence until _____
                                                        (date)

*[handwritten]* Trust Fund pursuant to F.S. 27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ _____ DAYS BROWARD COUNTY

JAIL W/CREDIT FOR _____ DAYS TIMES SERVED

Form CC-351 Revised 1/8/92                    Page 1 of 2



# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

CASE NO. 910C1642CF1CA    ARREST NO. 5591001604    ROR/IC/SURETY SUMMONS/CASH BOND _____ AGENCY

DANT  JEFFERY MICHAEL LEVINE _____ AKA _____

## COURT STATUS

| STATE | ☐ TRIAL | ☐ CHANGE OF PLEA | | TRUST FUND / HOURS COMM. |
|---|---|---|---|---|
| JGNMENT | ☐ JURY | ☐ PLED GUILTY | ☒ ADJ. GUILTY | VC ___ ASSESSMENT EACH |
| T'NCING | ☐ COURT | ☐ PLED NOLO | ☐ WITHHELD | VC EACH COUNT |
| | ☐ 1ST. V.O. ___ | | ☐ NOLLE PROSEQUI | ☐ DISMISSED |
| | ☐ FINAL V.O. ___ | | | ☐ ACC |

E(S)  001 POSSESSION OF COCAINE

**DUI USE ONLY**

COUNT ___

PROBATION W/SPECIAL CONDITION
LICENSE SUSP. ___ HOURS COMM SERVICE ___

CASAP/DUI SCHOOL ___ CASAP EVALUATION ___

$ ___ COURT COST ___ 5% ___ VC ___ CJC ___ EMTF

JAIL TIME ___
OTHER ___

ICE:   20 Months + Prison Credit 38 Days

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| | $ | FINE | COURT COST | 5% | V.C. | CJC |
| | $ | FINE | COURT COST | 5% | V.C. | CJC |
| | $ | FINE | COURT COST | 5% | V.C. | CJC |
| | $ | FINE | COURT COST | 5% | V.C. | CJC |
| PLUS $ | | | DEFERRAL FEE TO: | | |

WILLIAM DIMITROULEAS    BY ___
JUDGE    FILE COPY    (DEPUTY CLERK)



BK18190 0920

| DIVISION<br>◉ CRIMINAL<br>( ) TRAFFIC<br>( ) OTHER | ( ) ADJUDICATION WITHHELD<br>(✓) ADJUDICATED GUILTY | CASE NUMBER<br>91-1642 CF10 |
|---|---|---|

**FINGERPRINTS OF DEFENDANT**

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

_Anna P. XueLeng_  Court Deputy.
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 21 day of Feb

A.D. 19 91 . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant

_Jeffrey Michael Levine_ , and that they were placed thereon by said

Defendant in my presence in Open Court this date.

_William J. Wm Zloch_  JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK<br>OF BROWARD COUNTY, FLORIDA<br>L. A. HESTER<br>COUNTY ADMINISTRATOR

LEVINE, JEFFERY MICHAEL

Page 2 of 2

GOVT EXHIBIT
# 1

| ■ 17th Judicial Circuit in and for Broward County<br>[ ] In the County Court in and for Broward County | CLOCK IN |
|---|---|

| DIVISION:<br>■ CRIMINAL<br>[ ] TRAFFIC<br>[ ] OTHER | 91214687 | **JUDGMENT**<br>DIV.: ___ | |
|---|---|---|---|

THE STATE OF FLORIDA VS.

**CASE NUMBER**

PLAINTIFF                    DEFENDANT

---

[ ] **PROBATION VIOLATOR**          ST. ATTY. _____
*(Check if Applicable)*                CT. RPTR. _____

The Defendant, _____ being personally before this Court represented

by _____, his attorney of record, and having
*(Check Applicable Provision)*
[ ] Been tried and found guilty of the following crime(s)
[■] Entered a plea of guilty to the following crime(s)
[ ] Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| | | | 3F | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

•  •  •  •  •  •  •  •  •  •  •  •  •  •  •  •  •  •

The Defendant is hereby ordered to pay the sum of Twenty Dollars ($20.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund) The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

*(Check if Applicable)*    [ ]  The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).)

[ ]  The Court hereby imposes additional court cost in the sum of $ _____

Imposition of Sentence    [ ]  The Court hereby stays and withholds the imposition of sentence as to count(s) and places the Defendant on
Stayed and Withheld             probation for a period of _____ under the supervision of the De-
*(Check if Applicable)*          partment of Corrections (conditions of probation set forth in separate order.)

Sentence Deferred    [ ]  The Court hereby defers imposition of sentence until _____
Until Later Date
*(Check if Applicable)*                                                        (date)

[■]  Pay $200 Trust Fund pursuant to F.S. 27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ _____ DAYS BROWARD COUNTY

JAIL W/CREDIT FOR _____ DAYS TIMES SERVED

Form CC-251 Revised 1/96                    Page 1 of 2

DIVISION
( ) CRIMINAL
( ) TRAFFIC
( ) OTHER

( ) **ADJUDICATION WITHHELD**
(X) ADJUDICATED GUILTY

E NUMBER

91-14)CF10

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5 R. Little |
|---|---|---|---|---|
| | | | | |

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

_____ Court Deputy

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this **23** day of **May**

A.D., 19 **91** . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant

**Jeffrey Green** _____ , and that they were placed thereon by said

Defendant in my presence in Open Court this date.

_____ JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

*GOV'T EXHIBIT*
*#2*

| [X] In the 17th Judicial Circuit In and for Broward County<br>[ ] In the County Court In and for Broward County | CLOCK IN |
|---|---|

| DIVISION:<br>[X] Criminal<br>[ ] Traffic<br>[ ] Other | AFFIDAVIT AND ORDER OF INSOLVENCY<br>AND ORDER APPOINTING COUNSEL | |
|---|---|---|

THE STATE OF FLORIDA VS.

Jeffery Green

| | CASE NUMBER |
|---|---|
| **PLAINTIFF                    DEFENDANT** | 91-1413CF10 |

BEFORE ME, THE UNDERSIGNED ATTORNEY, PERSONALLY APPEARED

SAME AS ABOVE

DEFENDANT IN THE ABOVE CAUSE, WHO BEING FIRST DULY SWORN, DEPOSES AND SAYS THAT HE IS INSOLVENT AND UNABLE TO EMPLOY COUNSEL, AND THAT HE HAS NOT DIVESTED HIMSELF OF ANY PROPERTY, EITHER REAL OR PERSONAL, IN ORDER TO TAKE ADVANTAGE OF THIS. HIS OATH, THAT HE IS AT THIS TIME WHOLLY WITHOUT FUNDS, AND UNLESS THE COURT MAKES AN ORDER ADJUDGING THIS DEFENDANT INSOLVENT, THAT HE WILL BE DEPRIVED OF HIS RIGHT TO COUNSEL UNDER THE LAW, THAT AFFIANT ORDERS HIMSELF UP TO THE COURT FOR THE PURPOSE OF FURTHER EXAMINATION INTO HIS INSOLVENCY. AFFIANT HEREBY CONSENTS TO A JUDGEMENT OR LIEN AGAINST HIM IN FAVOR OF THE STATE OF FLORIDA FOR AN AMOUNT WHICH SHALL CONSTITUTE THE REASONABLE VALUE OF THE LEGAL SERVICES RENDERED THE AFFIANT BY THE PUBLIC DEFENDER OF THE 17TH JUDICIAL CIRCUIT.

*Green, Jeffery*
**DEFENDANT**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____
19 _91_

_____

AFTER DUE AND CAREFUL CONSIDERATION, BEING SATISFIED OF THE GOOD FAITH AND TRUTH OF THE FORE-GOING AFFIDAVIT, I HEREBY ADJUDGE THE DEFENDANT _____SAME AS ABOVE_____ INSOLVENT, AND THE PUBLIC DEFENDER (OR SPECIAL PUBLIC DEFENDER) FOR THE 17TH JUDICIAL CIRCUIT IS HEREBY APPOINTED COUNSEL FOR THE DEFENDANT IN THE ABOVE CAUSE.

DONE AND ORDERED THIS ____ DAY OF ___M___ , 19 _91_

_____
JUDGE  ARTHUR V. FRANZA

**APPEARANCE**

COMES NOW THE PUBLIC DEFENDER, AND FILES THIS, HIS APPEARANCE AS ATTORNEY OF RECORD FOR THE DEFENDANT IN THE ABOVE ENTITLED CAUSE.

_____
ASST PUBLIC DEFENDER

Form CC-484
Revised 10/90

**E X H I B I T - B**

**INDICTMENT**



FILED by _____ D.C.

DEC 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6353**

No. _____

21 U.S.C. § 841(a)(1)

**CR-DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

Jan 3 @ 11AM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JEFFERSON LEVINE, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 14, 2000, at Broward County, in the Southern District of Florida, the defendant,

### JEFFERSON LEVINE,

did knowingly and intentionally possess with intent to distribute in excess of five (5) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 2</u>

On or about September 21, 2000, at Broward County, in the Southern District of Florida, the defendant,

JEFFERSON LEVINE,

did knowingly and intentionally possess with intent to distribute in excess of fifty (50) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

# E X H I B I T – C

## TELEPHONE LISTINGS FOR "LEVINES"

Levine Nathan 291 S Hollybrook Dr Pmbrk Pns --- 431-0257
Levine Nathan & Rhoda 800 SW 131st Av --- 435-9723
Levine Norman 3950 N 50th Av --- 961-3616
Levine Norman 3950 N 50th Av --- 981-6011
Levine P 11172 Chandler Dr Cooper Cty --- 451-6642
Levine P --- 456-3890
Levine Paul 1400 Tyler St Hlwd --- 927-6299
Levine Paul 1400 Tyler St Hlwd --- 927-6299
Levine Philip & Sylvia
650 SW 124th Ter Pmbrk Pns --- 435-4197
Levine Phillip 941 N 31st Av --- 966-8399
Levine Phillip & Eve
1000 St Charles Pl Pmbrk Pns --- 431-3888
Levine Phillip & Judy
1200 St Charles Pl Pmbrk Pns --- 435-7457
Levine R 401 NE 14th Av Hlnd --- 458-2476
Levine R 2751 S Ocean Dr --- 922-9817
Levine R --- 442-9654
Levine R Hank & Charlotte
800 Parkview Dr Hlnd --- 456-2928
Levine R L 4020 N Hills Dr --- 983-6999
Levine R V 3800 Hillcrest Dr --- 967-0663
Levine Rebecca 713 SW 6th Ter --- 455-9246
Levine Reevan I MD 5300 Washington St --- 962-4504
Levine Richard 12650 SW 15th St Pmbrk Pns --- 431-4281
Levine Robert 1337 Funston St Hlwd --- 922-0912
Levine Robert 1849 S Ocean Dr Hlnd --- 455-3126
Levine Robert
1120 W Hallandale Beach Blvd Pmbrk Pk --- 961-5316
Levine Robin 700 NW 107th Av --- 441-5873
Levine Robin & Gary M
700 HW 107th Av Pmbrk Pns --- 437-4425
Levine Rose & Louis
12701 SW 13th St Pmbrk Pns --- 433-8137
Levine Rozanne S C 12850 SW 4th Ct Pmbrk Pns --- 431-4748
Levine S M 4330 Hillcrest Dr --- 962-8433
Levine Sam 1001 Colony Point Cir Pmbrk Pns --- 432-8186
Levine Sam 691 S Hollybrook Dr Pmbrk Pns --- 435-5092
Levine Samuel & Anna 1501 SW 134th Way --- 435-7582
Levine Samuel & Minna
1331 E Hallandale Beach Blvd Hlnd --- 458-5986
Levine Samuel S 12701 SW 13th St Pmbrk Pns --- 433-2978
Levine Saul & Ruth
12955 SW 16th Ct Pmbrk Pns --- 436-3743
Levine Scott 2727 Bogota Av Cooper City --- 538-9688
Levine Scott 2727 Bogota Av Cooper City --- 538-9725
Levine Scott PA
1154 N University Dr Pmbrk Pns --- 441-1911
Levine A Segaul PA --- 925-5777
Levine Sherwin E 911 NE 24th Av Hallandale --- 455-1731
Levine Sherwin E 911 NE 24th Av Hallandale --- 455-1732
Levine Solomon L & Rhea 1410 S Ocean Dr --- 929-3182
Levine Sonia 2030 S Ocean Dr --- 458-0554
Levine Stacey & Bruce 1041 Satnleaf St Hlwd --- 921-8301
Levine Steve atty 601 S Ocean Dr Hlnd --- 922-9100
Levine Steven
1151 SW 128th Ter Pembroke Pnes --- 447-8143
Levine Steven H 3111 N Ocean Dr --- 922-4417
Levine Stuart 330 SE 2nd St --- 456-7594
Levine Tillie 801 SW 133rd Ter Pmbrk Pns --- 437-9887
Levine Trude 1965 S Ocean Dr --- 456-8446
Levine William 901 SW 128th Av Pmbrk Pns --- 435-1468
Levine William & Blossom
650 SW 124th Ter Pmbrk Pns --- 437-8617
Levine Thomas 1451 N 12th Ct --- 922-5056
Levine Zachary 13800 SW 1st St Pmbrk Pns --- 430-5881
Levinowitz Mr & Mrs 3111 N Ocean Dr --- 922-7661
Levine Jess W 15844 SW 14th Ct Pmbrk Pns --- 435-5847
Levine Jess W 15844 SW 14th Ct Pmbrk Pns --- 435-5842
Levingston Morris
361 S Hollybrook Dr Pmbrk Pns --- 431-2669
Levinsohn Rubin
1445 Atlantic Shores Blvd Hlnd --- 454-3823
Levinson A 2200 E Hallandale Beach Blvd Hlnd --- 458-1498
Levinson Adam P 5050 N Hills Dr --- 963-6601
Levinson Beatrice 113 Golden Isles Dr Hlnd --- 456-0272
Levinson Bruce C 1130 Cliffrose St Hlwd --- 921-3972
Levinson Cella 143 Hahn St --- 525-1262
Levinson Charles 10150 NW 21st Ct Pmbrk Pns --- 431-7816
Levinson D Mitcheil DO
1701 J Pines Blvd Pmbrk Pns --- 441-9700
Levinson David
401 NW 134th Av Pembroke Pnes --- 447-6186
Levinson E 711 S Hollybrook Dr Pmbrk Pns --- 431-1256
Levinson E 700 SW 128th Av --- 443-4996
Levinson Elayne
12651 SW 16th Ct Pembroke Pnes --- 437-3166
Levinson Fred & Elise
11965 S Avary Dr Cooper City --- 432-7965
Levinson Fred & Elise
11965 S Avary Dr Cooper City --- 432-6780
Levinson Herman 3161 S Ocean Dr Hlnd --- 454-6339
Levinson Hillel S & Caroline 211 S Ocean Dr --- 925-2636
Levinson Julian 3161 S Ocean Dr Hlnd --- 456-2651
Levinson Julius 1200 St Charles Pl Pmbrk Pns --- 432-3120
Levinson Larry K MD 4700-A Sheridan St --- 964-1585
Levinson Lawrence A
1865 S Ocean Dr Hallandale --- 454-8119
Levinson Merne R
115 Marine Lake Dr Pmbrk Pns --- 963-0947
Levinson M 2201 S Ocean Dr --- 920-8690
Levinson R 300 Golden Isles Dr Hlnd --- 458-3976
Levinson Richard 537 Hollybrook Dr Pmbrk Pns --- 454-0605
Levinson Samuel 2030 S Ocean Dr --- 454-2772

**LEVINSON ROBERT L MD--**
**3700 WASHINGTON ST --- 961-8000**
**601 N FLAMINGO RD --- 435-5828**
Levinson Ron 3401 N Park Rd --- 987-9213
Levinson R & Mary 3401 N Park Rd --- 987-2283
Levinson Sam 5300 Washington St --- 981-5591
Levinson Samuel 2030 S Ocean Dr --- 458-5944
Levinson Violet S
1551 SW 135th Ter Pmbrk Pns --- 433-9370
Levinstine Don 3999 NW 89th Way Cooper Cty --- 430-7048
Levins Morris H 3140 S Ocean Dr Hlnd --- 454-6463
Levisohn Barry 12250 SW 4th Ct Pmbrk Pns --- 437-9788
Levison Gisele --- 893-9874
Levison J L 350 S Hollybrook Ter Pmbrk Pns --- 437-0396
Levison Norman J 2243 Wiley Ct --- 929-2243

Levison S 2485 N Park Rd --- 986-2689
Levison William H 300 Diplomat Pkwy Hlnd --- 456-2159
Levit Kopel 901 SW 138th Av Pmbrk Pns --- 438-3564
Levit Philip 1850 S Ocean Dr --- 963-7747
Levit V 4003 E Saliboat Dr Cooper City --- 436-9129
Levitan Benjamin
12901 SW 15th Ct Pmbrk Pns --- 437-6752
Levitas Michelle
1941 NW 96th Ter Pembroke Pines --- 704-4513
Levitats David & Shari 3371 N Hills Dr Hlwd --- 966-1195
Levitch J 12551 SW 16th Ct Pembroke Pines --- 441-8905
Levitch S M
1500 SW 131st Way Pembroke Pines --- 431-6615
Levitch Seymour
541 SW 150th Ter Pembroke Pines --- 538-3638
Levite Martin B 1201 S Hillcrest Ct --- 963-3704
Levites G 4001 Hillcrest Dr --- 983-7279
Levites G 400 SW 134th Way Pmbrk Pns --- 437-1486
Levitin Leonard 1201 S Ocean Dr --- 923-2347
Levito Carolina 5112 Hollywood Blvd --- 981-2597
Levitre J 237 SE 1st St Dania --- 921-7908
Levit Arnold 13355 SW 16th Ct Pmbrk Pns --- 436-7520
Levitt Ben 2101 S Ocean Dr --- 920-3733
Levitt C Comp Lime 2716 SW 40th Ct Dania --- 962-8474
Levitt Cyndi 2716 SW 46th Ct Dania --- 983-0467
Levitt Frank 13355 SW 9th Ct Pmbrk Pns --- 431-8316
Levitt H 1260 SW 13th St Pmbrk Pns --- 436-6172
Levitt Harold 551 SW 133rd Av Pmbrk Pns --- 432-2162
Levitt Homes 19440 SW 14th St Pmbrk Pns --- 441-5801
Levitt Jerome 1580 Sweetbay Way --- 927-0686
Levitt L 17947 SW 14th St Pmbrk Pns --- 438-0647
Levitt L 17947 SW 14th St Pmbrk Pns --- 438-3406
Levitt Mark 5761 SW 31st Av Fort Lauderdale --- 965-0405
Levitt Morris 200 Diplomat Pkwy Hlnd --- 458-5389
Levitt Morris 17498 SW 14th St Pmbrk Pns --- 430-6997
Levitt Morris 17498 SW 36th St Mir --- 441-3479
Levitt R 1418 Jefferson St --- 922-6600
Levitt Rose 12601 SW 13th St Pmbrk Pns --- 433-0064
Levitt S 1041 W Fairway Rd Pmbrk Pns --- 431-8511
Levitt Sales 499 Sheridan St Dania --- 923-0069
Levitt Sales 499 Sheridan St Dania --- 923-7626
Levitt Samuel 1980 S Ocean Dr Hlnd --- 456-7747
Levitt Selma 3850 Washington St --- 966-2550
Levitt Sonny-hunt 1921 Pembroke Rd --- 921-7200
Levitt Virginia 17498 SW 36th St Mir --- 441-3479
Levitt-Weinstein Memorial Chapels
1921 Pembroke Rd --- 921-7200
Levitt-Weinstein Memorial Chapels Inc
5411 Okeechobee Blvd West Palm Beach --- 561 609-8700
Levitt Weinzstein-Hollywood 3201 N 72nd Av --- 963-2400
Levittan Robert S
801 SW 133rd Ter Pmbrk Pns --- 432-7784
Leviton Andriy 1900 Diana Dr Hlnd --- 458-7415
Levitz Bernard
901 SW 128th Ter Pembroke Pns --- 436-6122
Levitz Dennis E 11700 Sheridan St --- 433-0932
Levitz Edward R Dr 3800 Hillcrest Dr --- 963-0605
Levitz J 2490 N Park Rd --- 986-7382
Levitz James 1041 SW 158th Av Pmbrk Pns --- 435-4529
Levitz Robert 2751 S Ocean Dr --- 922-9997
Levkovsky Olskiyy V
2731 Ocean Club Blvd Hlnd --- 920-2825
Levstik Slavka 826 SW 1st St Hallandale --- 458-8337
Levy A 2761 Taft St --- 922-3629
Levy A 712 NE 27th Av Hlnd --- 458-0004
Levy A 700 SW 128th Av Pmbrk Pns --- 443-3866
Levy A Henry 1500 S Ocean Dr --- 921-0507
Levy Aaron 3690 N 56th Av --- 981-8724
Levy Abraham 1420 Adams St --- 962-3989
Levy Abraham 2340 N 47th Av --- 983-8070
Levy Abraham 3670 N 52nd Av --- 989-0386
Levy Abraham & Barbara C 3240 N 47th Av --- 961-2215
Levy Alan 10231 Greenhouse Rd Pmbrk Pns --- 431-7528
Levy Alan --- 456-8389
Levy Albert 1000 NE 14th Av Hallandale --- 455-5048
Levy Albert --- 458-2066
Levy Allan J 2000 Atlantic Shores Blvd Hlnd --- 457-7486
Levy Allen 10317 NW 18th St Pembroke Pns --- 430-7443
Levy Allen 12501 SW 14th St Pmbrk Pns --- 437-0749
Levy Althea 6039 SW 38th St Miramar --- 894-8635
Levy Amnon 601 Three Islands Blvd Hlnd --- 458-6432
Levy Andre 16160 NW 9th Dr Pembroke Pines --- 430-3203
Levy Arlette 500 Three Islands Blvd --- 458-1184
Levy Arnold I & Rose
1300 SW 125th Av Pmbrk Pns --- 436-8623
Levy Arnon 2721 N 46th Av --- 963-9631
Levy Arthur 630 Layne Blvd Hlnd --- 454-0717
Levy Arthur H 16353 NW 11th St Pmbrk Pns --- 432-6370
Levy Arthur S CPA 3840 N 50th Av --- 962-5448
Levy Audrey & Irvin
1100 St Charles Pl Pmbrk Pns --- 432-7527
Levy Avihoo 1817 S Ocean Dr Hlnd --- 456-5441
Levy B And J 301 SW 135th Av Pmbrk Pns --- 435-3734
Levy Barbara 3240 N 47th Av --- 963-5699
Levy Beatrice 1351 SW 125th Av Pmbrk Pns --- 436-5926
Levy Ben 2501 S Ocean Dr --- 921-7349
Levy Benjamin 4300 Hillcrest Dr --- 962-1175
Levy Benjamin M 3901 S Ocean Dr Hlwd --- 456-9093
Levy Benjamin & Mizzi 1201 S Ocean Dr --- 920-1033
Levy Benny 550 SW 138th Av --- 430-3556
Levy Bernard 3901 S Ocean Dr --- 458-5362
Levy Beverly 6341 Dawson St Hlwd --- 967-9084
Levy Billie J 8201 NW 15th St Pmbrk Pns --- 432-5381
Levy Bob & Dee 9649 NW 16th Ct Pmbrk Pns --- 435-2684
Levy Bryant 1985 S Ocean Dr Hallandale --- 456-2664
Levy Calvin --- 432-1741
Levy Calvin --- 922-0474
Levy Charles 1400 St Charles Pl Pmbrk Pns --- 432-2370
Levy Charles 901 SW 128th Ter Pembroke Pns --- 441-2673
Levy Charles W 410 Golden Isles Dr Hlnd --- 458-1405
Levy Cheryl 1601 NW 98th Ter Pmbrk Pns --- 450-2643
Levy Claire & don
1300 St Charles Pl Pmbrk Pns --- 435-1674
Levy Dave 300 Diplomat Pkwy Hlnd --- 456-2521
Levy David 307 Dunwoody Ln --- 962-2287
Levy David 1153 NW 175th Av Pmbrk Pns --- 432-4104
Levy David 1985 S Ocean Dr Hallandale --- 458-4629
Levy David C & Jeanette
701 SW 141st Av Pmbrk Pns --- 430-0928
Levy David M 5310 SW 34th Ter --- 981-6245

Levy Denise 7752 Dr Lido Blvd Mir --- 964-6619
Levy Diana 8870 NW 6th St Pembroke Pnes --- 436-1620
Levy Diana 17854 SW 13th St Pembroke Pines --- 436-5622
Levy Diana & Itzik 3641 N 52nd Av --- 987-1668
Levy Diana L 3641 N 52nd Av --- 964-4261
Levy Donna 7640 Pembroke Rd Miramar --- 962-9637
Levy Dror 19978 SW 29rd St Pembroke Pines --- 435-5802
Levy E 7300 Di Lido Blvd Mir --- 983-6535
Levy Edward 4330 Hillcrest Dr --- 961-4534
Levy Edward & Amy
1149 Mansard Dr Cooper Cty --- 436-2457
Levy Elaine 245 SW 113th Way Pmbrk Pns --- 443-3785
Levy Eliezer 3605 Valalo Dr --- 985-5675
Levy Elliot G MD 21120 Biscayne Blvd Wea --- 305 937-3000
Levy Emmanuel 4123 Trenton Av Cooper Cty --- 441-7406
Levy Esther 5010 SW 26th Av Dania --- 963-4343
Levy Esther & Syd 800 SW 131st Av Pmbrk Pns --- 435-9632
Levy Eyal 4060 N Hills Dr --- 985-9695
Levy F H 2101 S Ocean Dr --- 929-3202
Levy F J 1300 SW 130th Av Pmbrk Pns --- 433-4156
Levy F P 1230 St Charles Pl Pmbrk Pns --- 432-6724
Levy F S 2451 SW 135th Av Pmbrk Pns --- 432-6729
Levy George Joesph
12955 SW 16th Ct Pmbrk Pns --- 436-1029
Levy Glen 4050 N 50th Av --- 989-6150
Levy Grace 7752 Di Lido Blvd Mir --- 965-4572
Levy Hannah A 2501 S Ocean Dr --- 921-7515
Levy Harold 4700 Washington St --- 966-5505
Levy I P 1890 S Ocean Dr Hlnd --- 454-1769
Levy Ida 1100 Colony Point Cir Pmbrk Pns --- 435-4720
Levy Irving 900 NE 12th Av Hlnd --- 456-8567
Levy Irving 711 S Hollybrook Dr Pmbrk Pns --- 431-5019
Levy Isaac 1201 S Ocean Dr --- 923-0928
Levy Isaac MD 601 NW 124th Av Pmbrk Pns --- 450-2805
Levy Isidoro 8701 Johnson St Pmbrk Pns --- 432-0686
Levy Itzik 3641 N 52nd Av --- 964-6261
Levy J 315 Jackson St --- 962-4432
Levy J 4341 Scott St Hlwd --- 983-8157
Levy J 1300 SW 124th Ter Pmbrk Pns --- 437-3045
Levy J 16345 SW 9th St Pmbrk Pns --- 438-6566
Levy J 16345 SW 9th St Pmbrk Pns --- 443-0176
Levy J (Children) 1630 Diplomat Pkwy Hlnd --- 455-0851
Levy J & Esl SW 135th Av Pmbrk Pns --- 432-6729
Levy Jack 1601 N 14th Av Hlwd --- 924-4650
Levy James 1300 NE 14th Av Hlnd --- 455-1281
Levy Jean 1151 SE 7th Ct Dania --- 922-7004
Levy Janica 2739 Parkview Dr --- 456-8975
Levy Jean Claude 3140 S Ocean Dr Hlnd --- 456-1644
Levy Jean Pierre MD
2100 E Hallandale Beach Blvd Hlnd --- 454-5455
Levy Jeffrey A 1600 Diplomat Pkwy --- 456-3097
Levy Jerome 1880 S Ocean Dr --- 962-1316
Levy Jill 13581 NW 4th St Pembroke Pines --- 441-1991
Levy Jim ofc 3854 Sheridan St --- 964-7950
Levy Joe 3825 Lombardi St --- 962-4187
Levy Joe 3865 Lombardi St --- 963-3581
Levy Joe 2448 Taylor St Hlwd --- 921-9525
Levy Joe Enterprises Inc
1400 Harrison St Hlwd --- 920-0503
Levy Joey 12663 NW 18th Mnr Pmbrk Pns --- 443-1168
Levy Joseph 1420 Cleveland St --- 921-5793
Levy Joseph 400 N 50th Av --- 961-2662
Levy Joseph E 1913 S Ocean Dr Hlnd --- 456-2057
Levy Joseph J 1991 S Ocean Dr Hlnd --- 454-0861
Levy Joshua 5801 SW 37th Ter Fort Lauderdale --- 893-0051
Levy Judy 133 SE 2nd Av Hallandale --- 458-9569
Levy Judy 133 SE 2nd Av Hallandale --- 458-1860
Levy Julio 3350 Washington St --- 986-7385
Levy Lawrence 2725 Parkview Dr --- 458-0115
Levy Lawrence 3621 SW 32nd Av --- 963-6338
Levy Lawrence L 814 NE 27th Av Hlnd --- 456-8861
Levy Lawrence 3685 Lombardi St --- 962-6463
Levy Lillian 1720 Cleveland St Hlwd --- 927-0972
Levy Louis 300 Golden Isles Dr Hlnd --- 456-1327
Levy Lyne 2301 N 46th Av --- 925-4858
Levy M 7010 SW 26th Ct Mir --- 989-9388
Levy Madelyn 4101 N 41st St Hlwd --- 961-1146
Levy Marc J 3801 S Ocean Dr Hlnd --- 455-2748
Levy Marcia 16353 NW 11th St Pmbrk Pns --- 432-1826
Levy Marcus atty --- 454-8008
Levy Mark 1500 Hallandale Beach Blvd Hlnd --- 963-8009
Levy Mark 3008 Willow Ln Hlwd --- 986-8893
Levy Matt 3720 N 52rd Av Hlwd --- 964-6542
Levy Max & Elinor 4351 Hillcrest Dr Hlwd --- 981-2918
Levy Michael 3800 Hillcrest Dr Hlwd --- 987-2867
Levy Michael 2750 N 34th Av --- 987-5389
Levy Michael 1554 NW 122nd Ter Pmbrk Pns --- 433-5075
Levy Michel 3201 S Ocean Dr Hlwd --- 433-2552
Levy Michell Dr 3751 Hollywood Blvd --- 981-4355
Levy Mina 14401 SW 16th St Pmbrk Pns --- 438-8461
Levy Moe 401 Golden Isles Dr Hlnd --- 456-6534
Levy Moses 2500 Parkview Dr Hallandale --- 458-7896
Levy Morton 2101 S Ocean Dr Hlnd --- 923-4439
Levy Moshe 5823 Park Rd --- 894-7018
Levy N 2801 S Ocean Dr Hlnd --- 923-3316
Levy Norman 1300 S Holiday Dr Hlnd --- 921-3354
Levy Norman S 2781 Ocean Club Blvd Hlnd --- 925-7637
Levy Oded 6330 Funston St Hlwd --- 981-6039
Levy Opher 2600 SW 55th Ter Fort Lauderdale --- 894-4903
Levy P 100 S Hollybrook Dr Pmbrk Pns --- 431-2888
Levy Paul & Guylaine
16160 NW 9th Dr Pmbrk Pns --- 430-4310
Levy Pearl 351 Cambridge Rd Hlwd --- 987-8908
Levy Prosper 1300 St Charles Pl Pmbrk Pns --- 431-0109
Levy R 18110 NW 14th St Pembroke Pines --- 431-9527
Levy R & J 3707 Barbados Av Cooper Cty --- 434-1025
Levy Rachel 3201 S Ocean Dr Hlwd --- 454-6336
Levy Ralph 1421 S Ocean Dr --- 454-3665
Levy Ralph MD FACC 1150 N 35th Av --- 981-3331
Levy Raquel 3200 N 36th Av Hlwd --- 987-8104
Levy Raquel 2500 Parkview Dr Hlnd --- 458-9626
Levy Realty Advisors Inc
5353 N Federal Hwy Fort Lauderdale --- 491-5505
Levy Rene 1980 S Ocean Dr Hlnd --- 454-6573
Levy Rick 3701 S Ocean Dr Hlwd --- 458-4651
Levy Rick & Ilene 17331 SW 13th St Pmbrk Pns --- 430-4165
Levy Robert
9400 N Hollybrook Lake Dr Pembroke Pines --- 436-3065
Levy Robert 6001 N Ocean Dr Dania --- 929-2650

Levy Ronald 3532 Green Leaf Cir --- 983-7
Levy Ronald 947 Harbor View South --- 458-2
Levy Ronald 947 Harbor View South Hlwd --- 458-2
Levy Rose 2501 S Ocean Dr --- 920-4
Levy Ruben & Ana
12663 HW 18th Mnr Pmbrk Pns --- 443-0
Levy Ruth Mrs 2470 N Park Rd --- 963-2
Levy S 2200 E Hallandale Beach Blvd Hlnd --- 458-1
Levy S 3170 N 55th Av Hlwd --- 961-5
Levy S 850 SW 133rd Ter Pmbrk Pns --- 961-5
Levy S 1501 SW 134th Way Pmbrk Pns --- 441-1
Levy S 850 SW 138th Av Pembroke Pines --- 441-1
Levy S 13355 SW 16th Ct Pmbrk Pns --- 431-4
Levy Salomon
800 NW 141st Av Pembroke Pines --- 441-8
Levy Salomon 1161 S Park Rd Hlwd --- 986-1
Levy Sam 701 SW 141st Av Pmbrk Pns --- 454-1
Levy Samuel 2030 S Ocean Dr Hlwd --- 454-2
Levy Samuel H 3140 S Ocean Dr Hlnd --- 456-7
Levy Seymour 13550 SW 6th Ct Pmbrk Pns --- 432-7
Levy Shaol 701 SW 100th Av Pmbrk Pns --- 437-8
Levy Shaul 3820 Lombardi St --- 962-4
Levy Sher & Barry
8990 S Hollybrook Blvd Pmbrk Pns --- 438-7
Levy Sid 9711 N Hollybrook Lake Dr Pmbrk Pns --- 431-8
Levy Sidney 300 NE 12th Av Hlnd --- 454-6
Levy Sidney 1000 S Ocean Dr --- 920-3
Levy Simone 3180 S Ocean Dr Hlnd --- 454-5
Levy Sol 6720 Arbor Dr Mir --- 987-9
Levy Sonya 1727 SW 21st Pembroke Pines --- 442-3
Levy Steve 5130 N 14th Dr Hlwd --- 966-9
Levy Steven 3501 Emerald Oaks Dr --- 964-0
Levy Steven 1201 S Ocean Dr Hlnd --- 924-0
Levy Steven 5566 SW 28th Ter --- 981-1
Levy Stuart 351 Virginia St Hlwd --- 925-9
Levy Stuart 401 NE 14th Av Hlnd --- 455-9
Levy Stuart 351 Virginia St Hlwd --- 925-9
Levy Stuart 351 Virginia St Hlwd --- 925-9
Levy Sylvia R 2101 S Ocean Dr --- 925-7
Levy Theda C 12900 SW 13th St Pmbrk Pns --- 432-7
Levy Tomi 1375 SW 101st Way Pembroke Pines --- 441-8
Levy Tova 2500 Parkview Dr Hlnd --- 458-8
Levy Trude 1950 S Ocean Dr Hlnd --- 456-7
Levy Victor 5913 W Park Rd Hlwd --- 981-0
Levy Walter 1451 NW 112th Way Pmbrk Pns --- 435-8
Levy Willard 901 Hillcrest Dr --- 983-0
Levy William 3801 Diplomat Pkwy Hlnd --- 454-7
Levy William 7470 Lincoln St --- 963-8
Levy William 3180 S Ocean Dr Hlnd --- 454-7
Levy William 4680 N 56th Av Hlwd --- 961-9
Levy Yosee 1701 NW 4th St Pembroke Pines --- 456-2
Levyn Martin B 1985 S Ocean Dr Hlnd --- 456-2
Levys Auto Parts Inc
4131 W Hallandale Beach Blvd --- 962-2
Levy Dorothy 1200 St Charles Pl Pmbrk Pns --- 921-6
Levy Gail 1242 Grant Ct Hlwd --- 923-8
Levy Michael 300 SE 3rd Ter Dania --- 981-1
Levy Muchael A 1271 N 70th Av --- 981-1
Lew Vernon & Wanda
707 NW 208th Dr Pembroke Pines --- 704-4
Lewandowska Julianna 5300 Washington St --- 963-8
Lewandowski Floyd 620 S Park Rd Hlwd --- 965-2
Lewczak John B Debbie
718 NW 8th Av Dania --- 921-5
Lewars Ambrozine 9760 Forest Dr Mir --- 437-7
Lewczuk John
19330 SW 16th St Pembroke Pines --- 430-6
Lewen Greg & amy 2455 Hollywood Blvd Hlwd --- 967-2
Lewen Stephen atty 4000 Hollywood Blvd --- 967-2
Lewenberg Morris
501 Three Islands Blvd Hlnd --- 455-3
Lewerenz Stephen T 18251 NW 24th Ct --- 430-6
Lewin Angelique & Garfield
16220 SW 26th St Miramar --- 433-2
Lewin Audrey 2815 River Run Cir Mir --- 431-8
Lewin B 3904 S Ocean Dr --- 458-5
Lewin C 10290 Chandler Dr Cooper City --- 430-3
Lewin Dovrit 1232 HW 115th St Pmbrk Pns --- 431-5
Lewin Edward
9423 S Hollybrook Lake Dr Pmbrk Pns --- 431-8
Lewin Errol 1200 St Charles Pl Pmbrk Pns --- 431-8
Lewin Fred 3181 S Ocean Dr Hlnd --- 454-8
Lewin Harold 7036 Biltmore Blvd Miramar --- 966-7
Lewin Jullan 6941 Saxon Dr Hlwd --- 987-2
Lewin June 3011 Lucerne Way Mir --- 441-4
Lewin M 600 NE 14th Av Hlnd --- 454-2
Lewin Morton 3011 Lucerne Way --- 441-8
Lewin Norman 1980 S Ocean Dr Hlnd --- 458-8
Lewin Phillipa 941 S Park Rd Hlwd --- 987-2
Lewin Rana 4 Card Ct --- 981-3
Lewin S
10053 Brasilia St Cooper City --- 433-2
Lewin Sydney William 1830 Diplomat Pkwy Hlnd --- 455-7
Lewinger Bernard 3910 Sweetbay Way Hlwd --- 962-1
Lewinsky J 4200 N Hills Dr --- 983-8
Lewin A 2640 N Park Rd --- 925-9
Lewinter D 3140 S Ocean Dr Hlnd --- 454-6
Lewis A & R 415 SE 11th Ter Dania --- 925-9
Lewis Alan & Helene 1865 S Ocean Dr Hallandale --- 455-3
Lewis Alfredo 3180 S Ocean Dr Hlnd --- 454-9
Lewis Allan 3180 S Ocean Dr Hlnd --- 454-9
Lewis Alma 7250 Grandview Blvd Mir --- 963-0
Lewis Alvin & Debra 18800 NW 14th St --- 435-6
Lewis Angela 3900 N 50th Av --- 985-8
Lewis Anthony 2303 Adams St --- 920-1
Lewis Appraisals & Consulting
2640 Hollywood Blvd --- 923-2
Lewis Arlene 15161 SW 13th St Pmbrk Pns --- 438-1
Lewis Arlene
1200 St Charles Pl Pembroke Pines --- 437-8
Lewis B 4333 Poinciana St Lauderdale --- 961-9
Lewis Barbara A 7091 Taft St Hlwd --- 966-4
Lewis Bernal III 6313 Garfield St Hlwd --- 962-5
Lewis Bernal S Jr 7321 Harbor Blvd Miramar --- 962-0
Lewis Bertha 225 S Federal Hwy Dania --- 922-2
Lewis Billy 8652 Southampton Dr Mir --- 961-1
Lewis Boyd 6616 Simms St --- 961-1

LEVINE-LEVY | **AREA CODE 954** | GREATER HOLLYWOOD | 244

Levine Adam 2781 Ocean Club Blvd ---------------- 929-9174
Levine Alan 5790 Stirling Rd ---------------------- 981-6651
Levine Alan 11424 SW 18th Ct Mir ----------------- 443-4640
Levine Albert & Sonia
900 St Charles Pl Pmbrk Pns ---------------------- 435-3727
Levine Alexander B & Sylvia
13000 SW 15th Ct Pmbrk Pns --------------------- 433-4220
Levine Anna KR 2751 S Ocean Dr ------------------- 923-9380
Levine Annetta 2110 Plunkett St ------------------- 921-4372
Levine Annette 2110 Plunkett St ------------------ 922-7396
LeVine Arthur Dr 2414 Sheridan St ----------------- 923-4334
Levine Audrey ----------------------------------- 450-4046
Levine Bella 12901 SW 15th Ct Pmbrk Pns --------- 433-4045
Levine Belle 600 Three Islands Blvd Hlnd ---------- 458-6407
Levine Benjamin & Dorothy 1965 S Ocean Dr Hlnd -- 454-0509
Levine Benjamin 300 Berkley Rd ------------------- 983-8890
Levine Benjamin & Doris
1801 S Ocean Dr Hlnd -------------------------- 454-0433
Levine Bob & Geri 2751 S Ocean Dr ---------------- 922-0248
Levine Bonnie 17829 NW 15th St Pmbrk Pns -------- 433-5599
Levine Brenda 1250 E Hallandale Bch Blvd --------- 920-8856
Levine Busch Schnepper & Stein PA
9100 S Dadeland Blvd Miami
------------------ Hollywood Tel No 922-0800
Levine Charles 1800 Acorn Ln Pmbrk Pns ---------- 435-4718
Levine Charles
9410 N Hollywood Lake Dr Pmbrk Pns ----------- 431-1898
Levine Charles 729 N Rainbow Dr ----------------- 967-0295
Levine Charles 729 N Rainbow Dr ----------------- 967-8326
Levine D 2320 Alamanda Ct ----------------------- 443-3690
Levine D 1980 S Ocean Dr Hlnd -------------------- 454-5919
Levine D 424 SE 10th St Dania --------------------- 924-0014
Levine Dan & Judy
12750 SW 15th St Pmbrk Pns -------------------- 438-3699
Levine Dana 3901 S Ocean Dr --------------------- 456-9060
Levine Daniel 2030 S Ocean Dr Hlnd --------------- 458-1078
**LEVINE DANIEL M atty**
4000 Hollywood Blvd ------------------------ **989-8100**
Levine David 3371 N 41st Ct Hlnd ----------------- 893-7946
Levine David 10 SW 6th St Dania ------------------ 920-1645
Levine David & Allan 2301 S Ocean Dr ------------- 923-0200
Levine David H atty
9100 S Dadeland Blvd Miami
------------------ Hollywood Tel No 922-0800
Levine David J 3800 S Ocean Dr ------------------- 458-6969
Levine David & Tina 3371 N 41st Ct Hlnd ---------- 966-1048
Levine Dennis 1950 S Ocean Dr Hallandale --------- 457-0085
Levine Dolores V 6809 SW 21st St Mir ------------- 981-3446
Levine Donald 4215 Buchanan St Hlwd ------------- 965-2529
Levine E 10994 Neptune Dr Cooper Cty ------------ 431-2578
Levine E 11270 Taft St Pmbrk Pns ----------------- 437-1200
Levine E 1920 S Ocean Dr ------------------------ 455-2082
Levine E S 5300 Washington St -------------------- 963-7181
Levine Edward L 1965 S Ocean Dr Hlnd ------------ 454-1060
Levine Estelle 2000 Diana Dr Hlwd --------------- 454-3611
Levine Eugene & Marilene ------------------------ 989-2827
Levine F 2485 N Park Rd ------------------------- 964-2922
Levine Fairley 4001 Hillcrest Dr ------------------- 966-1146
Levine Frank & Sara 3161 S Ocean Dr Hlnd --------- 456-1591
Levine G 12501 SW 14th St Pmbrk Pns ------------- 433-9799
Levine Gale 1600 S Ocean Dr ---------------------- 929-2979
Levine Gary ----------------------------------- 929-8295
Levine Gary M DC 9910 NW 6th Ct Pmbrk Pns ------ 430-1308
Levine Gayle 2222 Polk St ----------------------- 923-2087
Levine George 2470 N Park Rd -------------------- 987-3715
Levine George
8980 S Hollywood Blvd Pmbrk Pns --------------- 437-6870
Levine Glen B 2404 Hollywood Blvd --------------- 920-7932
Levine Gloria 600 Parkview Dr Hlnd --------------- 454-4235
Levine Gloria 600 Three Islands Blvd Hlnd --------- 458-8630
Levine H 1101 S Hillcrest Ct --------------------- 989-3926
Levine H 351 Cambridge Rd --------------------- 962-0131
Levine Harold 4200 Hillcrest Dr ------------------ 964-5957
Levine Harold 1201 S Ocean Dr ------------------- 925-8412
Levine Harriett 12900 SW 13th St ---------------- 430-9906
Levine Harry 2301 S Ocean Dr -------------------- 925-1303
Levine Harry & Carol 1000 Parkview Dr Hlnd ------ 454-2975
Levine Helen & Herman
901 Colony Point Cir Pmbrk Pns ---------------- 436-0794
Levine Henry 100 Golden Isles Dr Hlnd ----------- 458-1345
Levine Henry I MD
601 N Flamingo Rd Pmbrk Pns ------------------ 432-6340
Levine Herbert 13550 SW 6th Ct Pmbrk Pns ------- 431-9740
Levine Herbert S & Victoria
4200 Hillcrest Dr ----------------------------- 981-2624
Levine Herman 13001 SW 11th Ct Pmbrk Pns ------ 437-1178
Levine Howard 791 NW 151st Av Pmbrk Pns -------- 437-3455
Levine I 800 Parkview Dr ------------------------- 457-0103
Levine I 1980 S Ocean Dr ------------------------ 456-7947
Levine Irving I 821 Atlantic Shores Blvd Pmbrk Pns - 921-8382
Levine Ida 8960 S Hollywood Blvd Pmbrk Pns ------ 436-7623
Levine Irving H
8921 S Hollywood Blvd Pmbrk Pns --------------- 431-1895
Levine Irwin H & Rosco PA
1747 Van Buren St ---------------------------- 922-1444
Levine Irwin S & Doris M
800 SW 127th Av Pmbrk Pns -------------------- 430-8481
Levine Isidore 600 Three Islands Blvd Hlnd --------- 457-4457
Levine A 1315 N 47th Av ------------------------- 981-4875
Levine Jack 1100 Colony Point Cir Pmbrk Pns ------ 432-9353
Levine Jack 250 S Hollybrook Ter Pmbrk Pns ------- 431-8590
Levine Jacob R MD 137 Golden Isles Dr Hlnd -------- 458-0294
Levine Jeanette 3950 N 50th Av ------------------ 965-4429
Levine Jeff 10736 NW 11th St Pmbrk Pns ----------- 436-8849
Levine Jeffry 401 SW 85th Av Pmbrk Pns ----------- 437-6961
Levine Jenny & Mindy 11172 Chandler Dr ---------- 431-6625
Levine Jerome J 1334 SW 26th St Mramar ---------- 447-7777
Levine Jimmy 110 SE 7th St ---------------------- 922-1903
Levine Joel 2010 NW 108th Av Pmbrk Pns ---------- 431-8337
Levine John
9611 N Hollybrook Lake Dr Pmbrk Pns ---------- 431-1480
Levine Joseph & Kit 1985 S Ocean Dr Hlnd --------- 456-1123
Levine Judy & Sy 1950 S Ocean Dr Hlnd ----------- 457-0049
Levine Jules
9320 S Hollybrook Lake Dr Pmbrk Pns ---------- 431-7539
Levine L 1400 W Sandpiper Cir Pmbrk Pns ---------- 433-0704
Levine L 1050 S Ocean Dr Hlnd -------------------- 704-7868
Levine L ---------------------------------------- 432-5715
Levine L ---------------------------------------- 443-6822

Levine L S 250 S Hollybrook Ter Pmbrk Pns -------- 431-6401
Levine Larry 4163 Open Way Cooper Cty ----------- 430-0932
Levine Larry 4163 Open Way Cooper Cty ----------- 430-0934
Levine Lauren 12900 SW 13th St ------------------ 433-8937
Levine Laurence B 2751 S Ocean Dr ---------------- 921-7380
Levine Laurence J DDS
4801 N Federal Hwy Ft Lauderdale --------------- 776-7001
Levine Lisa 951 Doveplum Ct --------------------- 921-4518
Levine Louis 1100 St Charles Pl Pmbrk Pns --------- 432-7393
Levine M 541 Blue Heron Dr Hlnd ----------------- 457-9858
Levine M 501 Three Islands Blvd Hlnd ------------- 458-0072
Levine M 1301 SW 135th Ter Pmbrk Pns ----------- 432-4671
Levine M C 1400 St Charles Pl Pmbrk Pns ---------- 432-6513
Levine M E 1000 St Charles Pl Pmbrk Pns ---------- 432-3482
Levine Marcy 2490 N Park Rd --------------------- 989-5464
Levine Martin P 12201 Paseo Way Cooper Cty ------ 430-7584
Levine Matthew 2600 S Ocean Dr Hlwd ------------ 920-3422
Levine Maurice M 5105 Johnson St ---------------- 894-3854
Levine Max 13705 SW 12th St Pmbrk Pns ---------- 433-3720
Levine Max 13705 SW 12th St Pmbrk Pns ---------- 438-1942
Levine Max 13550 SW 6th Ct Pmbrk Pns ----------- 431-6094
Levine Max & Joan
1000 St Charles Pl Pmbrk Pns ------------------ 435-1312
Levine Mel 12725 NW 18th Ct Pmbrk Pns ---------- 441-6666
Levine Melvin 101 SW 132nd Way ----------------- 436-8498
Levine Melvin & Sheila
13101 SW 15th Ct Pmbrk Pns ------------------- 433-9550
Fax Line 13101 SW 15th Ct Pmbrk Pns ----------- 430-1810
Levine Michael 711 NW 193rd Av ------------------ 438-7450
Levine Michael 711 NW 193rd Av Pmbrk Pns ------- 438-1346
Levine Michael Dc chiropractic phys
6099 Hollywood Blvd ------------------------- 981-4444
Levine Mike 961 S Hollybrook Dr Pmbrk Pns ------- 431-7697
Levine Milton & Ruth
1400 SW 131st Way Pmbrk Pns ----------------- 435-5192
Levine Morrie I Law Office Of
2450 Hollywood Blvd ------------------------- 925-9000
Levine Morris Monk 3126 Calle Largo ------------- 987-0168
Levine N 1000 St Charles Pl Pmbrk Pns ----------- 431-3913
Levine N 901 SW 141st av Pmbrk Pns ------------- 704-0000
Levine Nathan 291 S Hollybrook Dr Pmbrk Pns ----- 431-0257
Levine Nathan & Rhoda
800 SW 131st Av Pmbrk Pns -------------------- 435-9723
Levine Neil DO
1111 W Broward Blvd Ft Lauderdale ------------- 463-7313
Levine Norman 3950 N 50th Av ------------------- 961-3616
Levine P 11172 Chandler Dr Cooper Cty ----------- 431-4642
Levine P ---------------------------------------- 456-5890
Levine Paul 1400 Tyler St Hlwd ------------------- 927-6299
Levine Paul 1400 Tyler St Hlwd ------------------- 927-6299
Levine Philip & Sylvia
650 SW 124th Ter Pmbrk Pns ------------------- 435-4197
Levine Phillip 941 N 31st Av -------------------- 966-8399
Levine Phillip & Eve
1000 St Charles Pl Pmbrk Pns ------------------ 431-3888
Levine Phillip & Judy
1200 St Charles Pl Pmbrk Pns ------------------ 435-7457
Levine R 305 Univ Oak Dr --------------------- 989-4792
Levine R 401 NE 14th Av Hlnd -------------------- 458-2476
Levine R
9623 S Hollybrook Lake Dr Pembroke Pines ------ 450-6579
Levine R 2751 S Ocean Dr ------------------------ 923-9617
Levine R ---------------------------------------- 442-9654
Levine R Hank & Charlotte
800 Parkview Dr Hlnd -------------------------- 456-2928
Levine R 14200 N Hills Dr ------------------------ 983-6999
Levine R V 3800 Hillcrest Dr ---------------------- 967-0663
Levine Rachel 160 SW 117th Ter Pmbrk Pns -------- 437-9183
Levine Randy
12001 SW 14th St Pembroke Pines --------------- 441-3478
Levine Reevan I MD 5300 Washington St ----------- 962-4504
Levine Richard 12650 SW 15th St Pmbrk Pns ------- 431-4281
Levine Robert 1337 Funston St ------------------- 921-0567
Levine Robert 1849 S Ocean Dr Hlnd -------------- 455-3126
Levine Robert
3120 W Hallandale Beach Blvd Pmbrk Pns --------- 961-5316
Levine Robert G 3025 Oaktree Ln ----------------- 963-7878
Levine Robert ON 100th Av ---------------------- 441-5873
Levine Robin & Gary M
700 NW 107th Av Pmbrk Pns ------------------- 437-4425
Levine Rose & Louis
12701 SW 13th St Pmbrk Pns ------------------- 433-8137
Levine Roy L 12980 SW 15th St Pmbrk Pns --------- 435-5702
Levine Rubin C 12850 SW 4th Ct Pmbrk Pns -------- 431-4748
Levine S M 48 4330 Hillcrest Dr ------------------ 962-8433
Levine Sam 1001 Colony Point Cir Pmbrk Pns ------ 432-8186
Levine Sam 691 S Hollybrook Dr Pmbrk Pns -------- 431-4690
Levine Samuel & Anna
1501 SW 134th Way Pmbrk Pns ------------------ 435-7582
Levine Samuel & Minna
1333 E Hallandale Beach Blvd Hlnd -------------- 458-5986
Levine Samuel S 12701 SW 13th St Pmbrk Pns ------ 433-2978
Levine Saul & Ruth
12955 SW 16th St Pmbrk Pns ------------------- 436-3743
Levine Scott PA
1154 N University Dr Pmbrk Pns ---------------- 441-1910
Levine & Segaul PA ----------------------------- 925-5777
Levine Sherwin E 911 NE 24th Av Hallandale ------- 455-1731
Levine Sherwin E 911 NE 24th Av Hallandale ------- 455-1732
Levine Solomon L & Rhea 1410 S Ocean Dr --------- 929-3182
Levine Sonia 2030 S Ocean Dr Hlnd --------------- 458-0554
Levine Stacey & Bruce 1041 Satinleaf St ---------- 921-6301
Levine Steve atty 401 S Ocean Dr ----------------- 922-9100
Levine Steven
1151 SW 128th Ter Pembroke Pines ------------- 447-8163
Levine Steven H 3111 N Ocean Dr ----------------- 467-5212
Levine Stuart 330 SE 2nd St --------------------- 456-7594
Levine Tillie 801 SW 133rd Ter Pmbrk Pns --------- 437-9871
Levine Trude 1965 S Ocean Dr ------------------- 454-3466
Levine William 3180 S Ocean Dr Hlnd ------------- 455-4329
Levine William 600 NW 128th Av Pmbrk Pns ------- 436-2487
Levine William & Blossom
650 SW 124th Ter Pmbrk Pns ------------------- 437-8617
Levinger 1000 Parkview Dr Hlnd ------------------ 622-9659
Levingson Pay 1860 S Ocean Dr Hlnd -------------- 430-5881
Levinowitz Mr & Mrs 3111 N Ocean Dr Hlnd -------- 922-7661
Levins Jav 1984 SW 14th Ct Pmbrk Pns ------------ 437-5847
Levinson Morris
361 S Hollybrook Dr Pmbrk Pns ----------------- 431-2669

Levinsohn Rubin
1445 Atlantic Shores Blvd Hlnd ----------------- 454-3823
Levinson A 2200 E Hallandale Beach Blvd Hlnd ----- 458-1498
Levinson Adam P 5050 N Hills Dr ----------------- 963-6001
Levinson Beatrice 111 Golden Isles Dr Hlnd -------- 456-0272
Levinson Bruce C 1130 Cliffrose St --------------- 921-3927
Levinson Celia 2100 N 14th Av ------------------- 925-1242
Levinson Charles 10150 NW 21st Ct Pmbrk Pns ----- 431-7816
Levinson Dan & So PA
17011 Pines Blvd Pmbrk Pns ------------------- 441-9700
Levinson David
401 NW 134th Av Pembroke Pines --------------- 447-6186
Levinson E 711 S Hollybrook Dr Pmbrk Pns -------- 431-1256
Levinson E 700 SW 128th Av --------------------- 443-4996
Levinson Fred & Elise
11965 S Anary Dr Cooper Cty ------------------ 432-6780
Levinson Fred & Elise
11965 S Anary Dr Cooper Cty ------------------ 432-7965
Levinson Herman 3161 S Ocean Dr Hlnd ----------- 454-6359
Levinson Hillel S & Caroline 211 S Ocean Dr ------- 925-2636
Levinson Jane 1900 S Ocean Dr Hlnd -------------- 456-2631
Levinson Julius 1200 St Charles Pl Pmbrk Pns ------ 432-3220
Levinson Larry K DO 4700-A Sheridan St ---------- 964-1585
Levinson Lawrence A
1865 S Ocean Dr Hallandale ------------------- 454-8119
Levinson Merna R
115 Merrae Lake Dr Pembroke Pns -------------- 963-0947
Levinson N 2201 S Ocean Dr --------------------- 920-8699
Levinson R 300 Golden Isles Dr Hlnd -------------- 458-3976
Levinson Richard 700 SW 128th Av -------------- 454-0605
Levinson Richard 537 Hibiscus Dr Hlwd ----------- 454-2772

**LEVINSON ROBERT L MD---**
**3700 WASHINGTON ST --- 961-8000**
**601 N FLAMINGO RD**
**PMBRK PNS --------------------------- 435-5828**
Levinson Ron 3401 N Park Rd -------------------- 987-9213
Levinson Ron & Mary 3401 N Park Rd ------------- 987-2283
Levinson Sam 5300 Washington St ---------------- 981-5591
Levinson Samuel 2030 S Ocean Dr ---------------- 458-5944
Levinson V 8980 S Hollywood Blvd Pmbrk Pns ----- 431-2559
Levinson Violet S
1551 SW 135th Ter Pmbrk Pns ------------------ 433-9370
Levinstine Dov 3999 NW 89th Way Cooper Cty ------ 431-7648
Levis Morris H 3140 S Ocean Dr Hlnd ------------- 454-0949
Levishn Barry 12250 SW 4th Ct Pmbrk Pns --------- 437-9788
Levison Gisele ---------------------------------- 893-9874
Levison JL 350 S Hollybrook Ter Pmbrk Pns -------- 437-0396
Levison Norman J 2243 Wiley Ct ----------------- 929-2243
Levison S 2485 N Park Rd ----------------------- 966-6589
Levison William H 300 Diplomat Pkwy Hlnd -------- 456-2159
Levit Kopel 901 SW 138th Av Pmbrk Pns ---------- 438-3564
Levit Philip 3850 Washington St ----------------- 963-7747
Levit Y 4001 E Sailboat Dr Cooper Cty ------------ 436-9129
Levitan Benjamin 12901 SW 15th Ct --------------- 431-0524
Levitan Benjamin
12901 SW 15th Ct Pmbrk Pns ------------------- 437-6752
Levitas Michelle
1941 NW 96th Ter Pembroke Pines -------------- 704-4513
Levitas David & Sharl 3371 N Hills Dr ------------ 966-1195
Levitch d 12551 SW 16th Ct Pmbrk Pns ----------- 438-8905
Levitch Stanley B
1251 SW 16th Ct Pmbrk Pns ------------------- 441-8905
Levite Martin B 1201 S Hillcrest Ct -------------- 963-3704
Levites G 4001 Hillcrest Dr ---------------------- 983-7279
Levitin G 400 SW 134th Way Pmbrk Pns ----------- 437-1480
Levitin Leonard 1201 S Ocean Dr ----------------- 923-2347
Levito Carolina 513 Hollybrook Blvd -------------- 981-0597
Leviton Fran 3405 Water Oaks Dr --------------- 983-7196
Levitre d 737 SE 1st St Dania ------------------- 921-7998
Levitsky Leonard 6340 Rodman St --------------- 966-1550
Levitt Aaron 2246 Fillmore St ------------------- 924-2548
Levitt Allen 2020 S Ocean Dr Hlnd --------------- 436-7500
Levitt Ben 2101 S Ocean Dr -------------------- 920-3733
Levitt C Comp Line 2716 SW 46th Ct Dania -------- 962-8474
Levitt Frank 13355 SW 9th Ct Pmbrk Pns ---------- 431-3816
Levitt H 12601 SW 13th St Pmbrk Pns ------------ 436-6172
Levitt Harold 551 SW 135th av Pmbrk Pns --------- 432-2162
Levitt Homes 10440 SW 14th St Pmbrk Pns -------- 441-5801
Levitt Jack D 1126 Arbolado Ln Pmbrk Pns -------- 922-9660
Levitt Jerome 1580 Sweetbay Way --------------- 927-0686
Levitt L 17947 SW 14th St Pmbrk Pns ------------- 438-7447
Levitt L 17947 SW 14th St Pmbrk Pns ------------- 438-3406
Levitt Mark 2246 Fillmore St Hlwd --------------- 927-5444
Levitt Morris 280 Diplomat Pkwy Hlnd ----------- 458-5389
Levitt Morris 17498 SW 36th St Mir -------------- 441-3479
Levitt R 1418 Jefferson St ---------------------- 927-1566
Levitt Ralph 4301 S Ocean Blvd Hlnd -------------- 456-0041
Levitt S 3041 W Fairway Rd Pmbrk Pns ----------- 431-5662
Levitt Sales 499 Sheridan St Dania --------------- 923-0069
Levitt Sales 499 Sheridan St Dania --------------- 922-7629
Levitt Samuel 1980 S Ocean Dr Hlnd -------------- 456-7747
Levitt Sanford 12941 NW 2nd St ----------------- 442-9397
Levitt Sanford 12941 NW 2nd St Pmbrk Pns ------- 442-2494
Levitt Selma 5300 Washington St ---------------- 966-9565
Levitt Sonny fund 1921 Pembroke Rd -------------- 921-1101
Levitt Virginia 17498 SW 36th St Mir ------------- 441-3490
**Levitt-Weinstein Memorial Chapels**
1921 Pembroke Rd Hollywood ------------------- 921-7200
**LEVITT-WEINSTEIN MEMORIAL CHAPELS INC**
5411 Okeechobee Blvd West Palm Beach 33417
----------------------------------- 561 689-8700
Levitt Weinstein-Hollywood 3201 N 72nd Av ------- 432-4800
Levittan Robert B
801 SW 133rd Ter Pmbrk Pns ------------------- 432-7784
Levitz Arnold 1900 S Ocean Dr Hlnd -------------- 458-2125
Levitz Bernard 901 SW 138th Ter Pmbrk Pns ------- 437-1886
Levitz Dennis E 11700 Sheridan St --------------- 432-0932
Levitz Edward R Dr 3800 Hillcrest Dr ------------- 963-0605
Levitz J 2400 N Park Rd Hlwd -------------------- 986-7300
Levitz James 1041 SW 158th av Pmbrk Pns -------- 435-4529
Levkovitz Robert 2751 S Ocean Dr ---------------- 921-9997
Levran F 2101 S Ocean Dr ------------------------ 920-3733
Levstik Slavka 826 SW 1st Pl --------------------- 656-6109
Levy 2 742 NE 29th Av Hallandale ---------------- 457-6483
Levy A 712 NE 27th Av Hlnd ---------------------- 922-3629
Levy A 3240 N 40th Av ------------------------- 966-5887
Levy A 200 SW 128th Av Pmbrk Pns --------------- 447-5541
Levy A ----------------------------------------- 932-9969
Levy Aaron 3690 N 56th Av ---------------------- 981-8724
Levy Aaron 607 NE 26th Av Hlnd ----------------- 456-6235

Levy Abraham 4301 Cleveland St ----------------- 962-3989
Levy Abraham 3240 N 47th Av -------------------- 983-8070
Levy Abraham 3670 N 52nd Av -------------------- 989-0386
Levy Abraham & Barbara C 3240 N 47th Av -------- 961-2215
Levy Alan 10231 Greenhouse Rd Pmbrk Pns ------- 431-7528
Levy Alan ------------------------------------- 456-3089
Levy Albert 1000 NE 14th Av Hallandale ----------- 455-5048
Levy Albert ------------------------------------ 458-2066
Levy Alan A 2000 Atlantic Shores Blvd Hlnd -------- 454-7461
Levy Allen 901 NW 141st Av Pembroke Pines ------- 430-7643
Levy Allen 12501 SW 14th St Pmbrk Pns ---------- 437-0749
Levy Amnon 3230 N 37th Av Hlwd ---------------- 962-7577
Levy Andre 16160 NW 9th Dr Pembroke Pines ------ 430-3203
Levy Arlette 500 Three Islands Blvd --------------- 458-1184
Levy Arnold I & Rose
1100 SW 135th Av Pmbrk Pns ------------------- 436-8623
Levy Arnon 4200 Sheridan St Hlwd --------------- 963-9631
Levy Arthur 430 Layne Blvd Hlnd ---------------- 458-0127
Levy Arthur H 16333 NW 11th Dr Pmbrk Pns ------- 432-6370
Levy Arthur S CPA 3840 N 50th av --------------- 962-5448
Levy Ashley 470 N 28th Av Hlnd ----------------- 922-7960
Levy & Associates 12184 SW 5th Ct Pmbrk Pns ----- 443-3304
Levy Audrey & Irwin
1300 SW 125th Av Pmbrk Pns ------------------- 432-7527
Levy Anthony 1817 S Ocean Dr Hlnd -------------- 456-5441
Levy B And J 301 SW 135th av Pmbrk Pns --------- 435-2734
Levy Barbara 3240 N 47th Av -------------------- 963-5699
Levy Beatrice 1351 SW 125th Av Pmbrk Pns -------- 436-9926
Levy Ben 2501 S Ocean Dr ----------------------- 921-7349
Levy Benjamin 4330 Hillcrest Dr ----------------- 962-1173
Levy Benjamin & Mitzie 1201 S Ocean Dr ---------- 926-1033
Levy Benny 550 SW 138th av --------------------- 430-3556
Levy Billie 4 8321 NW 15th St Pmbrk Pns --------- 432-5381
Levy Bob & Dee 9649 NW 16th Ct Pmbrk Pns ------ 435-3291
Levy Calvin ------------------------------------ 432-1741
Levy Calvin ------------------------------------ 432-6474
Levy Charles 1400 St Charles Pl Pmbrk Pns -------- 432-2370
Levy Charles 901 SW 128th Ter Pembroke Pines ---- 441-2673
Levy Charles W 410 Golden Isles Dr Hlnd ---------- 458-1465
Levy Cheryl 1601 NW 98th Way Pmbrk Pns -------- 450-0043
Levy Claire & Jon
1100 St Charles Pl Pmbrk Pns ------------------ 435-1674
Levy D 3630 N 56th Av Hlwd -------------------- 967-0461
Levy D 1375 SW 101st Way Pembroke Pines ------- 441-8457
Levy Dave 300 Diplomat Pkwy Hlnd -------------- 456-2321
Levy David 307 Dunwoody Ln -------------------- 962-2287
Levy David 5630 N 5th Av Hlwd ------------------ 963-5171
Levy David 1153 NW 125th Av Pmbrk Pns --------- 432-4104
Levy David C & Jeanette
701 SW 141st av Pmbrk Pns -------------------- 430-0928
Levy David M 5319 SW 34th Ter ----------------- 981-6245
Levy Deidre & Andrew 3495 Raleigh St ----------- 987-8799
Levy Denisa 7752 Dr Lido Blvd Mir --------------- 964-6619
Levy Diana 1784 SW 13th Ter Pmbrk Pns ---------- 435-4632
Levy Diana 1784 SW 13th Ter Pmbrk Pns ---------- 436-1620
Levy Diana L 3641 N 52nd Av -------------------- 964-6251
Levy Donna 6217 SW 10th St Hlwd --------------- 962-9643
Levy E 7300 Dr Lido Blvd Mir -------------------- 983-6535
Levy Edward 4330 Hillcrest Dr ------------------ 981-4011
Levy Edward 4200 Hillcrest Dr Hlwd ------------- 981-4397
Levy Edward & Anna
11149 Mainsail Dr Cooper Cty ------------------ 434-2457
Levy Elaine 501 SW 135th Av Pmbrk Pns ---------- 443-3785
Levy Eliezer 3605 Inlet Dr --------------------- 985-5675
Levy Elliot G MD
21110 Biscayne Blvd Mia 33180 ---------- 305 937-3000
Levy Elmer J
9720 S Hollybrook Lake Dr Pmbrk Pns ---------- 432-2855
Levy Emmanuel 4123 Trenton Av Cooper Cty ------ 441-7406
Levy Esther 5010 SW 39th Ave Pmbrk Pns --------- 963-4343
Levy Esther 21010 SW 91st Av Cooper Cty -------- 983-3827
Levy Esther & Ashton 1331 Ar Pmbrk Pns --------- 435-9632
Levy F 1101 S Ocean Dr Hlnd -------------------- 929-3202
Levy F 100 SW 128th Av Pmbrk Pns --------------- 431-0936
Levy G & 4 551 SW 135th Av Pmbrk Pns ---------- 432-6724
Levy George Joseph
12955 SW 16th St Pmbrk Pns ------------------- 436-1029
Levy Glen 4350 N 50th av ----------------------- 963-9126
Levy Greg 1752 St Charles Pl Pmbrk Pns ---------- 965-4872
Levy Hannah A 2501 S Ocean Dr ----------------- 921-7515
Levy Harold 4700 Washington St ----------------- 962-5304
Levy I F 1390 S Ocean Dr Hlnd ------------------- 458-1769
Levy Ida 1100 Colony Point Cir Pmbrk Pns --------- 432-8494
Levy Irving 400 NE 12th Av Hlnd ----------------- 454-7206
Levy Irving S HL Hollybrook Dr Pmbrk Pns --------- 431-5010
Levy Isaac 1201 S Ocean Dr --------------------- 923-0928
Levy Isaac MD 601 NW 124th Av Pmbrk Pns ------- 432-5881
Levy Israel 901 NW 103rd Ln Pmbrk Pns ----------- 966-6261
Levy Itzik 3641 N 52nd Av ---------------------- 987-0453
Levy J 5315 Jackson St -------------------------- 963-8157
Levy J 6321 Scott St ---------------------------- 966-4837
Levy J 601 Three Islands Blvd Hlnd --------------- 454-9219
Levy J 1300 SW 124th Ter Pmbrk Pns ------------- 448-0564
Levy Jack 450 NE 12th Av Hallandale ------------- 454-5171
Levy J 11645 SW 95th Ter Pmbrk Pns ------------- 443-0176
Levy J 1635 SW 9th St Pmbrk Pns ---------------- 432-6775
Levy Jack 2470 N Park Rd ----------------------- 987-3715
Levy James 3245 NW 98th Way Pmbrk Pns -------- 431-1261
Levy James 11111 NW 14th St Pmbrk Pns --------- 431-2855
Levy Jane 1100 St Charles Pl Pmbrk Pns ---------- 435-8675
Levy Janice 2730 S Ocean Dr ------------------- 456-8975
Levy Jean Pierre MD ---------------------------- 922-3420
Levy Jerry 2100 E Hallandale Beach Blvd Hlnd ----- 454-9545
Levy Jerome 3340 N 34th Ter Hlwd --------------- 962-5097
Levy Jerome 2829 SW 35th av Pmbrk Pns --------- 962-1310
Levy Jim A Miriam 3645 N 56th Av --------------- 966-8487
Levy Joe 5411 Wiley St Hlwd -------------------- 962-4118
Levy Joe 3825 Lombardi St ---------------------- 963-9168
Levy Joe 2848 Taylor St Hlwd ------------------- 921-9502
Levy Joel Enterprises Inc 1910 Harrison St -------- 920-4560
Levy Joel 1100 St Charles Pl Pmbrk Pns ----------- 435-1570
Levy Joseph 1610 Coolidge St -------------------- 922-5797
Levy Joseph E 3041 N Ocean Dr ------------------ 455-6120
Levy Joseph S 1891 S Ocean Dr Hlnd -------------- 456-1270
Levy Joyce 2501 S Ocean Dr Hlnd ---------------- 920-3733
Levy L 2100 S Ocean Dr Hlnd -------------------- 456-2424
Levy Lawrence 2705 Sheridan St Hlwd ------------ 920-1107
Levy Lawrence E 814 NE 27th Av ----------------- 456-4867

Levine Greg
 17050 NW 3rd Av North Miami Beach --- 305 655-1200
Levine H 3600 Mystic Pointe Dr --- 305 932-1266
Levine H 2370 NE 135th St North Miami --- 305 944-5889
Levine H 2780 NE 183rd St --- 305 531-6826
Levine H --- 305 936-0032
Levine H --- 305 936-0445
Levine Harold 20455 NE 10th Pl --- 305 651-9172
Levine Harris O 3773 NE 209th Ter --- 305 937-2769
Levine Harry 19380 Collins Av --- 305 931-0881
Levine Harvey
 2370 NE 135th St North Miami --- 305 944-5890
Levine Herbert
 1300 NE Miami Gardens Dr --- 305 940-4978
Levine Howard 280 Sierra Dr Mia --- 305 654-0253
Levine Howard 862 NE 209th St --- 305 653-2700
Levine Howard L
 20301 W Country Club Dr Aventura --- 305 932-5283
Levine Irene Lewis 2801 NE 183rd St --- 305 937-1060
Levine Irvin 3000 Island Blvd --- 305 931-5139
Levine Irving 18031 Biscayne Blvd --- 305 933-3213
Levine Irving 17094 Collins Av --- 305 945-3334
Levine J 3625 N Country Club Dr --- 305 931-4829
Levine J E 3300 NE 192nd St --- 305 931-3877
Levine Jack A
 16855 NE 2nd Av North Miami Beach --- 305 651-0400
Levine Jack M 2855 Leonard Dr Aventura --- 305 932-7716
Levine Jay A MD 2925 Aventura Blvd --- 305 932-1177
Levine Jay H 400 Kings Point Dr --- 305 949-5107
Levine Jeffrey M 2001 NE 197th Ter --- 305 931-9498
Levine Jim & Josephine
 1270 NE 191st St --- 305 948-6125
Levine Joe 100 Bayview Dr --- 305 944-7182
Levine Jon
 633 NE 167th St North Miami Beach --- 305 653-3800
Levine Michael A
 3785 NE 208th Ter Miami --- 305 933-2656
Levine Michael G 21131 NE 19th Av --- 305 932-3370
Levine Michael G 21131 NE 19th Av --- 305 932-3398
Levine Michael J
 1445 NE 175th St North Miami Beach --- 305 944-5471
Levine Mildred 20379 W Country Club Dr --- 305 935-0907
Levine Morris & Barbara
 20400 W Country Club Dr --- 305 935-0024
Levine Morton
 3301 N Country Club Dr Aventura --- 305 932-5122
Levine Murray 3600 Mystic Pointe Dr --- 305 935-9072
Levine Murray D 300 Bayview Dr --- 305 944-2653
Levine Murray D 300 Bayview Dr Miami --- 305 944-8615
Levine Murray D 210 NE 197th Ter --- 305 932-5847
Levine Murray M
 285 Golden Beach Dr Gulf Breeze --- 305 932-1745
Levine Nate & Ann --- 305 682-9787
Levine Nathan 261 174th St --- 305 937-1504
Levine Neil 2640 NE 213th St Miami --- 305 932-7457
Levine Norman & Blanche
 2031 J NE 2nd Av --- 305 651-0579
Levine Norman & Rene
 16485 Collins Av Mia --- 305 787-0981
Levine Norman & Rene
 16485 Collins Av Mia --- 305 787-0981
Levine Norwood
 1101 NE 178th Ter North Miami Beach --- 305 651-0427
Levine P 20401 NE 30th Av --- 305 932-3469
Levine Rate & Ann --- 305 682-9787
Levine Philip 19333 Collins Av Mia --- 305 792-5364
Levine R 3530 Mystic Pointe Dr --- 305 932-4151
Levine R 20300 W Country Club Dr --- 305 931-0662
Levine R L 2500 NE 135th St North Miami --- 305 944-5895
LaVine Ralph
 20555 E Country Club Dr Aventura --- 305 932-4221
Levine Ralph & Selma 2880 NE 203rd St --- 305 931-3762
Levine Ronald 251 NE 187th St --- 305 652-4843
Levine Roy L 3619 NE 207th St Mia --- 305 931-0664
Levine Ruth 2861 Leonard Dr Aventura --- 305 937-3055
Levine S
 2075 NE 164th St North Miami Beach --- 305 945-8116
Levine sandra E 931 NE 199th St --- 305 653-1041
Levine Scott A arty 20803 Biscayne Blvd --- 305 935-6888
Levine Sharon & David Rabbi
 1140 NE 171st St --- 305 654-0287
Levine Sheldon
 1735 NE 140th St North Miami Beach --- 305 944-9078
Levine Sheldon & Ellen
 605 Ives Dairy Rd --- 305 654-9968
Levine Simon 18081 Biscayne Blvd --- 305 935-3925
Levine Sol
 3675 N Country Club Dr Aventura --- 305 682-9180
Levine Susan
 3101 N Country Club Dr Aventura --- 305 937-2691
Levine Susan E
 2205 NE 164th St North Miami Beach --- 305 947-5615
Levine Thelma 1301 NE Miami Gardens Dr --- 305 949-6961
Levine V 20301 NE 30th Av --- 305 932-1823
Levine Wayne 21216 Harbor Way --- 305 933-2933
Levine William A & Ruth --- 305 931-3163
Levine William V 231 174th St --- 305 931-8670
Levine S
 3750 NE 170th St North Miami Beach --- 305 945-6368
Levingston George
 17051 NE 21st St North Miami Beach --- 305 944-6735
Levingston Wilma 2031 NE 198th St --- 305 354-4539
Levin-Rice Pat 16485 Collins Av --- 305 945-2488

Levins Edna 20500 W Country Club Dr --- 305 935-1583
Levinsky Jacob 2751 NE 183rd St --- 305 931-4057
Levinsohn Ben 300 Bayview Dr --- 305 945-6192
Levinson B 1200 NE Miami Gardens Dr --- 305 944-7754
Levinson C J 19500 Turnberry Way --- 305 935-5751
Levinson Daniel J
 2500 NE 135th St North Miami --- 305 945-9400
Levinson Eanie
 1351 NE 24th Pl North Miami Beach --- 305 947-9145
Levinson Elaine 3640 Yacht Club Dr --- 305 932-7786
Levinson Harold
 1200 NE Miami Gardens Dr --- 305 956-7775
Levinson Irwin 3440 Yacht Club Dr --- 305 935-6312
Levinson J 2341 NE 196th St Miami --- 305 940-9226
Levinson J B 1351 NE 191st St --- 305 932-7866
Levinson Jeffrey 2341 NE 196th St Miami --- 305 692-7902
Levinson Lauren
 2165 NE 187th St North Miami Beach --- 305 933-9601
Levinson Lois 3802 NE 207th St --- 305 935-1264
Levinson Lois 3802 NE 207th St --- 305 932-8828
Levinson Marvin 20941 Bay Ct --- 305 932-6693
Levinson Milton 250 174th St --- 305 935-0166
Levinson Milton 250 174th St --- 305 940-2801
Levinson Paul 1601 NE 191st St --- 305 931-3489
Levinson Rigger 250 174th St --- 305 936-9315
Levis Jeff 3802 NE 207th St --- 305 937-2043
Levis Jeff & Barbara 3802 NE 207th St --- 305 792-6100
Levis Victor 2261 NE 197th St North Miami --- 305 936-9693
Levis Victor & Danielle
 2261 NE 197th St Miami --- 305 947-3510
Levis Bottner Mary 100 Bayview Dr --- 305 653-2811
Levison Ilona 20801 San Simeon Way --- 305 937-4077
Levison Jules S 3530 Mystic Pointe Dr --- 305 944-4828
Levison Lindy 2821 Ne 163rd St NMi --- 305 949-8577
Levit Harold A 500 Bayview Dr --- 305 957-8812
Levit George M 17275 Collins av --- 305 931-8063
Levit Sydney 3675 N Country Club Dr --- 305 931-2391
Levitan Bradd 2315 NE 184th St Aventura --- 305 931-1327
Levitas Alexander
 2700 NE 183rd St Aventura --- 305 935-5767
Levitch Seymour 19195 Mystic Pointe Dr --- 305 933-5959
Levitch Seymour
 19195 Mystic Pointe Dr --- 305 933-8845
Levite R 20515 E Country Club Dr --- 305 947-6002
Levitt Alan 1401 NE 191st St --- 305 945-9990
Levitt Alan P DD 1031 Ives Dairy Rd --- 305 944-3735
Levitt Alexa
 1301 NE Miami Gardens Dr Miami --- 305 945-5533
Levitt B 761 NE 199th St --- 305 947-5897
Levitt Alan P DD 1031 Ives Dairy Rd --- 305 651-0832
Levitt Alexa
 1301 NE Miami Gardens Dr Miami --- 305 947-9301
Levitt B 761 NE 199th St --- 305 653-2409
Levitt Bobbi 851 NE 209th Ter Miami --- 305 654-2844
Levitt Dawn 2750 NE 183rd St Aventura --- 305 936-9112
Levitt Funeral Chapel
 18840 W Dixie Hwy --- 305 932-2700
Levitt H --- 305 933-4040
Levitt Irving 3375 N Country Club Dr --- 305 931-5559
Levitt Mac 1270 NE 191st St --- 305 949-8502
Levitt Mart 2855 Leonard Dr --- 305 931-8839
 Computer Line
 2855 Leonard Dr Aventura --- 305 931-7760
Levitt Memorial Chapel
 18840 W Dixie Hwy --- 305 932-2700
Levitt Norman 1045 NE 179th Ter --- 305 652-9076
 Teenage Phone
 1045 NE 179th Ter North Miami Beach --- 305 653-4185
Levitt Philip Dr 300 Bayview Dr Miami --- 305 944-0222
Levitt Robert 17560 Atlantic Blvd --- 305 932-3299
Levitt Sonny funrl dir 18840 W Dixie Hwy --- 305 932-2700
Levitt Steve
 19195 Mystic Pointe Dr Aventura --- 305 466-2923
Levitt Steven 2471 NE 200th St --- 305 931-3091
Levitt Steven CPA 2471 NE 200th St --- 305 931-3043
Levitt-Weinstein Memorial Chapel
 3201 N 72nd Av Hollywood --- 305 947-0819
Levitt-Weinstein Memorial Chapel
 18840 W Dixie Hwy ---
Levitz Alan & Carole
 3500 Mystic Pointe Dr --- 305 933-3968
Levitz Cynthia 1111 NE 169th Ter --- 305 652-7475
Levitz Fay 2880 NE 203rd St Aventura --- 305 466-0609
Levitz J 1042 NE 204th Ln --- 305 651-0067
Levitz Phillip 1111 NE 169th Ter --- 305 651-0607
Levkoff Robert 16919 N Bay Rd --- 305 919-8992
Levkoff Al 2450 NE 135th St North Miami --- 305 945-6116
Levonick Alexander 1670 NE 146th St --- 305 947-9226
Levondale Lily 16751 NE 9th Av --- 305 651-1635
Levor Stuart 820 NE 177th St Miami --- 305 650-0860
Levros Nancy 860 NW 213th Ln Miami --- 305 493-1430
Levy Abraham & Bella
 230 174th St Miami --- 305 682-8319
Levy Adam Fax Number
 3300 NE 191st St Aventura --- 305 937-0958
Levy Adam & Ellen
 3703 NE 166th St North Miami Beach --- 305 940-7704
Levy Adam & Ellen
 3703 NE 166th St North Miami Beach --- 305 944-1640
Levy Adolph H 19105 NE 2nd Av --- 305 652-0504
Levy Alan & Jean 20941 Bay Ct Aventura --- 305 936-8534
Levy Alan 3300 NE 192nd St --- 305 682-9628
Levy Albert
 2475 NE 193rd St --- 305 932-7761
Levy Albert & Sandra 2901 NE 205th St --- 305 932-5633
Levy Alfred & Meena 19603 NW 30th Pl --- 305 621-5793
Levy Alice 301 174th St --- 305 936-9708
Levy Alice 1234 NE 195th St --- 305 945-7392
Levy Allan 18151 NE 31st Ct --- 305 931-5389
Levy Allan stock brokr
 20801 Biscayne Blvd --- 305 937-6836
Levy Allan C 18151 NE 31st Ct --- 305 932-3157
Levy Angella Marie 5454 Nw 169th Ter --- 305 430-0953
Levy Arik & Jeanie
 302 Poinciana Island Dr --- 305 949-1323
Levy Arthur
 19195 Mystic Pointe Dr Aventura --- 305 937-4205
Levy Arthur
 19195 Mystic Pointe Dr Aventura --- 305 937-4453

Levy B 6743 NW 189th Ter --- 305 625-7291
Levy B & S 19370 Collins Av --- 305 932-0388
Levy Benjamin
 3551 NE 169th St North Miami Beach --- 305 944-7655
Levy Benjamin 20225 NE 34th Ct --- 305 937-6218
Levy Boaz & Shoshanit 1045 NE 174th St --- 305 652-7770
Levy Charen 550 NE 174th St --- 305 690-8942
Levy Charles
 3675 N Country Club Dr Aventura --- 305 935-1068
Levy Charles 2500 NE 135th St Aventura --- 305 466-0817
Levy D
 3550 NE 169th St North Miami Beach --- 305 945-3247
Levy D 121 NE 209th St Miami --- 305 651-9932
Levy D --- 305 933-0086
Levy D J 20200 NE 23rd Ct Miami --- 305 933-4578
Levy Daila
 1200 NE Miami Gardens Dr --- 305 944-7612
Levy Darren 1081 NE 204th Ter Miami --- 305 652-4980
Levy Darren E 1081 NE 204th Ter --- 305 652-4215
Levy David 555 Ocean Blvd Gulf Breeze --- 305 682-1166
Levy David & Toni
 20185 E Country Club Dr --- 305 682-9712
Levy Dawn 20365 NE 22nd Pl --- 305 937-4162
Levy Debra EDD
 2751 Van Buren St Hollywood --- 305 947-2420
Levy Deena 20937 Bay Ct Aventura --- 305 937-5174
Levy Denise A 18840 NW 57th Av Hialeah --- 305 625-8733
Levy Dominique J 121 NE 209th St --- 305 651-6372
Levy E 2375 N Country Club Dr --- 305 932-1403
Levy Earl D 230 174th St --- 305 935-6258
Levy Edward
 1931 NE 185th Ter North Miami Beach --- 305 932-5014
Levy Edward 2160 NE 203rd Ter Mia --- 305 792-5517
Levy Edward 2160 NE 203rd Ter Mia --- 305 792-9968
Levy Edward 2160 NE 203rd Ter Mia --- 305 792-9969
Levy Edward & Adele 19707 NE 36th Ct --- 305 937-2316
Levy Edward & Adele 19707 NE 36th Ct --- 305 792-8021
Levy Eilene Lily 18181 NE 31st Ct --- 305 937-1499
Levy Elizabeth 5212 NW 186th Ter --- 305 623-5641
Levy Ellen & Adam
 3703 NE 166th St North Miami Beach --- 305 944-1640
 Fax Line
 3703 NE 166th St North Miami Beach --- 305 940-7730
Levy Elliot 3640 Yacht Club Dr --- 305 792-0312
Levy Elliot A MD 21110 Biscayne Blvd --- 305 937-3000
Levy Eric 21205 Yacht Club Dr Aventura --- 305 792-7120
Levy Ezra 19707 NE 36th Ct --- 305 682-8310
Levy Ezra 19707 NE 36th Ct --- 305 936-0862
Levy Ezra
 1101 NE 179th St North Miami Beach --- 305 652-2896
Levy Frank H & Helen B
 3625 N Country Club Dr --- 305 682-1187
Levy Gertrude 1750 NE 191st St --- 305 945-0447
Levy Gray Roofing ofc --- 305 940-3789
Levy Habib 16425 Collins Av --- 305 949-3599
Levy Happy Jack 20515 E Country Club Dr --- 305 935-9234
Levy Hyman 2751 NE 183rd St Aventura --- 305 792-9413
Levy Hyman S 1750 NE 191st St --- 305 945-7697
Levy Ika 3375 N Country Club Dr --- 305 931-4177
Levy Irving 300 Bayview Dr --- 305 949-3269
Levy Ivy 1074 NE 210th Ter --- 305 651-0346
Levy J Harri MD
 100 NW 170th St North Miami Beach --- 305 651-4300
Levy Jack
 1830 NE 10th Ct North Miami Beach --- 305 653-6417
Levy Jack 18121 NW 4th Av --- 305 652-8998
Levy Jack & Naomi
 21321 NE 23rd Av Miami --- 305 931-7838
Levy Jacques & Gabrielle
 2701 NE 165th St NMB --- 305 947-4171
Levy James
 19555 E Country Club Dr Aventura --- 305 705-0694
Levy Jan 21150 Jib Ct --- 305 933-0795
Levy Jeanne
 20202 Poinciana Island Dr Miami --- 305 354-2700
Levy Jeffrey MD
 21150 Biscayne Blvd Aventura --- 305 937-4010
Levy Jerry S 2903 Point East Dr --- 305 931-3682
Levy Jimmy 19333 Collins Av Miami --- 305 932-6599
Levy Joan G arty
 8201 Peters Rd FtL ------ Miami Tel No 305 940-2701
Levy Joel 19333 Collins Av Aventura --- 305 792-0474
Levy Joel 19333 Collins Av Miami --- 305 792-0506
Levy Johnatan 1946 NE 201st St --- 305 933-7584
Levy Joseph 290 174th St --- 305 936-1379
Levy Joseph 20937 Bay Ct Aventura --- 305 937-1774
Levy Joshua 2000 Island Blvd Aventura --- 305 936-8818
Levy Julian 231 174th St --- 305 931-7372
Levy Julius 20320 NE 2nd Av --- 305 651-2497
Levy L
 1050 NE 178th Ter North Miami Beach --- 305 653-2292
Levy Laura 19380 Collins Av --- 305 932-0390
Levy Lawrence 19195 Mystic Pointe Dr --- 305 938-3204
Levy Lawrence 20165 NE 39th Ct --- 305 466-0090
Levy Lawrence 20165 NE 39th Pl Aventura --- 305 932-0690
Levy Lawrence 20165 NE 39th Pl Aventura --- 305 936-1010
Levy Leona 18911 NE 24th Ct --- 305 654-7766
Levy Leroy arty
 1550 NE Miami Gardens Dr --- 305 945-6401
Levy L Levy Pa arty
 1550 NE Miami Gardens Dr --- 305 466-0462
Levy Lillian 1885 NE 208th Ter Miami --- 305 466-0462
Levy Louis & Rose 17090 NE 14th Av --- 305 949-0643
Levy Lynn 1000 Island Blvd Aventura --- 305 932-5663
Levy Lynn & Richard 20165 NE 39th Pl --- 305 936-0966
Levy M 300 Bayview Dr --- 305 949-0716
Levy M 21300 San Simeon Way --- 305 651-3449
Levy M 20322 NE 2nd Av --- 305 652-4580
Levy M 1140 NW 186th St Aventura --- 305 690-5837
Levy M 19603 NW 30th Pl Opa-Locka --- 305 621-5458
Levy Mack 1670 NE 191st St Aventura --- 305 944-0922
Levy Marc 2000 Island Blvd --- 305 933-8441
Levy Marcus & Florence
 20185 E Country Club Dr --- 305 931-8008
Levy Maria C 800 NE 195th St Miami --- 305 493-3411
Levy Marie 18800 NE 19th Av Miami --- 305 931-8555
Levy Mary Ann
 18016 NW 41st Pl Opa-Locka --- 305 628-1470
Levy Matthew P
 2905 NE 190th St Aventura --- 305 935-7252

Levy Matthew P
 2905 NE 190th St Aventura --- 305 935-9239
Levy Maud 660 NW 186th Dr --- 305 652-8442
Levy Maurice
 19101 Mystic Pointe Dr Aventura --- 305 936-8887
Levy Maurice S
 250 174th St Sunny Isles Beach --- 305 931-8771
Levy Max
 551 NE 171st St North Miami Beach --- 305 651-7234
Levy Meryl 300 Bayview Dr --- 305 944-2512
Levy Michael 21140 NE 23rd Av --- 305 932-3060
Levy Michael & Marina
 2271 NE 197th St --- 305 935-8782
Levy Mildred 875 NE 195th St --- 305 651-8180
Levy Miriam 20365 NE 22nd Pl --- 305 935-3363
Levy Miriam 20365 NE 22nd Pl --- 305 937-0093
Levy Miriam 20365 NE 22nd Pl --- 305 937-4399
Levy Miriam
 16400 NE 34th Av North Miami Beach --- 305 940-7475
Levy Morris J 1400 NE 191st St --- 305 945-9509
Levy Moshe
 19501 E Country Club Dr Aventura --- 305 933-6846
Levy Nancy 18181 NE 31st Ct --- 305 931-3536
Levy Nicole 21140 NE 23rd Av --- 305 932-0466
Levy Nissim 3300 NE 192nd St Aventura --- 305 935-4215
Levy Norman & Rochelle
 19707 NE 36th Ct --- 305 935-1896
Levy O --- 305 466-9075
Levy O --- 305 466-9076
Levy Oscar 2 20515 E Country Club Dr --- 305 932-2342
Levy Pamela 20315 H Country Club Dr --- 305 937-2834
Levy Phillip & Pearl
 3475 N Country Club Dr --- 305 931-2526
Levy Pincus 2801 NE 183rd St --- 305 931-7134
Levy R 250 180th Dr --- 305 931-7144
Levy R --- 305 935-0326
Levy R 17707 Turnberry Way --- 305 931-1011
Levy R Victor 280 Sierra Dr Mia --- 305 653-3113
Levy Rachel 20335 W Country Club Dr --- 305 932-3757
Levy Rachel LMHC
 2999 NE 191st St Aventura --- 305 933-1222
Levy Ralph M 19195 Mystic Pointe Dr --- 305 932-2464
Levy Randall
 5454 NW 169th Ter Opa-Locka --- 305 474-4799
Levy Raymond 19840 W Dixie Hwy Miami --- 305 692-4448
Levy Rena 19370 Collins Av --- 305 792-4461
Levy Rey Regi
 20325 W Country Club Dr Aventura --- 305 651-4631
Levy Robert 20615 NE 9th Ct --- 305 651-4630
Levy Robert & Roberta 16711 Collins Av --- 305 944-5607
Levy Roberta 3500 Mystic Pointe Dr --- 305 937-0028
Levy Ronald 540 NE 199th Ter --- 305 652-2083
Levy Ronald 540 NE 199th Ter --- 305 652-3093
Levy Ronald G arty
 1550 NE Miami Gardens Dr --- 305 945-6401
Levy Rosalind & Isadore
 3731 N Country Club Dr --- 305 935-0511
Levy Rose 20379 W Country Club Dr --- 305 934-1791
Levy Russell 21054 NE 34th Ct Aventura --- 305 937-5681
Levy Ruth 100 Kings Point Dr Mia --- 305 945-6811
Levy S 230 174th St --- 305 932-3104
Levy S 3000 Island Blvd --- 305 932-8701
Levy S 3475 N Country Club Dr --- 305 931-3961
Levy Samuel 2800 NE 203rd St --- 305 931-5046
Levy Samuel 3605 NE 207th St --- 305 933-5844
Levy Samuel 20355 NE 34th Ct --- 305 932-0463
Levy Saul 3500 Mystic Pointe Dr Aventura --- 305 682-9727
Levy Saul S 2999 Point East Dr --- 305 932-9632
Levy Sergio Herman
 1000 Island Blvd Aventura --- 305 931-3366
Levy Shaindom 3030 Marcos Dr Aventura --- 305 692-9060
Levy Shaily
 19195 Mystic Pointe Dr Aventura --- 305 682-9771
Levy Stanley 17505 N Bay Rd Miami --- 305 949-0500
Levy Theodore B
 3475 N Country Club Dr Aventura --- 305 932-2871
Levy Theodore B --- 305 932-9726
Levy Yosef 17050 NE 21st Av Aventura --- 305 682-840
Levyn Nathen 400 Kings Point Dr --- 305 949-0006
Levy's Auto Parts Inc
 4131 W Hallandale Beach Blvd Hollywood --- 305 620-6851
Levy's Restaurant 18685 W Dixie Hwy --- 305 932-5027
Levy's Restaurant At Pro Players Stadium
 2267 NW 199th St --- 305 623-640
Lew I C 210 174th St Miami --- 305 342-7444
Lew Marlin 223 NE 207th St --- 305 682-8924
Lewellen D 4955 NW 199th St --- 305 622-3648
Lewenson Howard
 18870 NW 57th Av Miami --- 305 626-9050
Lewenthal Aurter A Zofia 20 174th St --- 305 932-407
Lewerenz Marilyn
 4000 NE 168th St North Miami Beach --- 305 940-139
Lewertow Silvia 16800 NE 15th Av --- 305 949-302
Lewis A 3790 NE 207th St --- 305 652-875
Lewis A 3595 NW 188th St Opa Locka --- 305 620-604