UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFFERSON LEVINE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 03-61711-CIV-DIMITROULEAS
(00-6353-CR-DIMITROULEAS)

FILED by _____ D.C.

SEP 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER REQUESTING RESPONSE

THIS CAUSE having been heard upon Petitioner's (Levine) September 3, 2003 Motion to Vacate [DE-1], the Court defers ruling for ten (10) days and requests a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jefferson Levine, #55586-004
c/o FCC - USP- Coleman
P.O. Box 1033
Coleman, FL 33521-1033

Larry Bardfeld, AUSA

