UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 23 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
D. OF FLA. FT. LAUD.

JEFFERSON LEVINE,                    CASE NO. 03-61711-CIV-DIMITROULEAS
                                                (00-6353-CR-DIMITROULEAS)
    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER GRANTING MOTION TO AMEND

THIS CAUSE having been heard upon Petitioner's (Levine) September 15, 2003 Motion to Amend, the Motion is Granted and deemed filed on this date.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jefferson Levine, #55586-004
c/o FCC - USP Coleman
P.O. Box 1033
Coleman, FL 33521-1033

Larry Bardfeld, AUSA

