FILED by _____ D.C.

SEP 2? 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFFERSON LEVINE,   CASE NO. 03-61711-CIV-DIMITROULEAS
                    (00-6353-CR-DIMITROULEAS)

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court on the United States' Motion for Extension of Time to Respond to Motion to Vacate, and the Court being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion for Extension of Time is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of September 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jefferson Levine, #55586-004
c/o FCC - USP Coleman
P.O. Box 1033
Coleman, FL 33521-1033

Larry Bardfeld, AUSA

