UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61711-CIV-DIMITROULEAS
(CASE NO. 00-6353-CR-DIMITROULEAS)

JEFFERSON LEVINE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Notice of Appeal, filed herein on October 10, 2003. The Court, pursuant to Eleventh Circuit Court of Appeal precedent, treats the Notice of Appeal as an application for a certificate of appealability. The Court has carefully considered the Notice of Appeal and is otherwise fully advised in the premises.

On September 26, 2003, this Court issued a Final Judgment and Order denying Petitioner's Motion to Vacate. [DE-7]. On consideration of the instant motion for a certificate of appealability, the Court will deny such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right. The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit. Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner's Motion for a Certificate of Appealability, filed herein on October 10, 2003, is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of October, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies forwarded to:

Jefferson Levine, #55586-004, Pro Se
c/o FCC Coleman
P.O. Box 1033
Coleman, FL 33521-1033

Larry Bardfeld, AUSA

Clerk, Appeals Desk