UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 22 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NO. 03-61711-CIV-DIMITROULEAS
(CASE NO. 00-6353-CR-DIMITROULEAS)

JEFFERSON LEVINE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY AS MOOT

THIS CAUSE is before the Court upon the Application for a Certificate of Appealability, filed herein on March 22, 2004. The Court has carefully considered the Application and is otherwise fully advised in the premises. On October 14, 2003, this Court denied Petitioner's Motion for a Certificate of Appealability filed herein on October 10, 2003. [DE-9]. On January 20, 2004, United States Circuit Judge Susan H. Black denied Petitioner's Motion for a Certificate of Appealability. [DE-13]. Accordingly, it is **ORDERED AND ADJUDGED** that the Application for a Certificate of Appealability, filed herein on March 22, 2004 is hereby **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2004.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge