JEFFERSON LEVINE
Reg. #55586-004
FCC/USP-I Coleman
P.O. Box 1033 (F-Unit)
Coleman, Florida 33521-1033
Defendant in pro se

July 10th, 2007

CLERK OF THE COURT
United States District Court
Southern District of Florida

RE: USA vs. LEVINE
NO: 0:00-cr-06353-WPD-ALL

FILED by _____ D.C.
INTAKE
JUL 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Dear Clerk of the Court,

    Today, July 10th, 2007, I called your office to inquire what the status was on my pending Rule 60(b)(6) motion. You advised me it had been denied. To date, I have never received an order of denial, and now find myself in the impossible task to appeal due to passage of time. Please advise the court of my dilemma, with a suggestion the order of denial is vacated, redenial is entered, and timely notification is faciliated so that I can take an appeal.
    Thank you in advance for your anticipated cooperation sorting out the notification breach that has occurred.

Sincerely,

JEFFERSON LEVINE
Defendant in pro se