UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  	CASE NO. 00-6353-CR-DIMITROULEAS

    Plaintiff,

vs.

JEFFERSON LEVINE,

    Defendant.
_____/

**ORDER REQUESTING RESPONSE**

THIS CAUSE having come before the Court on the Defendant's pro se July 10, 2007 letter requesting a belated appeal [DE-88], the Court defers ruling for five (5) days and requests a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of July, 2007.

                              WILLIAM P. DIMITROULEAS
                              United States District Judge

Copies furnished to:

Jefferson Levine, #55586-004
c/o FCC - USP Coleman
P.O. Box 1033 ( (F-Unit)
Coleman, Florida 33521-1033

Larry Bardfeld, AUSA
Anne R. Schultz, AUSA