UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 03-61711-CIV-DIMITROULEAS
                                              (00-6353-CR-DIMITROULEAS)
    Plaintiff,

vs.

JEFFERSON LEVINE,

    Defendant.
_____/

**O R D E R**

THIS CAUSE having come before the Court on the Defendant's pro se July 10, 2007 letter requesting a belated appeal [DE-88 in 00-6353], the Court deferred ruling and received a July 23, 2007 response from the Government [DE-90 in 00-6353]. Here, more than 180 days elapsed between this court's December 8, 2006 order denying Rule 60(b) relief [DE-87 in 00-6353] and Defendant's July 10, 2007 request. Vencor Hospitals Inc. v. Standard Life and Accident, 279 F. 3d 1306, 1311 (11th Cir. 2002). The request for belated appeal [DE-88] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jefferson Levine, #55586-004
c/o FCC - USP Coleman
P.O. Box 1033 (F-Unit)
Coleman, Florida 33521-1033

Larry Bardfeld, AUSA